UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE: ZOFRAN (ONDANSETRON)         )
PRODUCTS LIABILITY LITIGATION,      )    MDL No. 1:15-md-2657-FDS
                                    )
**This Document Relates To:**       )
                                    )
    All Cases                  )
                                    )
_____ )


## MDL Order No. 1
### (General Provisions)
### October 14, 2015

**SAYLOR, D.J.**

    1.    This Order shall govern the practice and procedure in those actions transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to its order of October 13, 2015, entitled In re: Zofran (Ondansetron) Products Liability Litigation, and any tag-along actions transferred by the Panel after that date, and any related actions previously assigned to this Court. This Court will decide the applicability of this Order to any case filed as a related case on motion of any party in any such case.

    2.    The actions subject to this Order are coordinated for pretrial purposes.

    3.    An MDL master file and docket has been established under Docket No. 1:15-md-2567-FDS. All pleadings and other papers filed in these actions shall bear this docket number and the following caption:

        In re: Zofran (Ondansetron) Products Liability Litigation

        This Document Relates To:

4. When a pleading or other paper relates to all actions covered by this Order, the words "All Actions" shall appear immediately after or below the words "This Document Relates to:" in the caption. Filings related to "All Actions" shall be made in the master docket. When a pleading or other paper relates to fewer than all actions, the separate caption and docket number assigned by the Clerk of this Court for each individual action to which the pleading relates shall appear immediately after or below the words 'This Document Relates to:" in the caption. Filings related to fewer than "All Actions" shall be made in the master docket and in each applicable individual action.

5. All pleadings and other papers shall be filed electronically with the Clerk of this Court, not the transferor court. No courtesy copies will be necessary. All counsel shall familiarize themselves with this District's CM/ECF policies and procedures and file an Electronic Case Filing System-Attorney Registration Form available on the Court's website. In the MDL Case Number field on the ECF Registration Form, counsel shall note both the master MDL case number and the individual Massachusetts case number in which they have appeared.

6. Counsel who appeared in the transferor District Court prior to the transfer need not enter a separate appearance in this Court. No parties in any of the transferred actions shall be required to obtain local counsel in this District and the requirements of Local Rule 83.5.3(b) are waived as to any attorney who filed an appearance in a transferred action and is duly admitted to practice before any United States District Court.

7. This Order shall be filed and docketed on the Master Docket and the docket of each of the individual cases consolidated under the Master Docket Number, at present and hereafter.

8. Any orders, other than orders setting deadlines previously entered by this or any transferor District Court, shall remain in full force and effect unless modified by this Court upon motion. All deadlines established prior to transfer of these actions are suspended, other than deadlines imposed by the Federal Rules of Civil Procedure or the Local Rules of this Court for responding to motions or other pleadings.

**So Ordered.**

Dated: October 14, 2015

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge