**APPENDIX A**

15-cv-10429-FDS, *LeClair v. GlaxoSmithKline LLC*
15-cv-11627-FDS, *Duong v. GlaxoSmithKline LLC*
15-cv-12973-FDS, *Benzaghou et al. v. GlaxoSmithKline LLC*
15-cv-13002-FDS, *Botelho et al. v. GlaxoSmithKline LLC*
15-cv-13207-FDS, *Mayo et al. v. GlaxoSmithKline LLC*
15-cv-13584-FDS, *Roberts v. GlaxoSmithKline LLC*
15-cv-13585-FDS, *Marlenee et al. v. GlaxoSmithKline LLC*
15-cv-13604-FDS, *Ragland v. GlaxoSmithKline LLC*
15-cv-13607-FDS, *Coughlin et al. v. GlaxoSmithKline LLC*
15-cv-13612-FDS, *Regan et al. v. GlaxoSmithKline LLC*
15-cv-13616-FDS, *Alexander v. GlaxoSmithKline LLC*
15-cv-13681-FDS, *Daniel v. GlaxoSmithKline LLC*
15-cv-13682-FDS, *Davis v. GlaxoSmithKline LLC*
15-cv-13687-FDS, *Reynolds v. GlaxoSmithKline LLC*
15-cv-13690-FDS, *Watkins v. GlaxoSmithKline LLC*
15-cv-13698-FDS, *Lucas et al. v. GlaxoSmithKline LLC*
15-cv-13708-FDS, *Trivisonno et al. v. GlaxoSmithKline LLC*
15-cv-13709-FDS, *Gruhn v. GlaxoSmithKline LLC*
15-cv-13710-FDS, *Roberts v. GlaxoSmithKline LLC*
15-cv-13711-FDS, *Hill et al. v. GlaxoSmithKline LLC*
15-cv-13728-FDS, *Folsom et al. v. GlaxoSmithKline LLC*
15-cv-13729-FDS, *Hogan et al. v. GlaxoSmithKline LLC*
15-cv-13731-FDS, *McKeown v. GlaxoSmithKline LLC*
15-cv-13733-FDS, *Laird et al. v. GlaxoSmithKline LLC*
15-cv-13735-FDS, *Dalrymple v. GlaxoSmithKline LLC*
15-cv-13736-FDS, *Garner v. GlaxoSmithKline LLC*
15-cv-13738-FDS, *Murray et al. v. GlaxoSmithKline LLC*
15-cv-13739-FDS, *Tope v. GlaxoSmithKline LLC*
15-cv-13740-FDS, *Birt v. GlaxoSmithKline LLC*
15-cv-13750-FDS, *Knouff et al. v. GlaxoSmithKline LLC*
15-cv-13754-FDS, *Fratto et al. v. GlaxoSmithKline LLC*
15-cv-13756-FDS, *Allen et al. v. GlaxoSmithKline LLC*
15-cv-13757-FDS, *Murphrey et al. v. GlaxoSmithKline LLC*
15-cv-13759-FDS, *Echols et al. v. GlaxoSmithKline LLC*
15-cv-13761-FDS, *Robinson v. GlaxoSmithKline LLC*
15-cv-13762-FDS, *Rodriguez et al. v. GlaxoSmithKline LLC*
15-cv-13763-FDS, *Hodge v. GlaxoSmithKline LLC*
15-cv-13772-FDS, *White v. GlaxoSmithKline LLC*
15-cv-13775-FDS, *Cummings et al. v. GlaxoSmithKline LLC*
15-cv-13778-FDS, *Simpson v. GlaxoSmithKline LLC*
15-cv-13779-FDS, *West v. GlaxoSmithKline LLC*
15-cv-13781-FDS, *Gilbert v. GlaxoSmithKline LLC*
15-cv-13784-FDS, *McCullar v. GlaxoSmithKline LLC*
15-cv-13786-FDS, *Kirksey v. GlaxoSmithKline LLC*
15-cv-13820-FDS, *Lang et al. v. GlaxoSmithKline LLC*
15-cv-13821-FDS, *Green et al. v. GlaxoSmithKline LLC*

15-cv-13823-FDS, *Lowe v. GlaxoSmithKline LLC*
15-cv-13826-FDS, *Davis v. GlaxoSmithKline LLC*
15-cv-13827-FDS, *Goodwill et al. v. GlaxoSmithKline LLC*
15-cv-13828-FDS, *Goodwin et al. v. GlaxoSmithKline LLC*
15-cv-13829-FDS, *Maynard v. GlaxoSmithKline LLC*
15-cv-13832-FDS, *Cox et al. v. GlaxoSmithKline LLC*
15-cv-13836-FDS, *Johnson et al. v. GlaxoSmithKline LLC*
15-cv-13838-FDS, *Lenseigne et al. v. GlaxoSmithKline LLC*
15-cv-13839-FDS, *Johnson et al. v. GlaxoSmithKline LLC*
15-cv-13840-FDS, *Price v. GlaxoSmithKline LLC*
