

Robert K. Jenner
Rjenner@MyAdvocates.com | 410-653-3200
BAR MEMBERSHIPS: Maryland | District of Columbia

Kimberly A. Dougherty
KDougherty@MyAdvocates.com | 410-653-3200
BAR MEMBERSHIPS: Massachusetts

November 13, 2015

**VIA HAND DELIVERY AND E-FILING**

The Honorable F. Dennis Saylor, IV
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

   **Re:** *In Re Zofran (Ondansetron) Products Liability Litigation,* **MDL No. 2657**

Dear Judge Saylor:

   We are writing in response to Defendant, GlaxoSmithKline's (GSK) filings of last evening, including an agenda and a letter from the FDA. As to the agenda, Plaintiffs' proposed status conference agenda is attached. We will be prepared to address any items the Court wishes to discuss this Tuesday.

   As to the FDA letter filing, we find that the timing of this letter and Defendant's urgency to raise it with the Court in a filing before the first status conference is premature. Certainly, the regulatory letter raises a host of issues that will be addressed during both fact and expert discovery. At the appropriate time, the Plaintiffs will have a robust response incorporating facts gathered from discovery. Suffice to say for now, this Court already is aware from the complaint in the *LeClair* case that there are many other facts that provide context to this FDA letter and GSK's promotion and sale of Zofran. Should the Court wish to hear Plaintiffs' initial response to this filing on Tuesday, we will be prepared to do so. However, at this juncture, again, we think it is premature until leadership is approved and we get into discovery.

MASSACHUSETTS OFFICE
31 St. James Avenue, Suite 365 | Boston, Massachusetts 02116

Maryland | Massachusetts | South Carolina | New York | North Carolina | Washington, D.C.

{ZOFR-008133/00836581-1}

We look forward to seeing Your Honor next week.

Respectfully submitted,

_____

Robert K. Jenner (MD, DC)
Kimberly Dougherty (MA Bar No. 658014)
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
410-653-3200
rjenner@madvocates.com
kdougherty@myadvocates.com

Kimberly D. Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9265
kbarone@motleyrice.com

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE  19801
302-662-7063
egraham@gelaw.com

Tobias L. Millrood
POGUST, BRASLOW & MILLROOD LLC
8 Tower Bridge, Suite 1520
Conshohocken, PA  19428
610-941-4204
tmillrood@pbmattorneys.com

Enclosures

cc:  Madeleine McDonough, Esquire (via email and first class mail)

{ZOFR-008133/00836581-1}

**<u>CERTIFICATE OF SERVICE</u>**

I, Kimberly Dougherty, hereby certify that on this 13th day of November, 2015, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing:

*/s/* **Kimberly Dougherty**
Kimberly Dougherty