UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE: ZOFRAN (ONDANSETRON)         )
PRODUCTS LIABILITY LITIGATION,      )   MDL No. 1:15-md-2657-FDS
                                    )
This Document Relates To:           )
                                    )
    All Cases                       )
                                    )
_____)

# MDL Order No. 2
**November 16, 2015**

**SAYLOR, D.J.**

### ORDER CONCERNING ATTENDANCE AND PARTICIPATION OF COUNSEL BY TELEPHONE

This order is intended to govern the attendance and participation of counsel by telephone in any court proceedings in this matter. Because of the large number of attorneys who seek to attend or participate by telephone in this matter, the following rules shall apply.

1. Once Plaintiffs' Lead Counsel is appointed, Counsel who wish to attend by telephone should notify Plaintiffs' Lead Counsel reasonably in advance of the proceeding. Lead Counsel shall prepare and submit to the Court a list of counsel appearing by telephone at or reasonably in advance of the proceeding.

2. Counsel attending by telephone will not be permitted to speak during the proceeding unless called upon or recognized by the Court.  Counsel who wish to address a particular issue by telephone should endeavor to notify the Court in writing reasonably in advance of the proceeding, so that the Court can recognize counsel at an appropriate time.

3. There are a limited number of lines available for dial-in access.  Parties are encouraged to dial into the call early to secure a line.

4. Counsel attending by telephone should endeavor to minimize background noise and other interference during the call.  Counsel should normally mute their telephones, so that they can hear the proceeding but other participants will not hear any unwanted noise or interference.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  November 16, 2015