## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                            )
**IN RE: ZOFRAN (ONDANSETRON)** )
**PRODUCTS LIABILITY LITIGATION,** )   MDL No. 1:15-md-2657-FDS
                                            )
**This Document Relates To:**        )
                                            )
    **All Cases**                          )
                                            )
_____)


## MDL Order No. 4
### November 18, 2015

### ORDER STAYING RESPONSIVE PLEADINGS

In the interests of judicial economy, all deadlines to file responsive pleadings are stayed in all transactions to this Court in this multidistrict proceeding pending further order of this Court.

**So Ordered.**

|  |  |
|---|---|
|  | /s/ F. Dennis Saylor |
|  | F. Dennis Saylor IV |
| Dated: November 18, 2015 | United States District Judge |