# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                                        )
IN RE: ZOFRAN (ONDANSETRON)             )
PRODUCTS LIABILITY LITIGATION,          )      MDL No. 1:15-md-2657-FDS
                                        )
This Document Relates To:               )
                                        )
     All Cases                          )
                                        )
_____ )
```

### MDL Order No. 5
**November 18, 2015**

### ORDER CONCERNING APPEARANCES OF COUNSEL

1.      Counsel in any individual case transferred to this Court as part of this MDL proceeding who appeared in that case in the transferor District Court prior to the transfer need not enter a separate appearance in this Court in that individual case.  Such counsel must, however, file an appearance in the master docket in order to ensure that the Court can maintain an accurate master list of counsel.

2.      Counsel who filed an appearance in an individual case transferred to this Court and who is duly admitted to practice before any United States District Court may appear in this matter without the filing and allowance of a motion to appear *pro hac vice*.

3.      No parties in any of the individual cases transferred to this Court shall be required to obtain local counsel in this District.

4.      Any attorney who appears in this matter in accordance with this order shall be subject to the Local Rules of this Court, including its attorney disciplinary rules.

5.      This order supersedes the provisions of paragraph 6 of MDL Order No. 1 (filed

October 14, 2015).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated:  November 18, 2015            United States District Judge