# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION, | ) ) ) ) ) ) ) ) | MDL No. 1:15-md-2657-FDS |
| This Document Relates To: | | |
| All Actions | | |

## PLAINTIFFS' LEAD AND LIAISON COUNSEL'S MOTION FOR THE APPOINTMENT OF A PLAINTIFFS' STEERING COMMITTEE

For the reasons set forth in their supporting Memorandum of Law, filed herewith, Plaintiffs' Lead and Liaison Counsel hereby move this Court to enter their proposed Order Appointing a Plaintiffs' Steering Committee.

Respectfully submitted,

/s/ Robert K. Jenner
Robert K. Jenner (MD, DC)
Kimberly Dougherty (MA Bar No. 658014)
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
410-653-3200
rjenner@madvocates.com
kdougherty@myadvocates.com

Kimberly D. Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9265
kbarone@motleyrice.com

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE  19801
302-662-7063
egraham@gelaw.com

        Tobias L. Millrood
        POGUST, BRASLOW & MILLROOD LLC
        8 Tower Bridge, Suite 1520
        Conshohocken, PA 19428
        610-941-4204
        tmillrood@pbmattorneys.com

### 7.1.(A)(2) CERTIFICATION

I hereby certify that the parties' counsel have conferred and attempted in good faith to narrow the issues raised in this motion.

        Respectfully submitted,

        */s/* Robert K. Jenner
        Robert K. Jenner (MD, DC)
        Kimberly Dougherty (MA Bar No. 658014)
        JANET, JENNER & SUGGS, LLC
        31 St. James Avenue, Suite 365
        Boston, MA 02116
        410-653-3200
        rjenner@madvocates.com
        kdougherty@myadvocates.com

### CERTIFICATE OF SERVICE

I, Robert K. Jenner, hereby certify that on this 3rd day of December, 2015, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing:

        */s/* Robert K. Jenner
        Robert K. Jenner