IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL No. 2657<br>1:15-md-2657-FDS |
| THIS DOCUMENT RELATES TO: | HON. F. DENNIS SAYLOR IV |
| *Bowles, et al. v. GSK*; No. 1:2015-cv-13915<br>*Colston, et al. v. GSK*; No. 1:2015-cv-13975<br>*Graves, et al. v. GSK*; No. 1:2015-cv-13928<br>*Hooker, et al. v. GSK*; No. 1:2015-cv-13905<br>*Lancaster, et al. v. GSK*; No. 1:2015-cv-13908<br>*Lawson, et al. v. GSK*; No. 1:2015-cv-14000<br>*Leath, et al. v. GSK*; No. 1:2015-cv-13917<br>*McDonald, et al. v. GSK*; No. 1:2015-cv-13977<br>*Poe, et al. v. GSK*; No. 1:2015-cv-13937<br>*Shellstrom, et al. v. GSK*; No. 1:2015-cv-13945<br>*Smith, et al. v. GSK*; No. 1:2015-cv-13906<br>*Wilkinson, et al. v. GSK*; No. 1:2015-cv-13920<br>*Winfield, et al. v. GSK*; No. 1:2015-cv-13976 | |

## **NOTICE OF APPEARANCE**

Kindly enter my appearance as co-counsel on behalf of Plaintiffs in each of the above-captioned matters and add my name to the ECF service list for each individual case as well as the master case file for MDL 2657, No. 1:15-md-02657.

Dated:  December 10, 2015

 */s/ Ed Blizzard*
Edward F. Blizzard, Esquire
BLIZZARD & NABERS
440 Louisiana, Suite 1710
Houston, Texas 77002-1689
713-844-3750  Office
713-844-3755  Fax
eblizzard@blizzardlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

>  */s/ Ed Blizzard*
> Edward F. Blizzard, Esquire
> BLIZZARD & NABERS
> 440 Louisiana, Suite 1710
> Houston, Texas 77002-1689
> 713-844-3750  Office
> 713-844-3755  Fax
> eblizzard@blizzardlaw.com