# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2657 1:15-MD-2657-FDS |
| This Document Relates To: | ) ) |  |
| *Barker, et al v. GlaxoSmithKline, LLC* Case No.:1:15-cv-13994 | ) ) ) |  |
| *Ellis, et al v. GlaxoSmithKline, LLC* Case No. 1:15-cv-13921 | ) ) ) |  |
| *Johnson, et al v. GlaxoSmithKline, LLC* Case No. 1:15-cv-13926 | ) ) ) |  |
| *Mitchell, et al v. GlaxoSmithKline, LLC* Case No. 1:15-cv-13914 | ) ) ) |  |
| *White, et al v. GlaxoSmithKline, LLC* Case No. 1:15-cv-13995 | ) ) ) ) |  |

## **NOTICE OF APPEARANCE**

In accordance with MDL Order No. 5, please enter the appearance of Bobby J. Bell, Jr. of Hollis, Wright, Clay & Vail, P.C., 2201 Morris Avenue, Birmingham, AL 35203, as attorney representing Plaintiffs in the above-referenced actions.

Date: December 14, 2015                                Respectfully submitted

                                                                           s/ *Bobby J. Bell, Jr.*
                                                                           Bobby J. Bell, Jr. (ASB-3426-B63B)
                                                                           2201 Morris Avenue
                                                                           Birmingham, Alabama 35203
                                                                           Phone: (205) 324-3600
                                                                           Facsimile: (205) 324-3636
                                                                           Email: bob@hollis-wright.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 14th, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                        */s/ Bobby J. Bell, Jr.*
                                          Bobby J. Bell, Jr.
                                          Hollis, Wright, Clay & Vail, P.C.
                                          Counsel for Plaintiffs