IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>This Document Relates To:<br>[Insert]<br><br>PLAINTIFFS,<br><br> v.<br><br>[Insert]<br><br>DEFENDANTS. | MDL No. 1:15-md-2657-FDS<br><br><br>SHORT FORM COMPLAINT<br>AND JURY DEMAND<br>BRAND ZOFRAN® USE |

**[PLAINTIFFS' AND GLAXOSMITHKLINE LLC'S PROPOSED]**
**MASTER SHORT FORM COMPLAINT AND JURY DEMAND**
**BRAND ZOFRAN® USE**

Plaintiffs incorporate by reference Plaintiffs' Brand Long Form Master Complaint and Jury Demand filed in *In Re Zofran® Products Liability Litigation* in the United States District Court for the District of Massachusetts, filed as No. 255 on the Master Docket. Pursuant to Case Management Order No.14, the following Brand Short Form Complaint encompasses Plaintiffs' claims as adopted from the Brand Master Long Form Complaint in the above-captioned action.

Plaintiffs select and indicate by checking boxes where requested, parties and claims specific to this case. As necessary, Plaintiffs include: (a) additional claims against the Defendant(s) listed in paragraph 1, which are set forth in paragraph 12, and the supporting facts for which are alleged in paragraph 13 or on an additional sheet attached to this Complaint, and/or (b) claims pleaded against additional defendants not listed in the Brand Long Form Master

1

Complaint, which are set forth in paragraph 14 and the supporting facts for which are alleged in paragraph 14 or on an additional sheet attached to this Complaint.

Plaintiffs, by and through counsel, allege as follows:

**I.   DEFENDANTS**

1. Plaintiffs name the following Defendants in this action **[check only those that apply]**:

    ☐ **GLAXOSMITHKLINE LLC**

    ☐ **NOVARTIS PHARMACEUTICALS CORPORATION (FOR CLAIMS ARISING FROM ZOFRAN® INGESTION ON OR AFTER MARCH 23, 2015)**

**II.   PLAINTIFFS**

2. Plaintiffs are bringing these claims:

    ☐ **Individually and on behalf of the minor child; or**

    ☐ **On behalf of the minor child only**

due to injuries caused by prenatal exposure to brand Zofran®, as described in greater detail below.

3. Plaintiff, _____, is the **[check all that apply]**:

    ☐ biological mother

    ☐ biological father

    ☐ legal guardian

    ☐ personal representative of the Estate

of minor child \_\_\_\_, (initials only) and is an individual who is domiciled at _____.

4. Plaintiff, _____, is the **[check all that apply]**:

☐ biological mother

☐ biological father

☐ legal guardian

☐ personal representative of the Estate

of minor child _____, (initials only) and is an individual who is domiciled at

_____.

5. Minor child _____ (initials only) was born in _____ (year only) in _____ (state of birth).

### III. ZOFRAN® INGESTION

6. Mother of minor child ingested Zofran® during pregnancy with minor child during the following trimester(s) **[check all that apply]**:

☐ **1ST TRIMESTER**

☐ **2ND TRIMESTER**

☐ **3RD TRIMESTER**

### IV. PRODUCT IDENTIFICATION

7. Plaintiffs allege use of the following form(s) of administration of Zofran® **[check all that apply]**:

☐ **ORAL TABLETS**

☐ **ORALLY DISINTEGRATING TABLET**

☐ **INJECTABLE OR I.V. SOLUTION**

☐ **ORAL SOLUTION**

☐ _____

3

8.  Plaintiffs allege that Zofran® was ingested in the following state(s): _____

_____.

9.  [Complete only for Complaints directly filed in the MDL Court.] Identify the U.S. federal district court and if applicable, the division, in which Plaintiff would have filed in the absence of an MDL_____.

## V.   PHYSICAL INJURY

10. Minor child alleges the following injury(ies) as a result of prenatal exposure to Zofran® [specify all that apply]: _____

_____

_____

_____

_____.

11. Plaintiffs allege the following injury(ies) to themselves as a result of minor child's prenatal exposure to Zofran® [specify all that apply]: _____

_____

_____

_____

_____.

## VI.  CLAIMS/COUNTS

12.  The following claims asserted in the Brand Master Long Form Complaint, and the allegations with regard thereto in the Brand Master Long Form Complaint, are adopted in this Short Form Complaint by reference:

| Check if Applicable | Count Number | Claims |
|---|---|---|
| ☐ | I | Negligence |
| ☐ | II | Negligent Misrepresentation |
| ☐ | III | Negligent Undertaking |
| ☐ | IV | Negligence Per Se |
| ☐ | V | Failure to Warn – Strict Liability |
| ☐ | VI | Breach of Express Warranty |
| ☐ | VII | Breach of Implied Warranties |
| ☐ | VIII | Fraudulent Misrepresentation and Concealment |
| ☐ | IX | Violations of Consumer Protection Laws [Specify the laws allegedly violated:] |
| ☐ | X | Wrongful Death |
| ☐ | XI | Survival Action |
| ☐ | XII | Loss of Consortium |
| ☐ | XIII | Punitive Damages |
| ☐ | XIV | Other(s): [Specify] |

5

13. If additional claims against the Defendants identified in the Brand Master Long Form Complaint are alleged in paragraph 12, the facts supporting these allegations must be pleaded. Plaintiffs assert the following factual allegations against the Defendants identified in the Brand Master Long Form Complaint:

|  |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

14. Plaintiffs assert the following additional claims and factual allegations against other Defendants (must name defendant and its alleged citizenship):

|  |
| --- |
|  |
|  |
|  |
|  |
|  |

[**GSK's Proposal**:

15. Plaintiffs' claims are asserted under the substantive laws of the following state: _____.]

6

[**Plaintiffs' Proposal:** Plaintiffs disagree with the inclusion of Paragraph 15.]

**WHEREFORE,** Plaintiffs pray for relief as set forth in the Plaintiffs' Brand Master Long Form Complaint in *In Re Zofran® Products Liability Litigation* in the United States District Court for the District of Massachusetts.

Dated: _____                          _____
                                                *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

*/s/ Jennifer Hill*
Jennifer Hill