# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL No. 1:15-md-2657-FDS |
| This Document Relates To: [Insert] | [PROPOSED] ORDER |
| PLAINTIFFS, | |
| v. | |
| [Insert] | |
| DEFENDANTS. | |

**[PLAINTIFFS' AND GLAXOSMITHKLINE LLC'S JOINTLY PROPOSED]
MDL ORDER NO. 14A
ORDER APPROVING MASTER SHORT FORM COMPLAINTS AND JURY
DEMANDS FOR BRAND ZOFRAN® AND GENERIC ONDANSETRON USE**

Upon consideration of the Plaintiffs' Master Long Form Complaint and Jury Demand for Brand Zofran® Use (doc. no 255), Plaintiffs' Master Long Form Complaint and Jury Demand for Generic Ondansetron Use (doc. no. 256) and Plaintiffs' and GlaxoSmithKline LLC's jointly proposed Master Short Form Complaint for Brand Zofran® Use (attached hereto as Exhibit A) and Plaintiffs' and GlaxoSmithKline LLC's jointly proposed Master Short Form Complaint for Generic Ondansetron Use (attached hereto as Exhibit B), and following a discussion on the record with counsel for the parties regarding the same, it is hereby **ORDERED** that the Master Short Form Complaints attached hereto are **APPROVED.**

So Ordered.

Dated: June 20, 2016               /s/ F. Dennis Saylor
                                   F. Dennis Saylor IV
                                   United States District Judge