UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates To:<br><br>    All Cases | )<br>)<br>)   MDL No. 1:15-md-2657-FDS<br>)<br>)<br>)<br>)<br>) |

## MDL Order No. 16
### July 8, 2016

### ORDER APPROVING SHORT-FORM COMPLAINT

In accordance with MDL Order No. 14, entered May 18, 2016, the Court hereby approves the forms of Short-Form Complaint and Jury Demand submitted by the parties. Specifically, the Court approves the following forms:

1. Master Short-Form Complaint and Jury Demand—Brand Zofran Use, Docket No. 274, Exhibit A, filed June 20, 2016; and

2. Master Short-Form Complaint and Jury Demand—Generic Ondansetron Use, Docket No. 274, Exhibit B, filed June 20, 2016.

The entry of this Order will trigger certain requirements under MDL Order No. 14, including the requirement that each current plaintiff file a Short-Form Complaint within 30 days of this Order.

**So Ordered.**

Dated:  July 8, 2016

/s/  F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge