## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| IN RE: ZOFRAN (ONDANSETRON) | ) | |
| PRODUCTS LIABILITY LITIGATION, | ) | MDL No. 1:15-md-2657-FDS |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| All Cases | ) | |
| | ) | |
| _____ | ) | |

### MDL Order No. 2A
### July 15, 2016

**SAYLOR, J.**

### SUPPLEMENTAL ORDER CONCERNING ATTENDANCE AND PARTICIPATION OF COUNSEL BY TELEPHONE

This order is intended to remind counsel of the rules governing the attendance and participation of counsel by telephone in any court proceedings in this matter. *See* MDL Order 2 (Docket No. 24, Nov. 16, 2015). Because of the high volume of telephone attendance, counsel attending by telephone should endeavor to minimize background noise and other interference during the call. Counsel should normally mute their telephones, so that they can hear the proceeding but other participants will not hear any unwanted noise or interference. Counsel should also avoid placing the Court on hold, which may have the unfortunate effect of playing "hold" music to all participants and throughout the courtroom. The cooperation of all counsel in observing these requirements is greatly appreciated.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated:  July 15, 2016                United States District Judge