UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION, <br><br>This Document Relates To: <br><br>All Cases | ) ) ) ) ) ) ) ) ) ) MDL No. 1:15-md-2657-FDS |

### MDL Order No. 17
July 21, 2016

### ORDER CONCERNING FILING FEES
### WHEN FILING SHORT FORM COMPLAINTS

**SAYLOR, J.**

In accordance with MDL Order No. 14, entered May 18, 2016, and MDL Order No. 16, entered July 8, 2016, the plaintiffs in this action are required to file Short Form Complaints.

Any plaintiff in a pending action who previously filed a complaint and paid the filing fee, and who is adopting a version of the Short Form Complaint, need not pay the filing fee again. The adoption of the Short Form Complaint is, in effect, the filing of an amended complaint, for which no additional fee is required. However, any plaintiff who files a new case directly in this MDL proceeding must pay the required filing fee. In other words, the filing of a new action requires the payment of filing fee, but such a fee need only be paid once.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: July 21, 2016