## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL No. 1:15-md-2657-FDS<br><br>This document relates to:<br><br>*All cases* |

## DEFENDANT GLAXOSMITHKLINE LLC'S
## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
## ITS MOTION FOR SEQUENCED DISCOVERY

Defendant GlaxoSmithKline LLC ("GSK") respectfully submits that the accompanying supplemental authority should be considered in connection with its pending Motion for Sequenced Discovery (Dkt. # 262). Attached as **Exhibit A** is a copy of the Order Granting Defendant's Motion to Bifurcate Discovery ("Order"), entered by the Honorable William V. Gallo, United States Magistrate Judge, on August 2, 2016, granting a similar request to sequence discovery on general causation as presented in GSK's Motion. Magistrate Judge Gallo entered the attached Order in *Giglio v. Monsanto Company*, No. 15-cv-2279-BTM (WVG) (S.D. Cal.), a product liability case involving claims, as here, for negligence, failure to warn, and breach of implied warranty. The Order expressly finds that conducting discovery in phases is an "efficient solution" to address the threshold issue of general causation, which the Court recognized is a "threshold issue on which all of plaintiff's claims rest," *see* Ex. A at 2, and the Order directly addresses several of the issues and arguments raised by the parties in conjunction with GSK's pending Motion for Sequenced Discovery.

Dated: August 4, 2016

Respectfully submitted,
GLAXOSMITHKLINE LLC,
By its attorneys,

*/s/ Jennifer Stonecipher Hill*
Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
1155 F Street NW, Suite 200
Washington, D.C. 20004
Telephone:  (202) 783-8400
Facsimile:  (202) 783-4211
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com
*Admitted pro hac vice*

Mark D. Seltzer (BBO # 556341)
Joshua S. Barlow (BBO # 667472)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000
Facsimile: 617-345-1300
mseltzer@nixonpeabody.com
jbarlow@nixonpeabody.com

George W. Vien (BBO # 547411)
DONNELLY, CONROY & GELHAAR LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: 617-720-2880
Facsimile: 617-720-3554
gwv@dcglaw.com

*Attorneys for Defendant GlaxoSmithKline LLC*

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

*/s/ Jennifer Stonecipher Hill*
Jennifer Stonecipher Hill

355626 v1