**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL No. 1:15-md-2657-FDS<br><br>This document relates to:<br><br>*All cases* |

**DEFENDANT GLAXOSMITHKLINE LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR SEQUENCED DISCOVERY**

Defendant GlaxoSmithKline LLC ("GSK") respectfully submits the accompanying supplemental authority in support of its pending Motion for Sequenced Discovery (Dkt. # 262). Attached as **Exhibit A** is a copy of the revised Zofran® drug label, which the Food and Drug Administration ("FDA") approved on September 28, 2016. As explained in the FDA's Supplemental Approval letter, attached as **Exhibit B**, the label was updated to reflect the Pregnancy and Lactation Labeling Final Rule format.

The "Use in Special Populations" section of the updated label for Pregnancy provides:

- "Available data do not reliably inform the association of ZOFRAN and adverse fetal outcomes."

- "Reproductive studies in rats and rabbits did not show evidence of harm to the fetus when ondansetron was administered during organogenesis at approximately 6 and 24 times the maximum recommended human oral dose of 24 mg/day, based on body surface area, respectively."

- "Methodological limitations of the epidemiology studies preclude a reliable evaluation of the potential risk of adverse fetal outcomes with the use of ondansetron in pregnancy."

- "At this time, there is no clear evidence that ondansetron exposure in early pregnancy can cause cleft palate."

Exhibit A at 8.1.

FDA's approval of the revised Zofran® label is relevant to GSK's Motion for Sequenced Discovery. FDA's determination that a warning about birth defects is not required, coupled with its statements about the lack of a reliable association between Zofran® and "adverse fetal outcomes," buttresses GSK's position that discovery on general causation and preemption should precede full merits discovery.

Dated: October 4, 2016

Respectfully submitted,

GLAXOSMITHKLINE LLC,
By its attorneys,

*/s/ Madeleine M. McDonough*
Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
1155 F Street NW, Suite 200
Washington, D.C. 20004
Telephone:  (202) 783-8400
Facsimile:  (202) 783-4211
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com
*Admitted pro hac vice*

Mark D. Seltzer (BBO # 556341)
Joshua S. Barlow (BBO # 667472)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000
Facsimile: 617-345-1300
mseltzer@nixonpeabody.com
jbarlow@nixonpeabody.com

George W. Vien (BBO # 547411)
DONNELLY, CONROY & GELHAAR LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: 617-720-2880
Facsimile: 617-720-3554
gwv@dcglaw.com
*Attorneys for Defendant GlaxoSmithKline LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

*/s/ Madeleine M. McDonough*
Madeleine M. McDonough