UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | ) ) ) **MDL NO. 1:15-md-2657-FDS** ) ) **This document relates to:** ) ) *Brosseau v. GlaxoSmithKline LLC,* )     Case No. 1:15-cv-14026-FDS; )  *Bryant v. GlaxoSmithKline LLC,* )     Case No. 1:16-cv-11526-FDS; ) *Buckley v. GlaxoSmithKline LLC,* )     Case No. 1:16-cv-10053-FDS; ) *Dahl v. GlaxoSmithKline, LLC,* )      Case No. 1:16-cv-10725-FDS; ) *Dye v. GlaxoSmithKline LLC,* )     Case No. 1:16-cv-11543-FDS; ) *Easterly v. GlaxoSmithKline LLC,* )     Case No. 1:15-cv-13749-FDS; ) *Ellington v. GlaxoSmithKline LLC,* )     Case No. 1:16-cv-10463-FDS; ) *Estapa v. GlaxoSmithKline LLC,* )     Case No. 1:16-cv-11061 ) *Fraley v. GlaxoSmithKline LLC,* )     Case No. 1:16-cv-10336-FDS; ) *Freeman v. GlaxoSmithKline LLC,* )     Case No. 1:15-cv-13753-FDS; ) *Green v. GlaxoSmithKline LLC,* )     Case No. 1:16-cv-10665-FDS; ) *Harrison v. GlaxoSmithKline LLC,* )     Case No. 1:16-cv-10056-FDS; ) *Hernandez-Barreto v. GlaxoSmithKline* ) *LLC,* )     Case No. 1:16-cv-11528-FDS; ) *Jean v. GlaxoSmithKline LLC,* )     Case No. *1:16-cv-12014,* ) *King v. GlaxoSmithKline LLC,* )     Case No. 1:16-cv-11991, ) *Lomber v. GlaxoSmithKline LLC,* )     Case No. 1:16-cv-11987; ) *McClellan v. GlaxoSmithKline LLC,* )     Case No. 1:16-cv-10502-FDS; ) )     **[CONTINUED TO NEXT PAGE]** |

*Miller v. GlaxoSmithKline LLC,*
   Case No. 1:16-cv-10340-FDS;
*Perham v. GlaxoSmithKline LLC,*
   Case No. 1:16-cv-10199-FDS;
*Penrod v. GlaxoSmithKline LLC,*
   Case No. 1:16-cv-10479-FDS;
*Poisson v. GlaxoSmithKline LLC,*
   Case No. 1:16-cv-10057-FDS;
*Rice v. GlaxoSmithKline LLC,*
   Case No. 1:16-cv-11748-FDS;
*Spear v. GlaxoSmithKline LLC,*
   Case No. 1:16-cv-11527-FDS;
*Turnage v. GlaxoSmithKline LLC,*
   Case No. 1:15-cv-13873-FDS;
*Van Overbeke v. GlaxoSmithKline LLC,*
   Case No. 1:16-cv-12005;
*Wanamaker v. GlaxoSmithKline LLC,*
   Case No. 1:16-cv-10756-FDS;
*Wolf v. GlaxoSmithKline,*
   Case No. 1:16-cv-11937

**Oral Argument Requested**

**DEFENDANT GLAXOSMITHKLINE LLC'S CONSOLIDATED
MOTION TO DISMISS FOR FAILURE TO PLEAD USE OF ANY PRODUCT
MANUFACTURED, SOLD, OR DISTRIBUTED BY
<u>DEFENDANT GLAXOSMITHKLINE LLC</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and MDL Order No. 14, Defendant GlaxoSmithKline LLC ("GSK") respectfully moves to dismiss all claims brought by Plaintiffs who allege they ingested generic ondansetron yet bring their claims under the laws of states that do not permit a defendant to be held liable for a product it did not manufacture, sell, or distribute. Because GSK did not manufacture, sell, or distribute the product that allegedly harmed Plaintiffs' children, Plaintiffs' claims fail as a matter of law. GSK contemporaneously submits a Memorandum of Law in Support of Its Consolidated Motion to Dismiss for Failure to Plead Use of Any Product Manufactured, Sold, or Distributed by Defendant GlaxoSmithKline LLC.

WHEREFORE, GSK respectfully requests that this Court grant its Consolidated Motion to Dismiss for Failure to Plead Use of Any Product Manufactured, Sold, or Distributed by Defendant GlaxoSmithKline LLC for the reasons set forth in its Memorandum of Law.

### REQUEST FOR HEARING

GSK hereby requests oral argument on all matters raised in its Consolidated Motion to Dismiss for Failure to Plead Use of Any Product Manufactured, Sold, or Distributed by Defendant GlaxoSmithKline LLC and supporting Memorandum of Law, as well as all matters raised in any opposition thereto submitted by Plaintiffs.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for the parties have met and conferred in a good faith effort to narrow the issues of dispute without success.

Dated October 13, 2016

        Respectfully submitted,
        GLAXOSMITHKLINE LLC,
        By its attorneys,

        */s/ Madeleine M. McDonough*
        Madeleine M. McDonough
        Jennifer M. Stevenson
        Jennifer Stonecipher Hill
        SHOOK, HARDY & BACON L.L.P.
        1155 F Street NW, Suite 200
        Washington, D.C. 20004
        Telephone:  (202) 783-8400
        Facsimile:  (202) 783-4211
        mmcdonough@shb.com
        jstevenson@shb.com
        jshill@shb.com
        *Admitted pro hac vice*

        Mark D. Seltzer (BBO # 556341)
        Joshua S. Barlow (BBO # 667472)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, MA 02110
        Telephone: 617-345-1000
        Facsimile: 617-345-1300
        mseltzer@nixonpeabody.com
        jbarlow@nixonpeabody.com

        George W. Vien (BBO # 547411)
        DONNELLY, CONROY & GELHAAR LLP
        260 Franklin Street, Suite 1600
        Boston, MA 02110
        Telephone: 617-720-2880
        Facsimile: 617-720-3554
        gwv@dcglaw.com

        Attorneys for Defendant GlaxoSmithKline LLC

---

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Memorandum in Support of GlaxoSmithKline LLC's Consolidated Motion to Dismiss for Failure to Plead Use of Any Product Manufactured, Sold, or Distributed by Defendant GlaxoSmithKline LLC, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

/s/ *Madeleine M. McDonough*
Madeleine M. McDonough