UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
**IN RE: ZOFRAN (ONDANSETRON)** )
**PRODUCTS LIABILITY LITIGATION,** )   MDL No. 1:15-md-2657-FDS
)
**This Document Relates To:** )
)
    **All Actions** )
)

## MDL Order No. 21
### January 27, 2017

### ORDER CONCERNING "CORE CRITERIA CATEGORIES" FOR TRIGGERING SERVICE OF A DFS
### (AMENDING MDL ORDER NO. 12)

1. MDL Order No. 12, issued on May 26, 2016, provides that Defendant GlaxoSmithKline ("GSK") must complete a Defendant Fact Sheet ("DFS") for each case in which GSK has received a "substantially complete" Plaintiff Fact Sheet ("PFS"). (MDL Order No. 12, Exhibit 1). This order amends the criteria for triggering the requirement of the completion of a DFS.

2. For PFSs received after the date of this order, the obligation of GSK to complete a DFS will be triggered upon receipt of (1) complete responses to all of the "Core Criteria Categories," as set forth below; (2) a hand-signed and dated court-approved declaration; and (3) the executed authorizations required by MDL Order No. 11.

3. Plaintiffs' counsel shall provide to counsel for GSK a list of previously-served PFSs that plaintiffs' counsel believe meet the three DFS triggering criteria described above. Plaintiffs' counsel will provide GSK with a list of cases on a rolling basis. GSK shall have 45 days to respond to plaintiffs' list, either by letter disagreeing that the DFS-triggering criteria are met or (if GSK agrees that the criteria are met) by serving a DFS.

4. For purposes of this order, the term "Core Criteria Categories" means complete responses to the following questions in the PFS attached to MDL Order No. 11 as Exhibit 1:

   a) **PFS Section A**: Questions 1, 2, 3 (first, last name and middle initial required), 4, 5, 6, 7;

   b) **PFS Section B:** Questions 1, 2 (first, last name and middle initial required), 3, 4 (date of birth), 5 (date of death if applicable),[1] 6 (addresses and dates of residences in which mother has resided from the period of five year prior to the birth of Minor Plaintiff or the loss/termination of the pregnancy at issue and continuing to the present),[2] 10 (only if mother is making a lost wages claim),[3] 11[4];

   c) **PFS Section C:** Questions 1, 2, 3, 4, 5, 6 (only pregnancy with Minor Plaintiff at issue), 11;

   d) **PFS Section D:** Questions 1, 3;

   e) **PFS Section E:** Questions 1;

   f) **PFS Section F:** Questions 1 (first, last name and middle initial required), 2, 3, 4, 5 (addresses and dates of residences at which Minor Plaintiff has resided since birth and continuing to the present), 6, 7, 8, 9, 10, 11; and

   g) **PFS Section H:** Question 1. For purposes of Core Criteria, fathers who are named plaintiffs must also answer the following questions: 2 (first, last name and

---

[1] The implementation of the MDL Centrality data entry system for PFS questions resulted in the renumbering of certain questions from the original PFS version entered by the Court in MDL Order 11, Exhibit 1. Original question B.5, concerning the mother plaintiff's date, place, and cause of death, was renumbered in the MDL Centrality version as questions: B.6 (date of death), B.7 (place of death), and B.8 (cause of death).

[2] Original question B.6, concerning the mother plaintiff's addresses and dates of residences, was renumbered in the MDL Centrality version as question B.9.

[3] Original question B.10, concerning the mother plaintiff's employment history, was renumbered in the MDL Centrality version as question B.13.

[4] Original question B.11, concerning the mother plaintiff's alleged injuries, was renumbered in the MDL Centrality version as question B.14.

middle initial required), 3, 4 (date of birth),[5] 5 (date of death if applicable),[6] 6 (addresses and dates of residences in which father has resided for the period of five years prior to birth of Minor Plaintiff or the loss/termination of the pregnancy at issue),[7] 9.[8]

5. For purposes of this order, a question under the Core Criteria Categories shall be deemed responded to if an answer is provided, even if the answer to the question is "unknown," "not applicable" or "cannot recall."

6. This order does not affect plaintiffs' obligation to answer every question in the PFS, or affect the right of defendant GSK to seek complete responses to all such questions.

7. MDL Order Nos. 11 and 12 concerning PFSs and DFSs remain in full force and effect, except as amended by this order.

**So Ordered.**

Dated: January 27, 2017

/s/ F. Dennis Saylor  
F. Dennis Saylor IV  
United States District Judge

---

[5] Original question H.4, concerning the father's date and place of birth, was renumbered in the MDL Centrality version as questions: H.4 (date of birth), and H.5 (place of birth).

[6] Original question H.5, concerning the father's date, place, and cause of death, was renumbered in the MDL Centrality version as questions: H.6 (date of death), H.7 (place of death), and H.8 (cause of death).

[7] Original question H.6, concerning the father's addresses and dates of residences, was renumbered in the MDL Centrality version as question H.9.

[8] Original question H.9, concerning the father's alleged injuries, was renumbered in the MDL Centrality version as question H.12.