UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION, | ) ) ) ) ) ) ) ) | MDL No. 1:15-md-2657-FDS |
| This Document Relates To: All Actions | | |

## MDL Order No. 22
### January 27, 2017

### ORDER AMENDING FORM OF AUTHORIZATIONS
### (AMENDING MDL ORDER NO. 11)

1. MDL Order No. 11, issued on June 2, 2016, provides that plaintiffs must execute various forms of authorizations and releases for medical records and other forms of records. The forms of those authorizations were attached to the order.

2. In order to comply with the requirements of certain records custodians, the forms of the authorizations attached as Exhibits 3, 4, 5, 7, 8, and 9 to MDL Order No. 11, are hereby amended. Amended versions of the authorization forms are attached to this order.

3. MDL Order No. 11 remains in full force and effect, except as amended by this order.

**So Ordered.**

Dated: January 27, 2017

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge