# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No. 1:15-md-2657-FDS |
| This Document Relates To: | ) ) |
| All Actions | ) ) ) |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR FIRST AMENDED MASTER LONG FORM COMPLAINTS AND JURY DEMANDS FOR BRAND ZOFRAN USE AND GENERIC ONDANSETRON USE

Plaintiffs, by and through their undersigned attorneys, and in accordance with Fed. R. Civ. P. 15(a), respectfully move this Court to enter an Order permitting Plaintiffs to file their First Amended Master Long Form Complaints and Jury Demands for Brand Zofran Use and Generic Ondansetron Use.  Plaintiffs have not acted with undue delay, no prejudice would occur to GSK by Plaintiffs' filing, and Plaintiffs' amendments are not futile.  In support of their Motion, Plaintiffs reference the attached Memorandum and exhibits attached thereto.

Respectfully submitted,

*/s/ Robert K. Jenner*
Robert K. Jenner (MD, DC)
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
410-653-3200
rjenner@JJSjustice.com

Kimberly D. Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9265
kbarone@motleyrice.com

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE 19801
302-662-7063
egraham@gelaw.com

Tobias L. Millrood
POGUST, BRASLOW &
MILLROOD LLC
8 Tower Bridge, Suite 940
Conshohocken, PA 19428
610-941-4204
tmillrood@pbmattorneys.com

James D. Gotz
HAUSFELD
One Marina Park Drive, Suite 1410
Boston, MA 02210
617-207-0600
jgotz@hausfeld.com

Dated: November 13, 2017                           *Attorneys for Plaintiffs*

## 7.1. (A)(2) CERTIFICATE OF SERVICE

I hereby certify that the parties' counsel have conferred and attempted in good faith to narrow and resolve the specific discovery disputes at issue herein.

/s/ Robert K. Jenner
Robert K. Jenner (MD, DC)

## **CERTIFICATE OF SERVICE**

I, Robert K. Jenner, hereby certify that on this 13th day of November, 2017, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing:

/s/ Robert K. Jenner
Robert K. Jenner