## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION**

MDL No. 1:15-md-2657-FDS

This document relates to:

All Actions

### PLAINTIFFS' AND GSK'S JOINT LITIGATION UPDATE TO THE COURT

In lieu of the December 2017 monthly status conference, Plaintiffs and GlaxoSmithKline LLC ("GSK") submit the following joint report to update the Court on the status of the litigation since the November 15, 2017 status conference.

### Case Counts

- **MDL Cases:** As of December 12, 2017, there are 406 federal court cases. No case is currently pending transfer to the MDL. To date, 162 MDL cases have been dismissed.

- **State Cases:** There are 14 state court cases: 1 in Oregon, 1 in Kentucky, and 12 in California.

### State Court Coordination

- **California Coordinated Action:** A status conference took place on November 29, 2017. During the conference, Judge Colaw announced that he would be retiring from the bench, and his last day presiding over the Zofran action would be December 15, 2017. The parties await the new judicial assignment. Judge Colaw approved CMOs on discovery phasing and on fact sheets, and he lifted the stay on discovery. A Science Day has not been set. Judge Colaw set a status conference for January 19, 2018, before the new judge.

- **Oregon State Court (*Brown v. GSK*):** A hearing on Plaintiffs' Amended Motion to Compel Production of Documents is set for Thursday, December 14, 2017 before Judge Silver.

## Discovery Update

- **Depositions:** Three depositions occurred since last month's status conference. The following depositions are scheduled:

  o  Phillip Whitman – 01/11/18 in Philadelphia, PA
  o  Jeff Persinger – 01/23/18 in Philadelphia, PA
  o  Peter Chattin – 01/24/18 in Philadelphia, PA
  o  Beth Howard – 01/25/18 in Philadelphia, PA
  o  Sara Ephross – 01/31/18 in Durham, NC
  o  Keri Chen – 02/01/18 in Irvine, CA

  The parties are cooperatively discussing Plaintiffs' request for additional deponents so as to sequence necessary depositions efficiently.

  Plaintiffs' Update:

  o  Deposition of Denise Shirrell:  Mrs. Shirrell was a Senior Product Manager of Zofran for Marketing at GSK.  Mrs. Shirrell has 4,311 files where she is listed as a custodian.  In addition, her name appears in 4,268 other documents where she is not listed as a custodian.  That is a total of 8,579 documents referencing her name. Plaintiffs requested two days to depose Mrs. Shirrell.  Defendant refuses to produce her for two days.  No other deponent has been deposed for more than one day, and Plaintiffs have not sought to depose any other deponents for more than one day. Further, due to Ms. Shirrell's schedule, Plaintiffs were unable to depose her for the complete 7 hours allotted to them under the Federal Rules of Civil Procedure. Given the number of documents associated with her, Plaintiffs were precluded from addressing many significant documents with Mrs. Shirrell, despite the Parties' best

efforts to move efficiently.  Plaintiffs will need to conclude the deposition which was not completed on December 12 and may seek to continue her deposition beyond seven hours.

o   Depositions of Chris Aytug and Denise Shirrell. The depositions were taken of these Zofran product managers without the benefit of the complete custodial file of the witness. GSK self-selected a production limited to the timeframe in which the DOJ was investigating GSK for Zofran-related conduct. However, both Mrs. Aytug and Mrs. Sherill had company responsibilities that would be relevant to Zofran before the DOJ investigation. Each witness admitted as much.  Nevertheless, GSK refuses to produce those files.  At a hearing before Judge Dein, she did not specifically address the issue as to the production dates of custodial witnesses whose Zofran activity transcended the dates of the DOJ file.  Hence, she took the matter under advisement at the December 7 motions hearing for further consideration.

<u>GSK's Update</u>:

o   There is no motion before the Court related to Plaintiffs' suggestion that they need an additional seven hours to complete the deposition of Ms. Shirrell, and GSK disagrees with Plaintiffs' claim. Plaintiffs spent six hours and 40 minutes on the record deposing Ms. Shirrell and covered a multitude of topics and documents.

o   Plaintiffs' demands for additional documents from custodians included in GSK's production to the Department of Justice has been thoroughly briefed and considered by Magistrate Judge Dein, who declined to provide Plaintiffs' their requested relief at the September 28 hearing and in the October 24 Order. Plaintiffs made the same

request at the hearing before Judge Dein on December 7, and the Court took the matter under advisement in order to review the transcript of the September 28 hearing. GSK's position is that Plaintiffs have the documents they need for Ms. Aytug and Ms. Shirrell and that re-producing the custodial files is not proportional or warranted.

- **Document Production**

<u>Plaintiffs' Update</u>:

Document Discovery:  GSK is continuing to make its rolling production of documents. However, following a hearing before Judge Dein on October 23, she issued an Order dated November 24 (Doc 878) in which she ordered that certain categories of documents be produced.  While some documents have been produced following that order, others have not, including:

    a.  Call Notes for OB/GYNs and Emergency Room Physicians from 1991-2015
    b.  Detail Pieces and Aids and Promotional items and Advertisements from 1991-2015
    c.  Sales Data and related documents by year and specialty

<u>GSK's Update</u>:

o  GSK has produced more than 3.6 million pages of documents to date in the litigation. Since last months' conference, GSK has completed production of the following Phase IV special sets: (1) raw animal data; (2) marketing plans; (3) media plans; (4) strategic brand plans; (5) tactical plans; (6) business plans; (7) market studies; (8) sales training materials; and (9) CME / professional education materials. GSK's diligent efforts regarding the remaining discrete Phase IV special sets continue, and GSK expects to complete production of (1) any additional call notes for OB/GYNs and emergency

room physicians that were not already produced and (2) additional Zofran® sales data in the coming weeks. GSK has already produced detail pieces, promotional aids, and advertisements as part of the regulatory file and is in the process of confirming that it has no additional detail pieces, promotional aids, and advertisements to produce.

o GSK is also collecting files for 24 additional custodians. At Judge Dein's direction, GSK has temporarily paused the production of these files, pending Plaintiffs' potential narrowing of their proposed search terms following Plaintiffs' review of a search term report to be provided by GSK.

## Motions Update

Upcoming Motions:  At the next monthly status conference, on January 18, 2018, the following motions will be ripe for hearing:

- GSK's Motion for Judgment on the Pleadings for Failure to Plead Use of Any Product Manufactured, Sold, or Distributed by GSK; and

- Plaintiffs' Motion for Leave to Amend the Master Complaints.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

*/s/ Jennifer Stonecipher Hill*