**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: ZOFRAN (ONDANSETRON) | ) | MDL No. 1:15-md-2657-FDS |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | **THIS DOCUMENT RELATES TO:** |
| | ) | |
| | ) | *Buker v. GlaxoSmithKline LLC*, |
| | ) | Case No. 1:17-cv-10062; |
| | ) | *Farrington v. GlaxoSmithKline LLC*, |
| | ) | Case No. 1:16-cv-12290; |
| | ) | *Varrichione v. GlaxoSmithKline LLC*, |
| | ) | Case No. 1:15-cv-13899. |
| | ) | |
| _____ | ) | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO GSK'S**
**MOTION FOR JUDGMENT ON THE PLEADINGS FOR FAILURE TO PLEAD USE**
**OF ANY PRODUCT MANUFACTURED, SOLD, OR DISTRIBUTED BY DEFENDANT**
**GLAXOSMITHKLINE, LLC**

Plaintiffs respectfully submit the California Supreme Court's December 21, 2017 decision in *T.H. v. Novartis*, 407 P.3d 18 (Cal. 2017), *aff'g* 199 Cal. Rptr. 3d 768 (Cal. App. 4th Dist. 2016), as supplemental authority with regard to GSK's Motion for Judgment on the Pleadings for Failure to Plead Use of any Product Manufactured, Sold, or Distributed by GSK.[1] A copy of the decision is attached hereto as **Exhibit A.**

The California Supreme Court's decision in *T.H. v. Novartis* marks the third instance in which a state supreme court has considered the potential liability of brand drug manufacturers for injuries to users of the drug's generic bioequivalent. In recognizing the viability of such claims under state law, California joined the Alabama Supreme Court, which recognized such a cause of action in *Wyeth, Inc. v. Weeks*, 159 So. 3d 649 (Ala. 2014). The third state high court, the Iowa

---

[1] Plaintiffs' Response brief was filed under seal on 12/18/17.  *See* Plaintiffs' Motion to Impound, Doc. No. 937, filed 12/18/17.

Supreme Court, declined to recognize such claims by a vote of 4-3 in *Huck v. Wyeth, Inc.*, 850 N.W.2d 353 (Iowa 2014).

In so holding, the California Supreme Court affirmed the reasoning of the California Court of Appeals in *Conte v. Wyeth*, *Inc.*, 85 Cal. Rptr. 3d 299 (Cal. App. 1st Dist. 2008), a case Plaintiffs have previously cited to this Court. Prior to the California Supreme Court ruling in *T.H. v. Novartis*, GSK had argued that *Conte* was no longer good law in California, citing *O'Neil v. Crane Co.,* 266 P.3d 987, 995 (Cal. 2012).[2] GSK's reasoning has now been expressly rejected by the California Supreme Court. *See* Ex. A at 19-21 (distinguishing *T.H. v. Novartis* from the "extremely remote" relationship between defendant's conduct and plaintiff's injuries in *O'Neil*).

*T.H. v. Novartis*, like *Wyeth v. Weeks*, again demonstrates that, when confronted with the question, state high courts, unlike the federal authorities cited by GSK, are inclined to recognize the viability of causes of action against brand drug companies by consumers of bioequivalent generic drugs.

Respectfully submitted,

*/s/ Robert K. Jenner*
Robert K. Jenner (BBO No. 569381)
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA  02116
410-653-3200
rjenner@JJSjustice.com

Kimberly D. Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9265
kbarone@motleyrice.com

---

[2] *See* GSK Motion to Dismiss for Failure to Plead Use of any Product Manufactured Sold, or Distributed by GSK, Doc. No. 409, 26 n.24, filed 10/13/16.

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE  19801
302-622-7099
egraham@gelaw.com

Tobias L. Millrood
Michael G. Daly
POGUST, BRASLOW & MILLROOD LLC
8 Tower Bridge, Suite 940
Conshohocken, PA  19428
610-941-4204
tmillrood@pbmattorneys.com

James D. Gotz
HAUSFELD
One Marina Park Drive, Suite 1410
Boston, MA 02210
617-207-0600
jgotz@hausfeld.com

Dated: January 10, 2018                    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Robert K. Jenner, hereby certify that on this 10th day of January, 2018, I electronically

filed the forgoing with the Court through the CM/ECF system and thereby delivered by electronic

means to all registered participants as identified on the Notice of Electronic Filing.


/s/ *Robert K. Jenner*
Robert K. Jenner (BBO No. 569381)