UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION, ) | ) ) ) ) ) ) ) ) ) | MDL No. 1:15-md-2657-FDS |
| This Document Relates To:  All Actions | | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO GSK'S MOTION FOR JUDGMENT ON THE PLEADINGS FOR FAILURE TO PLEAD USE OF ANY PRODUCT MANUFACTURED, SOLD, OR <u>DISTRIBUTED BY DEFENDANT GLAXOSMITHKLINE, LLC</u>**

Plaintiffs respectfully submit the Massachusetts Supreme Judicial Court's March 16, 2018 decision in *Rafferty v. Merck Co.*, SJC-12347 (Mass. Mar. 16, 2018) as supplemental authority with regard to GSK's Motion for Judgment on the Pleadings for Failure to Plead Use of Any Product Manufactured, Sold, or Distributed by GSK.  A copy of the decision is attached here as **Exhibit A.**

In *Rafferty*, the Massachusetts Supreme Judicial Court held that "a brand-name manufacturer . . . owes a duty to consumers of that generic drug not to act in reckless disregard of an unreasonable risk of death or grave bodily injury." *See id.* at 29.  The Supreme Judicial Court observed that although the brand-name manufacturer's conduct in such a case might not breach the traditional products liability duty to warn, *id.* at 16–18, it would nevertheless violate "a certain irreducible minimum duty of care, owed to all persons -- . . . the duty not to intentionally or recklessly cause harm to others." *Id.* at 25. Given the regulatory relationship between brand-name and generic drugs, the Supreme Judicial Court noted, the brand-name manufacturer "knows or should know" that its tortious conduct "puts at risk not only the users of its own product, but also the users of the generic product."

*Id.* at 18.  The Supreme Judicial Court thus concluded, "where, for instance, a brand-name manufacturer learns that its drug . . . causes birth defects when used by pregnant mothers, and still fails to warn consumers of this danger, public policy does not dictate that these consumers be left with no remedy when those risks are realized, or that the manufacturer have little financial incentive to reveal these risks."  *Id.* at 29.

While the decision in *Rafferty* specifically addressed the issue of a reckless failure to warn, it is directly applicable to the proceedings before this Court, wherein Plaintiffs allege that GSK recklessly or intentionally made affirmative misrepresentations about the risks of Zofran (ondansetron) use during pregnancy to treat morning sickness.  *See* Pls.' First Am. Master Long Form Compl. and Jury Demand – Generic Ondansetron Use at ¶ 189–246 (Nov. 13, 2017).  The Supreme Judicial Court thus now becomes the third of four highest state courts (joining Alabama and California, but *contra* Iowa) that have upheld a cause of action by consumers injured by generic drugs against the manufacturer of the brand-name equivalent.

Respectfully submitted,

*/s/ Robert K. Jenner*
Robert K. Jenner (BBO No. 569381)
JANET, JENNER & SUGGS, LLC
4 Reservoir Circle, Suite 200
Baltimore, Maryland 21208
410-653-3200
rjenner@JJSjustice.com

Kimberly D. Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9265
kbarone@motleyrice.com

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE  19801
302-662-7063
egraham@gelaw.com

Tobias L. Millrood
POGUST, BRASLOW &
MILLROOD LLC
8 Tower Bridge, Suite 1520
Conshohocken, PA  19428
610-941-4204
tmillrood@pbmattorneys.com

James D. Gotz
HAUSFELD
One Marina Park Drive, Suite 1410
Boston, MA 02210
617-207-0600
jgotz@hausfeld.com

Dated: March 19, 2018                     *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I, Robert K. Jenner, hereby certify that on this 19th day of March, 2018, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing:

                          /s/ Robert K. Jenner
                          Robert K. Jenner