**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL No. 1:15-md-2657-FDS<br><br>This document relates to:<br><br>All Actions |

**DEFENDANT GLAXOSMITHKLINE LLC'S RESPONSE TO**
**PLAINTIFFS' NOTICE OF SUPPLEMENT AUTHORITY**

The Massachusetts Supreme Judicial Court's *Rafferty v. Merck Co.* decision addressed whether a generic drug consumer could bring a common law recklessness claim against a brand-name manufacturer under Massachusetts law. The decision has no bearing on GSK's pending motion for judgment on the pleadings, which argues that Plaintiffs' generic use innovator liability claims are barred by Connecticut, New Jersey, and Oklahoma law. As the *Rafferty* court itself acknowledged, this decision now places Massachusetts "in the minority." Conversely, decisions interpreting Connecticut, New Jersey and Oklahoma side with the still vast majority of courts that have shut the door to Plaintiffs' innovator liability theory.

Dated:  March 23, 2018

Respectfully submitted,

GLAXOSMITHKLINE LLC,
By its attorneys,

*/s/ Jennifer M. Stevenson*
Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd
Kansas City, MO 64108

Telephone:  (816) 474-6550
Facsimile:  (816) 421-5547
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com
*Admitted pro hac vice*

Mark D. Seltzer (BBO # 556341)
Brian K. French (BBO # 637856)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000
Facsimile: 617-345-1300
mseltzer@nixonpeabody.com
bfrench@nixonpeabody.com

George W. Vien (BBO # 547411)
DONNELLY, CONROY & GELHAAR LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: 617-720-2880
Facsimile: 617-720-3554
gwv@dcglaw.com

Attorneys for Defendant GlaxoSmithKline LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

*/s/ Jennifer M. Stevenson*
Jennifer M. Stevenson