# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL NO. 1:15-md-2657-FDS<br><br>This document relates to:<br><br>All Actions |

## DEFENDANT GLAXOSMITHKLINE LLC'S MOTION FOR SUMMARY JUDGMENT BASED ON FEDERAL PREEMPTION

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendant GlaxoSmithKline LLC ("GSK") respectfully submits this Motion for Summary Judgment Based On Federal Preemption. GSK also contemporaneously submits a Memorandum in Support, Declaration in Support, and Statement of Undisputed Material Facts in support of this Motion.

Plaintiffs allege in their Master Complaints that GSK failed to advise physicians that the use of Zofran® during pregnancy is associated with an increased risk of birth defects. As more fully explained in the accompanying Memorandum in Support, Plaintiffs' state-law claims are preempted by federal law and regulation. The United States Food and Drug Administration ("FDA") has on multiple occasions considered and rejected the scientific and regulatory need for a warning advising that use of Zofran® during pregnancy can result in fetal harm in the form of birth defects. FDA's statements and actions unequivocally demonstrate that there has never been sufficient data to allow GSK to unilaterally amend the Zofran® labeling in the manner Plaintiffs argue was required. Moreover, even if GSK had attempted to amend the Zofran® labeling with the birth defect warnings called for by Plaintiffs in contravention of federal regulations, there is clear evidence that FDA would have rejected the changes.

Therefore, Plaintiffs' claims are preempted by federal law and GSK is entitled to summary judgment as a matter of law.

Dated: July 2, 2018

        Respectfully submitted,
        GLAXOSMITHKLINE LLC,
        By its attorneys,

        */s/ Jennifer Stonecipher Hill*
        Madeleine M. McDonough
        Jennifer M. Stevenson
        Jennifer Stonecipher Hill
        SHOOK, HARDY & BACON L.L.P.
        2555 Grand Blvd
        Kansas City, MO 64108
        Telephone:  (816) 474-6550
        Facsimile:  (816) 421-5547
        mmcdonough@shb.com
        jstevenson@shb.com
        jshill@shb.com
        *Admitted pro hac vice*

        Mark D. Seltzer (BBO # 556341)
        Brian K. French (BBO # 637856)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, MA 02110
        Telephone: 617-345-1000
        Facsimile: 617-345-1300
        mseltzer@nixonpeabody.com
        bfrench@nixonpeabody.com

        George W. Vien (BBO # 547411)
        DONNELLY, CONROY & GELHAAR LLP
        260 Franklin Street, Suite 1600
        Boston, MA 02110
        Telephone: 617-720-2880
        Facsimile: 617-720-3554
        gwv@dcglaw.com

        Attorneys for Defendant GlaxoSmithKline LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                                    */s/ Jennifer Stonecipher Hill*
                                                    Jennifer Stonecipher Hill