# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL No. 1:15-md-2657-FDS<br><br>This document relates to:<br><br>All Actions |

## PLAINTIFFS' AND GSK'S PROPOSED AGENDA
## STATUS CONFERENCE – July 31, 2018

1. Filings Update

2. State Liaison Update

3. Discovery Update

4. Update on Initial Trial Selections

5. Science Day Logistics

6. Procedure for Filing Amended Complaint

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

/*s/* Tobias L. Millrood