UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL No. 1:15-md-2657-FDS |

**DEFENDANT GLAXOSMITHKLINE LLC'S MOTION TO IMPOUND GSK'S REPLY TO PLAINTIFFS' ADDITIONAL PREEMPTION SUBMISSIONS**

GlaxoSmithKline LLC ("GSK") moves to impound its Reply to Plaintiffs' Additional Preemption Submission, the Declaration of Jennifer Stonecipher Hill, and attached Exhibits. GSK contemporaneously submits a Declaration in Support of this Motion. GSK will submit a folder marked "FILED UNDER SEAL" containing the filing to the Court.

The Reply, Declaration, and attached Exhibits, contain and discuss documents and information marked confidential pursuant to the protective order. To preserve confidentially, GSK hereby requests that the Court impound the information. Pursuant to MDL Order No. 13 and Local Rule 7.2, the Court should grant GSK's Motion, and the filing should "remain under seal until further order of the Court." MDL Order No. 13 (Doc. 242), at 12.

WHEREFORE, GSK respectfully requests that this Court grant its Motion to Impound.

Dated: October 9, 2018

        Respectfully submitted,
        GLAXOSMITHKLINE LLC,
        By its attorneys,

        */s/ Jennifer Stonecipher Hill*
        Madeleine M. McDonough
        Jennifer M. Stevenson
        Jennifer Stonecipher Hill
        SHOOK, HARDY & BACON L.L.P.
        2555 Grand Boulevard
        Kansas City, MO 64108
        (816) 474-6550
        mmcdonough@shb.com
        jstevenson@shb.com
        jshill@shb.com
        (admitted *pro hac vice*)

        Mark D. Seltzer (BBO # 556341)
        Brain K. French (BBO # 637856)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, MA 02110
        Telephone: 617-345-1000
        Facsimile: 617-345-1300
        mseltzer@nixonpeabody.com
        bfrench@nixonpeabody.com

        George W. Vien (BBO #547411)
        DONNELLY, CONTROY & GELHAAR LLP
        260 Franklin Street, Suite 1600
        Boston, MA 02110
        (617) 720-2880
        gwv@dcglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                        /s/ *Jennifer Stonecipher Hill*
                                        Jennifer Stonecipher Hill