UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL No. 1:15-md-2657-FDS |

**DEFENDANT GLAXOSMITHKLINE LLC'S
DECLARATION IN SUPPORT OF ITS MOTION TO IMPOUND**

Pursuant to MDL Order No. 13 (*see* Doc. 242, at 11) and in support of its Motion to Impound its Reply to Plaintiffs' Additional Preemption Submission, the Declaration of Jennifer Stonecipher Hill, and attached Exhibits, GlaxoSmithKline LLC ("GSK") submits this declaration and states as follows:

1) GSK, as the "submitting party," seeks the Court's leave to impound its Reply to Plaintiffs' Additional Preemption Submission, the Declaration of Jennifer Stonecipher Hill, and attached Exhibits.

2) The Court has entered an Order governing the procedure for impounding confidential information in this MDL. This declaration complies with the procedure required under the Order and the guidance offered at the November 10, 2016 status conference. *See* MDL Order No. 13 (Doc. 242), at 11; Nov. 10, 2016 Status Conf. Tr. at 32:8–10.

3) The Reply, Declaration of Jennifer Stonecipher Hill, and attached Exhibits, contain and discuss information marked confidential pursuant to the protective order. To preserve the confidentiality of the information, GSK requests that it be impounded.

4) GSK is the "designating party" in that the GSK hereby designates the Reply, Declaration of Jennifer Stonecipher Hill, and attached Exhibits as confidential.

5) A true and correct copy the Reply, Declaration of Jennifer Stonecipher Hill, and attached Exhibits will be submitted to the Court in a folder marked "FILED UNDER SEAL."

6) GSK hereby requests that the Reply, Declaration of Jennifer Stonecipher Hill, and attached Exhibits "shall remain under seal until further order of the Court." MDL Order No. 13 (Doc. 242), at 12. GSK further requests that the impounded confidential information be kept in the Clerk's non-public information file during any post-impoundment period unless the Court vacates the impounding order.

Dated: October 9, 2018

>Respectfully submitted,
>GLAXOSMITHKLINE LLC,
>By its attorneys,
>
>*/s/ Jennifer Stonecipher Hill*
>Madeleine M. McDonough
>Jennifer M. Stevenson
>Jennifer Stonecipher Hill
>SHOOK, HARDY & BACON L.L.P.
>2555 Grand Boulevard
>Kansas City, MO 64108
>(816) 474-6550
>mmcdonough@shb.com
>jstevenson@shb.com
>jshill@shb.com
>(admitted *pro hac vice*)
>
>Mark D. Seltzer (BBO # 556341)
>Brain K. French (BBO # 637856)
>NIXON PEABODY LLP
>100 Summer Street

Boston, MA 02110
Telephone: 617-345-1000
Facsimile: 617-345-1300
mseltzer@nixonpeabody.com
bfrench@nixonpeabody.com

George W. Vien (BBO #547411)
DONNELLY, CONTROY & GELHAAR LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
(617) 720-2880
gwv@dcglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                     /s/ *Jennifer Stonecipher Hill*
                                     Jennifer Stonecipher Hill