UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>All Actions | MDL No. 1:15-md-2657-FDS |

**DEFENDANT GLAXOSMITHKLINE LLC'S MOTION TO IMPOUND GSK'S MOTION TO EXCLUDE PLAINTIFFS' GENERAL CAUSATION EXPERTS UNDER FEDERAL RULE OF EVIDENCE 702 AND MEMORANDUM IN SUPPORT**

GlaxoSmithKline LLC ("GSK") moves to impound its Motion to Exclude Plaintiffs' General Causation Experts Under Federal Rule of Evidence 702 and Memorandum in Support. GSK contemporaneously submits a Declaration in Support of this Motion. GSK will submit a folder marked "FILED UNDER SEAL" containing the filing to the Court.

The Motion and Memorandum discuss documents and information marked confidential pursuant to the protective order. To preserve confidentially, GSK hereby requests that the Court impound the information. Pursuant to MDL Order No. 13 and Local Rule 7.2, the Court should grant GSK's Motion, and the filing should "remain under seal until further order of the Court." MDL Order No. 13 (Doc. 242), at 12. GSK will separately file a public redacted version.

WHEREFORE, GSK respectfully requests that this Court grant its Motion to Impound.

Dated: December 10, 2018

                                         Respectfully submitted,
                                         GLAXOSMITHKLINE LLC,
                                         By its attorneys,

*/s/ Jennifer Stonecipher Hill*
Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com
(admitted *pro hac vice*)

Mark D. Seltzer (BBO # 556341)
Brain K. French (BBO # 637856)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000
Facsimile: 617-345-1300
mseltzer@nixonpeabody.com
bfrench@nixonpeabody.com

George W. Vien (BBO #547411)
DONNELLY, CONTROY & GELHAAR LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
(617) 720-2880
gwv@dcglaw.com

**CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                /s/ *Jennifer Stonecipher Hill*
                Jennifer Stonecipher Hill