# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No. 1:15-md-2657-FDS ) ) HON. F. DENNIS SAYLOR, IV |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Leclair v. GlaxoSmithKline, LLC*, Case No. 1:15-cv-10429-FDS, et. al. | ) ) ) ) ) ) ) ) |

## NOTICE OF FIRM NAME AND ADDRESS CHANGE FOR ROBERT K. JENNER

To the Clerk of the Court:

Please accept this notice of firm name and address change for Robert K. Jenner as counsel for the Plaintiffs in the following individual actions currently pending in the above referenced multidistrict litigation:

| | |
|---|---|
| 1:15-cv-10429-FDS | *Leclair v. GlaxoSmithKline, LLC* |
| 1:15-cv-12973-FDS | *Benzaghou, et al v. GlaxoSmithKline, LLC* |
| 1:15-cv-13207-FDS | *Mayo, et al v. GlaxoSmithKline, LLC* |
| 1:15-cv-13681-FDS | *Daniel v. GlaxoSmithKline, LLC* |
| 1:15-cv-13682-FDS | *Davis v. GlaxoSmithKline, LLC* |
| 1:15-cv-13687-FDS | *Reynolds v. GlaxoSmithKline, LLC* |
| 1:15-cv-13690-FDS | *Watkins v. GlaxoSmithKline, LLC* |
| 1:15-cv-13759-FDS | *Echols, et al v. GlaxoSmithKline, LLC* |
| 1:15-cv-13832-FDS | *Cox, et al v. GlaxoSmithKline, LLC* |
| 1:15-cv-13836-FDS | *Johnson, et al v. GlaxoSmithKline, LLC* |
| 1:15-cv-13838-FDS | *Lenseigne, et al. v. GlaxoSmithKline, LLC.* |
| 1:15-cv-13839-FDS | *Johnson, et al v. GlaxoSmithKline, LLC* |
| 1:15-cv-13888-FDS | *Sherman, et al v. GlaxoSmithKline, LLC* |
| 1:16-cv-10197-FDS | *Southerland, et al v. GlaxoSmithKline, LLC* |
| 1:16-cv-10404-FDS | *Gesin, et al v. GlaxoSmithKline, LLC* |
| 1:16-cv-10564-FDS | *Jones, et al v. GlaxoSmithKline, LLC* |
| 1:16-cv-10633-FDS | *Schaaf, et al v. GlaxoSmithKline, LLC* |
| 1:16-cv-10639-FDS | *Thatcher, et al v. GlaxoSmithKline, LLC* |
| 1:16-cv-11440-FDS | *Mirandola, et al v. GlaxoSmithKline, LLC* |

| | |
|---|---|
| 1:17-cv-10170-FDS | *Ford, et al v. GlaxoSmithKline, LLC* |
| 1:17-cv-10228-FDS | *Harrison, et al v. GlaxoSmithKline, LLC* |
| 1:17-cv-10250-FDS | *Johnson, et al v. GlaxoSmithKline, LLC* |
| 1:17-cv-10269-FDS | *Ceja v. GlaxoSmithKline, LLC* |
| 1:17-cv-10367-FDS | *Hall, et al v. GlaxoSmithKline, LLC* |
| 1:17-cv-10548-FDS | *Sanghavi, et al v. GlaxoSmithKline, LLC* |
| 1:17-cv-11022-FDS | *Stark, et al v. GlaxoSmithKline, LLC* |
| 1:17-cv-11380-FDS | *Mills, et al v. GlaxoSmithKline, LLC* |
| 1:17-cv-11490-FDS | *Nicholson v. GlaxoSmithKline, LLC* |
| 1:17-cv-12579-FDS | *Meads v. GlaxoSmithKline, LLC* |
| 1:18-cv-10409-FDS | *Carter v. GlaxoSmithKline, LLC* |
| 1:18-cv-11477-FDS | *Frazier v. GlaxoSmithKline, LLC* |

Counsel's firm name has changed to Jenner Law, P.C. Counsel's address and contact information has changed as indicated below. Counsel has made the required updates in his cm/ecf online filing account.

Dated: December 18, 2018                    Respectfully submitted,

  /s Robert K. Jenner
Robert K. Jenner (BBO# 569381)
Jenner Law, P.C.
1829 Reisterstown Road, Suite 350
Baltimore, Maryland 21208
Telephone: (410) 413-2155
Facsimile: (410) 982-0122
rjenner@jennerlawfirm.com

*Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December 2018, the foregoing Notice of Firm Name and Address Change for Robert K. Jenner, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

      /s Robert K. Jenner_____
      Robert K. Jenner