15-cv-13842-FDS, *Pilkington et al. v. GlaxoSmithKline LLC*
15-cv-13843-FDS, *Collins et al. v. GlaxoSmithKline LLC*
15-cv-13844-FDS, *Shockley et al. v. GlaxoSmithKline LLC*
15-cv-13845-FDS, *Hinton et al. v. GlaxoSmithKline LLC*
15-cv-13846-FDS, *Gibson-Smith v. GlaxoSmithKline LLC*
15-cv-13850-FDS, *Ethridge et al. v. GlaxoSmithKline LLC*
15-cv-13857-FDS, *Bircher et al. v. GlaxoSmithKline LLC*
15-cv-13871-FDS, *Brown v. GlaxoSmithKline LLC*
15-cv-13872-FDS, *Hunter et al. v. GlaxoSmithKline LLC*
15-cv-13875-FDS, *Walker et al. v. GlaxoSmithKline LLC*
15-cv-13888-FDS, *Sherman et al. v. GlaxoSmithKline LLC*
15-cv-13889-FDS, *Curington et al. v. GlaxoSmithKline LLC*
15-cv-13899-FDS, *Varrichione v. GlaxoSmithKline LLC*
15-cv-13900-FDS, *Dagnan v. GlaxoSmithKline LLC*
15-cv-13901-FDS, *Venable et al. v. GlaxoSmithKline LLC*
15-cv-13902-FDS, *Floyd v. GlaxoSmithKline LLC*
15-cv-13903-FDS, *Smith v. GlaxoSmithKline LLC*
15-cv-13905-FDS, *Hooker et al. v. GlaxoSmithKline LLC*
15-cv-13906-FDS, *Smith et al. v. GlaxoSmithKline LLC*
15-cv-13908-FDS, *Lancaster et al. v. GlaxoSmithKline LLC*
15-cv-13914-FDS, *Mitchell et al. v. GlaxoSmithKline LLC*
15-cv-13915-FDS, *Bowles et al. v. GlaxoSmithKline LLC*
15-cv-13916-FDS, *Tyree et al. v. GlaxoSmithKline LLC*
15-cv-13917-FDS, *Leath v. GlaxoSmithKline LLC*
15-cv-13920-FDS, *Wilkinson et al. v. GlaxoSmithKline LLC*
15-cv-13923-FDS, *Gibson et al. v. GlaxoSmithKline LLC*
15-cv-13925-FDS, *Jordan et al. v. GlaxoSmithKline LLC*
15-cv-13928-FDS, *Graves v. GlaxoSmithKline LLC*
15-cv-13931-FDS, *Lambeth v. GlaxoSmithKline LLC*
15-cv-13936-FDS, *Baergen v. GlaxoSmithKline LLC*
15-cv-13937-FDS, *Poe et al. v. GlaxoSmithKline LLC*
15-cv-13945-FDS, *Shellstrom et al. v. GlaxoSmithKline LLC*
15-cv-13946-FDS, *Sims v. GlaxoSmithKline LLC*
15-cv-13973-FDS, *Parden et al. v. GlaxoSmithKline LLC*
15-cv-13975-FDS, *Colston v. GlaxoSmithKline LLC*
15-cv-13974-FDS, *Newman et al. v. GlaxoSmithKline LLC*

15-cv-13976-FDS, *Winfield et al. v. GlaxoSmithKline LLC*
15-cv-13994-FDS, *Barker v. GlaxoSmithKline LLC*
15-cv-13995-FDS, *White et al. v. GlaxoSmithKline LLC*
15-cv-13997-FDS, *Spraggins v. GlaxoSmithKline LLC*
15-cv-13998-FDS, *Hubbard v. GlaxoSmithKline LLC*
15-cv-14038-FDS, *Zgurski et al. v. GlaxoSmithKline LLC*
15-cv-14045-FDS, *Stanford et al. v. GlaxoSmithKline LLC*
15-cv-14061-FDS, *Anders et al. v. GlaxoSmithKline LLC*
15-cv-14062-FDS, *Brown et al. v. GlaxoSmithKline LLC*
15-cv-14063-FDS, *Berger et al. v. GlaxoSmithKline LLC*
15-cv-14065-FDS, *Blas et al. v. GlaxoSmithKline LLC*
15-cv-14066-FDS, *Brown v. GlaxoSmithKline LLC*
15-cv-14069-FDS, *Nichols et al. v. GlaxoSmithKline LLC*
15-cv-14070-FDS, *Hammack et al. v. GlaxoSmithKline LLC*
15-cv-14071-FDS, *Sanders et al. v. GlaxoSmithKline LLC*
15-cv-14072-FDS, *Kauppila v. GlaxoSmithKline LLC*
15-cv-14074-FDS, *Hulbert v. GlaxoSmithKline LLC*
15-cv-14076-FDS, *Rosser v. GlaxoSmithKline LLC*
15-cv-14078-FDS, *Sheppard v. GlaxoSmithKline LLC*
15-cv-14083-FDS, *Stephens v. GlaxoSmithKline LLC*
15-cv-14084-FDS, *Forman et al. v. GlaxoSmithKline LLC*
15-cv-14085-FDS, *Schact et al. v. GlaxoSmithKline LLC*
15-cv-14090-FDS, *Gray v. GlaxoSmithKline LLC*
15-cv-14091-FDS, *Spivery v. GlaxoSmithKline LLC*
15-cv-14093-FDS, *Sheppard v. GlaxoSmithKline LLC*
15-cv-14095-FDS, *Wert et al. v. GlaxoSmithKline LLC*
15-cv-14096-FDS, *Main v. GlaxoSmithKline LLC*
15-cv-14098-FDS, *Milam v. GlaxoSmithKline LLC*
15-cv-14099-FDS, *English et al. v. GlaxoSmithKline LLC*
15-cv-14101-FDS, *Powell v. GlaxoSmithKline LLC*
15-cv-14102-FDS, *Vanmatre v. GlaxoSmithKline LLC*
15-cv-14107-FDS, *Bland v. GlaxoSmithKline LLC*
15-cv-14112-FDS, *Morga et al. v. GlaxoSmithKline LLC*
15-cv-14122-FDS, *Swaim et al. v. GlaxoSmithKline LLC*
15-cv-14148-FDS, *Titus v. GlaxoSmithKline LLC*
15-cv-14157-FDS, *Pihakis et al. v. GlaxoSmithKline LLC*
15-cv-14176-FDS, *Fowler et al. v. GlaxoSmithKline LLC*
15-cv-14197-FDS, *White v. GlaxoSmithKline LLC*
15-cv-14228-FDS, *Reed v. GlaxoSmithKline LLC*
15-cv-14249-FDS, *Shelton v. GlaxoSmithKline LLC*
15-cv-13850-FDS, *Ethridge et al. v. GlaxoSmithKline LLC*
15-cv-14247-FDS, *Torres v. GlaxoSmithKline LLC*
16-cv-10010-FDS, *Jones et al. v. GlaxoSmithKline LLC*
16-cv-10153-FDS, *Stahl et al. v. GlaxoSmithKline LLC*
16-cv-10155-FDS, *Seper et al. v. GlaxoSmithKline LLC*
16-cv-10197-FDS, *Southerland et al. v. GlaxoSmithKline LLC*

16-cv-10357-FDS, *Simmons v. GlaxoSmithKline LLC*
16-cv-10392-FDS, *Reel et al. v. GlaxoSmithKline LLC*
16-cv-10404-FDS, *Gesin et al. v. GlaxoSmithKline LLC*
16-cv-10412-FDS, *Sumrall v. GlaxoSmithKline LLC*
16-cv-10461-FDS, *Alvarez v. GlaxoSmithKline LLC*
16-cv-10469-FDS, *Mauss et al. v. GlaxoSmithKline LLC*
16-cv-10485-FDS, *Tippens et al. v. GlaxoSmithKline LLC*
16-cv-10564-FDS, *Jones et al. v. GlaxoSmithKline LLC*
16-cv-10633-FDS, *Schaaf et al. v. GlaxoSmithKline LLC*
16-cv-10639-FDS, *Thatcher et al. v. GlaxoSmithKline LLC*
16-cv-10638-FDS, *Stevenson v. GlaxoSmithKline LLC*
16-cv-10780-FDS, *Williams et al. v. GlaxoSmithKline LLC*
16-cv-10810-FDS, *Melendez v. GlaxoSmithKline LLC*
16-cv-10825-FDS, *Davis et al. v. GlaxoSmithKline LLC*
16-cv-10838-FDS, *Ketchie v. GlaxoSmithKline LLC*
16-cv-10905-FDS, *Thomerson et al. v. GlaxoSmithKline LLC*
16-cv-11041-FDS, *Cedeno v. GlaxoSmithKline LLC*
16-cv-11140-FDS, *Blair et al. v. GlaxoSmithKline LLC*
16-cv-11281-FDS, *Gilbert v. GlaxoSmithKline LLC*
16-cv-11411-FDS, *Choyfoo et al. v. GlaxoSmithKline LLC*
16-cv-11440-FDS, *Mirandola et al. v. GlaxoSmithKline LLC*
16-cv-11586-FDS, *Ogborn et al. v. GlaxoSmithKline LLC*
16-cv-11596-FDS, *McNeely et al. v. GlaxoSmithKline LLC*
16-cv-11597-FDS, *Stilwell et al. v. GlaxoSmithKline LLC*
16-cv-11615-FDS, *Sciara et al. v. GlaxoSmithKline LLC*
16-cv-11676-FDS, *Schofield et al. v. GlaxoSmithKline LLC*
16-cv-11677-FDS, *Fullerton et al. v. GlaxoSmithKline LLC*
16-cv-11735-FDS, *Lawson v. GlaxoSmithKline LLC*
16-cv-11781-FDS, *Landrum et al. v. GlaxoSmithKline LLC*
16-cv-11829-FDS, *Larson et al. v. GlaxoSmithKline LLC*
16-cv-12002-FDS, *Tindle et al. v. GlaxoSmithKline LLC*
16-cv-12072-FDS, *Kimsal et al. v. GlaxoSmithKline LLC*
16-cv-12111-FDS, *Cameron v. GlaxoSmithKline LLC*
16-cv-12132-FDS, *Mastin v. GlaxoSmithKline LLC*
16-cv-12150-FDS, *Tice v. GlaxoSmithKline LLC*
16-cv-12186-FDS, *Sandoval v. GlaxoSmithKline LLC*
16-cv-12188-FDS, *Green et al. v. GlaxoSmithKline LLC*
16-cv-12195-FDS, *Perry v. GlaxoSmithKline LLC*
16-cv-12194-FDS, *Singhal v. GlaxoSmithKline LLC*
16-cv-12196-FDS, *Anna v. GlaxoSmithKline LLC*
16-cv-12238-FDS, *Comer v. GlaxoSmithKline LLC*
16-cv-12264-FDS, *Archuleta et al. v. GlaxoSmithKline LLC*
16-cv-12290-FDS, *Farrington v. GlaxoSmithKline LLC*
16-cv-12291-FDS, *Strickland v. GlaxoSmithKline LLC*
16-cv-12296-FDS, *Hayes v. GlaxoSmithKline LLC*
16-cv-12297-FDS, *McEwan v. GlaxoSmithKline LLC*

16-cv-12301-FDS, *Davis v. GlaxoSmithKline LLC*
16-cv-12388-FDS, *Hill v. GlaxoSmithKline LLC*
16-cv-12389-FDS, *Hayman et al. v. GlaxoSmithKline LLC*
16-cv-12391-FDS, *Ramirez v. GlaxoSmithKline LLC*
16-cv-12392-FDS, *Twomey v. GlaxoSmithKline LLC*
16-cv-12470-FDS, *Ross et al. v. GlaxoSmithKline LLC*
16-cv-12475-FDS, *Sonara v. GlaxoSmithKline LLC*
16-cv-12516-FDS, *Ortiz v. GlaxoSmithKline LLC*
16-cv-12597-FDS, *Lee v. GlaxoSmithKline LLC*
16-cv-12627-FDS, *Soreta v. GlaxoSmithKline LLC*
16-cv-10379-FDS, *Tomlinson et al. v. GlaxoSmithKline LLC*
17-cv-10982-FDS, *Hejum v. GlaxoSmithKline LLC*
17-cv-10988-FDS, *Brinkerhoff v. GlaxoSmithKline LLC*
17-cv-10995-FDS, *Gibbs et al. v. GlaxoSmithKline LLC*
17-cv-11007-FDS, *Ferguson v. GlaxoSmithKline LLC*
17-cv-11019-FDS, *Bakhsh et al. v. GlaxoSmithKline LLC*
17-cv-11022-FDS, *Stark et al. v. GlaxoSmithKline LLC*
17-cv-11037-FDS, *Kitchens v. GlaxoSmithKline LLC*
17-cv-11057-FDS, *Cannon v. GlaxoSmithKline LLC*
17-cv-11077-FDS, *McCook et al. v. GlaxoSmithKline LLC*
17-cv-11175-FDS, *Gomez v. GlaxoSmithKline LLC*
17-cv-11201-FDS, *Reichgeld et al. v. GlaxoSmithKline LLC*
17-cv-11246-FDS, *George v. GlaxoSmithKline LLC*
17-cv-11274-FDS, *Johnson v. GlaxoSmithKline LLC*
17-cv-11328-FDS, *Whittemore v. GlaxoSmithKline LLC*
17-cv-11348-FDS, *Ashby v. GlaxoSmithKline LLC*
17-cv-11351-FDS, *Haller v. GlaxoSmithKline LLC*
17-cv-11352-FDS, *Pack v. GlaxoSmithKline LLC*
17-cv-11353-FDS, *Thomas v. GlaxoSmithKline LLC*
17-cv-11330-FDS, *Lucas v. GlaxoSmithKline LLC*
17-cv-11372-FDS, *Martin v. GlaxoSmithKline LLC*
17-cv-11417-FDS, *Zeller v. GlaxoSmithKline LLC*
17-cv-11421-FDS, *Marsiglia v. GlaxoSmithKline LLC*
17-cv-11471-FDS, *Beres et al. v. GlaxoSmithKline LLC*
17-cv-11483-FDS, *Greek et al. v. GlaxoSmithKline LLC*
17-cv-11562-FDS, *Graves v. GlaxoSmithKline LLC*
17-cv-11581-FDS, *Tomes v. GlaxoSmithKline LLC*
17-cv-11743-FDS, *Albright v. GlaxoSmithKline LLC*
17-cv-11789-FDS, *Ellenburger v. GlaxoSmithKline LLC*
17-cv-11851-FDS, *Fields v. GlaxoSmithKline LLC*
17-cv-11852-FDS, *Barnhill v. GlaxoSmithKline LLC*
17-cv-11855-FDS, *Fisher v. GlaxoSmithKline LLC*
17-cv-11895-FDS, *Elwood et al. v. GlaxoSmithKline LLC*
17-cv-11960-FDS, *Schmitt et al. v. GlaxoSmithKline LLC*
17-cv-12316-FDS, *McKee v. GlaxoSmithKline LLC*
17-cv-12355-FDS, *Rodriguez v. GlaxoSmithKline LLC*

17-cv-12363-FDS, *Mart et al. v. GlaxoSmithKline LLC*
17-cv-12364-FDS, *Moreno v. GlaxoSmithKline LLC*
17-cv-12366-FDS, *Collins v. GlaxoSmithKline LLC*
17-cv-12389-FDS, *Michael v. v. GlaxoSmithKline LLC*
17-cv-12504-FDS, *Pfeifer-Ward et al. v. GlaxoSmithKline LLC*
17-cv-12579-FDS, *Meads v. GlaxoSmithKline LLC*
17-cv-12577-FDS, *Tabron v. GlaxoSmithKline LLC*
17-cv-12144-FDS, *Hines v. GlaxoSmithKline LLC*
17-cv-10037-FDS, *Taylor v. GlaxoSmithKline LLC*
17-cv-10062-FDS, *Buker v. GlaxoSmithKline LLC*
17-cv-10066-FDS, *Fluth v. GlaxoSmithKline LLC*
17-cv-10088-FDS, *Waltrich et al. v. GlaxoSmithKline LLC*
17-cv-10123-FDS, *O'Flinn v. GlaxoSmithKline LLC*
17-cv-10126-FDS, *Munguia v. GlaxoSmithKline LLC*
17-cv-10127-FDS, *Katz v. GlaxoSmithKline LLC*
17-cv-10131-FDS, *Schexnailder v. GlaxoSmithKline LLC*
17-cv-10159-FDS, *Crouch et al. v. GlaxoSmithKline LLC*
17-cv-10170-FDS, *Ford et al. v. GlaxoSmithKline LLC*
17-cv-10172-FDS, *Edmond v. GlaxoSmithKline LLC*
17-cv-10228-FDS, *Harrison et al. v. GlaxoSmithKline LLC*
17-cv-10244-FDS, *Huston et al. v. GlaxoSmithKline LLC*
17-cv-10250-FDS, *Johnson et al. v. GlaxoSmithKline LLC*
17-cv-10269-FDS, *Ceja v. GlaxoSmithKline LLC*
17-cv-10286-FDS, *Bivens v. GlaxoSmithKline LLC*
17-cv-10288-FDS, *Keisman v. GlaxoSmithKline LLC*
17-cv-10289-FDS, *Ferguson v. GlaxoSmithKline LLC*
17-cv-10290-FDS, *Wilmes v. GlaxoSmithKline LLC*
17-cv-10329-FDS, *Timm v. GlaxoSmithKline LLC*
17-cv-10332-FDS, *Barton v. GlaxoSmithKline LLC*
17-cv-10334-FDS, *Lovinggood v. GlaxoSmithKline LLC*
17-cv-10335-FDS, *Mather v. GlaxoSmithKline LLC*
17-cv-10336-FDS, *Killpack v. GlaxoSmithKline LLC*
17-cv-10337-FDS, *Hershey v. GlaxoSmithKline LLC*
17-cv-10343-FDS, *Rushing et al. v. GlaxoSmithKline LLC*
17-cv-10350-FDS, *Stoller et al. v. GlaxoSmithKline LLC*
17-cv-10357-FDS, *Holzworth v. GlaxoSmithKline LLC*
17-cv-10361-FDS, *De Ruyter et al. v. GlaxoSmithKline LLC*
17-cv-10367-FDS, *Hall et al. v. GlaxoSmithKline LLC*
17-cv-10370-FDS, *Davis v. GlaxoSmithKline LLC*
17-cv-10372-FDS, *De la Cruz v. GlaxoSmithKline LLC*
17-cv-10375-FDS, *Angel v. GlaxoSmithKline LLC*
17-cv-10391-FDS, *Brown v. GlaxoSmithKline LLC*
17-cv-10408-FDS, *Dixon v. GlaxoSmithKline LLC*
17-cv-10409-FDS, *Clancy v. GlaxoSmithKline LLC*
17-cv-10424-FDS, *Doran v. GlaxoSmithKline LLC*
17-cv-10474-FDS, *Rippentrop v. GlaxoSmithKline LLC*

17-cv-10486-FDS, *Glover v. GlaxoSmithKline LLC*
17-cv-10487-FDS, *Thomas v. GlaxoSmithKline LLC*
17-cv-10488-FDS, *Larcade v. GlaxoSmithKline LLC*
17-cv-10494-FDS, *Warren v. GlaxoSmithKline LLC*
17-cv-10531-FDS, *Harris v. GlaxoSmithKline LLC*
17-cv-10536-FDS, *Timmons v. GlaxoSmithKline LLC*
17-cv-10537-FDS, *Gonzalez v. GlaxoSmithKline LLC*
17-cv-10548-FDS, *Sanghavi et al. v. GlaxoSmithKline LLC*
17-cv-10622-FDS, *LaCasse v. GlaxoSmithKline LLC*
17-cv-10627-FDS, *Harris v. GlaxoSmithKline LLC*
17-cv-10629-FDS, *Petty v. GlaxoSmithKline LLC*
17-cv-10643-FDS, *Ailes v. GlaxoSmithKline LLC*
17-cv-10671-FDS, *Kinney et al. v. GlaxoSmithKline LLC*
17-cv-10676-FDS, *Fuentez v. GlaxoSmithKline LLC*
17-cv-10680-FDS, *Mattison et al. v. GlaxoSmithKline LLC*
17-cv-10684-FDS, *Goldstein et al. v. GlaxoSmithKline LLC*
17-cv-10709-FDS, *Vaden v. GlaxoSmithKline LLC*
17-cv-10710-FDS, *Jackson v. GlaxoSmithKline LLC*
17-cv-10746-FDS, *Ballard v. GlaxoSmithKline LLC*
17-cv-10755-FDS, *Fair v. GlaxoSmithKline LLC*
17-cv-10759-FDS, *Carey et al. v. GlaxoSmithKline LLC*
17-cv-10774-FDS, *Pineda et al. v. GlaxoSmithKline LLC*
17-cv-10782-FDS, *Gheyvandian et al. v. GlaxoSmithKline LLC*
17-cv-10784-FDS, *Paul et al. v. GlaxoSmithKline LLC*
17-cv-10801-FDS, *Lozada v. GlaxoSmithKline LLC*
17-cv-10807-FDS, *Colson et al. v. GlaxoSmithKline LLC*
17-cv-10840-FDS, *Dochee et al. v. GlaxoSmithKline LLC*
17-cv-10841-FDS, *Bragg et al. v. GlaxoSmithKline LLC*
17-cv-10957-FDS, *Koontz v. GlaxoSmithKline LLC*
17-cv-10646-FDS, *Woods v. GlaxoSmithKline LLC*
17-cv-12369-FDS, *Smith et al. v. GlaxoSmithKline LLC*
17-cv-12577-FDS, *Tabron v. GlaxoSmithKline LLC*
17-cv-11490-FDS, *Nicholson v. GlaxoSmithKline LLC*
18-cv-10018-FDS, *Corbett et al. v. GlaxoSmithKline LLC*
18-cv-10149-FDS, *Myint v. GlaxoSmithKline LLC*
18-cv-10279-FDS, *Mooradian-Riggs et al. v. GlaxoSmithKline LLC*
18-cv-10397-FDS, *Peterson v. GlaxoSmithKline LLC*
18-cv-10407-FDS, *Macias v. GlaxoSmithKline LLC*
18-cv-10409-FDS, *Carter v. GlaxoSmithKline LLC*
18-cv-10428-FDS, *Lampkin v. GlaxoSmithKline LLC*
18-cv-10509-FDS, *Gomes v. GlaxoSmithKline LLC*
18-cv-10532-FDS, *Laterveer et al. v. GlaxoSmithKline LLC*
18-cv-10546-FDS, *Zimmerman et al. v. GlaxoSmithKline LLC*
18-cv-10606-FDS, *Washington v. GlaxoSmithKline LLC*
18-cv-10653-FDS, *Radeleff v. GlaxoSmithKline LLC*
18-cv-10668-FDS, *Akers v. GlaxoSmithKline LLC*

18-cv-10703-FDS, *Ortiz et al. v. GlaxoSmithKline LLC*
18-cv-10775-FDS, *Powell v. GlaxoSmithKline LLC*
18-cv-10787-FDS, *Adams et al. v. GlaxoSmithKline LLC*
18-cv-10809-FDS, *Singh v. GlaxoSmithKline LLC*
18-cv-10825-FDS, *Kennelly et al. v. GlaxoSmithKline LLC*
18-cv-10852-FDS, *Laferriere v. GlaxoSmithKline LLC*
18-cv-10905-FDS, *Weinert v. GlaxoSmithKline LLC*
18-cv-10973-FDS, *Shepherd et al. v. GlaxoSmithKline LLC*
18-cv-10993-FDS, *Kenney et al. v. GlaxoSmithKline LLC*
18-cv-11066-FDS, *Alberto v. GlaxoSmithKline LLC*
18-cv-11075-FDS, *Shouhed et al. v. GlaxoSmithKline LLC*
18-cv-11076-FDS, *Farinha et al. v. GlaxoSmithKline LLC*
18-cv-11077-FDS, *Maxwell et al. v. GlaxoSmithKline LLC*
18-cv-11078-FDS, *VanBuren et al. v. GlaxoSmithKline LLC*
18-cv-11081-FDS, *Daniels et al. v. GlaxoSmithKline LLC*
18-cv-11083-FDS, *Trestik et al. v. GlaxoSmithKline LLC*
18-cv-11084-FDS, *Marcellus et al. v. GlaxoSmithKline LLC*
18-cv-11085-FDS, *Scangarello et al. v. GlaxoSmithKline LLC*
18-cv-11086-FDS, *Aguirre et al. v. GlaxoSmithKline LLC*
18-cv-11088-FDS, *Mostero et al. v. GlaxoSmithKline LLC*
18-cv-11151-FDS, *Voqui v. GlaxoSmithKline LLC*
18-cv-11276-FDS, *Harrison et al. v. GlaxoSmithKline LLC*
18-cv-11297-FDS, *Czekansky v. GlaxoSmithKline LLC*
18-cv-11378-FDS, *Blanchette et al. v. GlaxoSmithKline LLC*
18-cv-11441-FDS, *Fouche et al. v. GlaxoSmithKline LLC*
18-cv-11477-FDS, *Frazier v. GlaxoSmithKline LLC*
18-cv-11630-FDS, *Blair et al. v. GlaxoSmithKline LLC*
18-cv-11686-FDS, *Baptiste v. GlaxoSmithKline LLC*
18-cv-11822-FDS, *McQueen v. GlaxoSmithKline LLC*
18-cv-11874-FDS, *Boyack v. GlaxoSmithKline LLC*
18-cv-11976-FDS, *Palmer v. GlaxoSmithKline LLC*
18-cv-12259-FDS, *Rosene et al. v. GlaxoSmithKline LLC*
18-cv-12424-FDS, *Abughannam et al. v. GlaxoSmithKline LLC*
18-cv-12492-FDS, *Hodge v. GlaxoSmithKline LLC*
18-cv-12552-FDS, *Stamou et al. v. GlaxoSmithKline LLC*
18-cv-11816-FDS, *Applegarth v. GlaxoSmithKline LLC*
18-cv-12272-FDS, *McGee et al. v. GlaxoSmithKline LLC*
18-cv-12259-FDS, *Rosene et al. v. GlaxoSmithKline LLC*
19-cv-10107-FDS, *Fredrikson v. GlaxoSmithKline LLC*
19-cv-10165-FDS, *Wahid-Dail v. GlaxoSmithKline LLC*
19-cv-10236-FDS, *Sehlke v. GlaxoSmithKline LLC*
19-cv-10239-FDS, *David v. GlaxoSmithKline LLC*
19-cv-10253-FDS, *Miller v. GlaxoSmithKline LLC*
19-cv-10270-FDS, *Wilkinson et al. v. GlaxoSmithKline LLC*
19-cv-10353-FDS, *Sheidayi et al. v. GlaxoSmithKline LLC*
19-cv-10465-FDS, *Kuhlmann v. GlaxoSmithKline LLC*

19-cv-10468-FDS, *Akbar et al. v. GlaxoSmithKline LLC*
19-cv-10497-FDS, *McAulay et al. v. GlaxoSmithKline LLC*
19-cv-10581-FDS, *Bush et al. v. GlaxoSmithKline LLC*
19-cv-10590-FDS, *Rupp v. GlaxoSmithKline LLC*
19-cv-10603-FDS, *Aleksanyan v. GlaxoSmithKline LLC*
19-cv-10606-FDS, *Kiefer et al. v. GlaxoSmithKline LLC*
19-cv-10694-FDS, *Allen v. GlaxoSmithKline LLC*
19-cv-10698-FDS, *Ingham v. GlaxoSmithKline LLC*
19-cv-10929-FDS, *Scott et al. v. GlaxoSmithKline LLC*
19-cv-11017-FDS, *Fane v. GlaxoSmithKline LLC*
19-cv-11115-FDS, *McGuinness et al. v. GlaxoSmithKline LLC*
19-cv-11168-FDS, *Quick v. GlaxoSmithKline LLC*
19-cv-11189-FDS, *Orrin et al. v. GlaxoSmithKline LLC*
19-cv-11244-FDS, *Garza et al. v. GlaxoSmithKline LLC*
19-cv-11410-FDS, *Wilkinson v. GlaxoSmithKline LLC*
19-cv-11636-FDS, *Cosolito v. GlaxoSmithKline LLC*
19-cv-11675-FDS, *McColman et al. v. GlaxoSmithKline LLC*
19-cv-11822-FDS, *Burruel v. GlaxoSmithKline LLC*
19-cv-11840-FDS, *Bolds v. GlaxoSmithKline LLC*
19-cv-11997-FDS, *Bolds v. GlaxoSmithKline LLC*
19-cv-12176-FDS, *DeToia v. GlaxoSmithKline LLC*
19-cv-12247-FDS, *Degand-Raphino et al. v. GlaxoSmithKline LLC*
19-cv-12249-FDS, *Akil v. GlaxoSmithKline LLC*
19-cv-12270-FDS, *Adrian v. GlaxoSmithKline LLC*
19-cv-12366-FDS, *Henslee et al. v. GlaxoSmithKline LLC*
19-cv-12401-FDS, *Estrada Avalos v. GlaxoSmithKline LLC*
19-cv-12404-FDS, *Candray v. GlaxoSmithKline LLC*
19-cv-12448-FDS, *Barber et al. v. GlaxoSmithKline LLC*
19-cv-10353-FDS, *Sheidayi et al. v. GlaxoSmithKline LLC*
20-cv-10116-FDS, *Price et al. v. GlaxoSmithKline LLC*
20-cv-10382-FDS, *Martin et al. v. GlaxoSmithKline LLC*
20-cv-10386-FDS, *Satter v. GlaxoSmithKline LLC*
20-cv-10512-FDS, *Bibbins v. GlaxoSmithKline LLC*
20-cv-10526-FDS, *Walters-Powis v. GlaxoSmithKline LLC*
20-cv-10561-FDS, *Lloyd v. GlaxoSmithKline LLC*
20-cv-10879-FDS, *Reyes et al. v. GlaxoSmithKline LLC*
20-cv-10711-FDS, *Pelfrey v. GlaxoSmithKline LLC*
20-cv-10989-FDS, *Ruggiero et al. v. GlaxoSmithKline LLC*
20-cv-11011-FDS, *Gleason v. GlaxoSmithKline LLC*
20-cv-11024-FDS, *Allen v. GlaxoSmithKline LLC*
20-cv-11034-FDS, *Fernandes v. GlaxoSmithKline LLC*
20-cv-11082-FDS, *Gomez v. GlaxoSmithKline LLC*
20-cv-11210-FDS, *Nelson v. GlaxoSmithKline LLC*
20-cv-11417-FDS, *Orosco et al. v. GlaxoSmithKline LLC*
20-cv-11430-FDS, *Gibson et al. v. GlaxoSmithKline LLC*
20-cv-11541-FDS, *Hankinson v. GlaxoSmithKline LLC*

20-cv-11542-FDS, *Swauger et al. v. GlaxoSmithKline LLC*
20-cv-11667-FDS, *Tracey v. GlaxoSmithKline LLC*
20-cv-11815-FDS, *Valtierra v. GlaxoSmithKline LLC*
20-cv-11822-FDS, *Mangat v. GlaxoSmithKline LLC*
20-cv-11849-FDS, *Green v. GlaxoSmithKline LLC*
20-cv-11983-FDS, *Epel et al. v. GlaxoSmithKline LLC*
20-cv-12148-FDS, *Murphy et al. v. GlaxoSmithKline LLC*
20-cv-12150-FDS, *White v. GlaxoSmithKline LLC*
20-cv-12160-FDS, *Eudy et al. v. GlaxoSmithKline LLC*
20-cv-12210-FDS, *Kuykendall v. GlaxoSmithKline LLC*
20-cv-12211-FDS, *Sherwood v. GlaxoSmithKline LLC*
20-cv-11679-FDS, *Preciado v. GlaxoSmithKline LLC*
20-cv-10959-FDS, *Shouhed v. GlaxoSmithKline LLC*
20-cv-10960-FDS, *Maxwell v. GlaxoSmithKline LLC*
20-cv-10961-FDS, *Farinha et al. v. GlaxoSmithKline LLC*
21-cv-10002-FDS, *Menolascino v. GlaxoSmithKline LLC*
21-cv-10056-FDS, *Elmquist v. GlaxoSmithKline LLC*
21-cv-10061-FDS, *Lanier v. GlaxoSmithKline LLC*
21-cv-10110-FDS, *Rys v. GlaxoSmithKline LLC*
21-cv-10199-FDS, *Briggs-Howard et al. v. GlaxoSmithKline LLC*
21-cv-10227-FDS, *McCree v. GlaxoSmithKline LLC*
21-cv-10242-FDS, *Broos v. GlaxoSmithKline LLC*
21-cv-10272-FDS, *Haines et al. v. GlaxoSmithKline LLC*
21-cv-10380-FDS, *Barnes v. GlaxoSmithKline LLC*
21-cv-10391-FDS, *Rosales v. GlaxoSmithKline LLC*
21-cv-10393-FDS, *Rosales v. GlaxoSmithKline LLC*
21-cv-10405-FDS, *Rodriguez v. GlaxoSmithKline LLC*
21-cv-10622-FDS, *Nulle v. GlaxoSmithKline LLC*
21-cv-10708-FDS, *Hasenecz et al. v. GlaxoSmithKline LLC*
21-cv-10737-FDS, *Wheeler v. GlaxoSmithKline LLC*
21-cv-10783-FDS, *Sweeney et al. v. GlaxoSmithKline LLC*
21-cv-10805-FDS, *Radenslaben v. GlaxoSmithKline LLC*
21-cv-10817-FDS, *Channell v. GlaxoSmithKline LLC*
21-cv-10825-FDS, *Arellano v. GlaxoSmithKline LLC*
21-cv-10844-FDS, *Martinez et al. v. GlaxoSmithKline LLC*
21-cv-10855-FDS, *Kelley v. GlaxoSmithKline LLC*
21-cv-10885-FDS, *Trosper et al. v. GlaxoSmithKline LLC*
21-cv-10906-FDS, *English v. GlaxoSmithKline LLC*