UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE: ZOFRAN (ONDANSETRON)         )
PRODUCTS LIABILITY LITIGATION,      )   MDL No. 1:15-md-2657-FDS
                                    )
This Document Relates To:           )
                                    )
    All Actions                     )
_____)

**ORDER ON PLAINTIFFS' MOTION TO AMEND THEIR BRAND AND
GENERIC LONG-FORM AND SHORT-FORM COMPLAINTS**

**SAYLOR, J.**

Plaintiffs' Motion to Amend Their Brand and Generic Long-Form and Short-Form Complaints (Docket No. 1092) is GRANTED in part and DENIED in part, as follows, and subject to the following limitations:

1. The Master Long-Form Complaint for Brand Zofran Use may be amended as proposed by plaintiffs (Docket No. 1095 at 2), except for the following language, which shall not be included:

| | |
|---|---|
| Count 2, ¶ 197: | the word "advertisements" and the words "marketing, marketing persons, notices, product information, and written and oral information" |
| Count 2, ¶ 198: | entire paragraph |
| Count 8, ¶ 249: | the word "advertisements" and the words "marketing, marketing persons, notices, product information, and written and oral information" |
| Count 8, ¶ 250: | entire paragraph |
| Count 9, ¶ 259: | the word "advertising" |

2. The Master Long-Form Complaint for Generic Ondansetron Use may be amended as proposed by plaintiffs (Docket No. 1095 at 80), except for the following language, which shall not be included:

| | |
|---|---|
| Count 2, ¶ 203: | the word "advertisements" and the words "marketing, marketing persons, notices, product information, and written and oral information" |
| Count 2, ¶ 204: | entire paragraph |
| Count 5, ¶ 233: | the word "advertisements" and the words "marketing, marketing persons, notices, product information, and written and oral information" |
| Count 5, ¶ 234: | entire paragraph |
| Count 6, ¶ 243: | the word "advertising" |

3. For the reasons stated in the Court's April 24, 2017 Memorandum and Order on Defendants' Motion to Dismiss Fraud-Based Claims and its May 18, 2018 Memorandum and Order on Plaintiffs' Motion to Amend Their Master Complaint, no plaintiff will be permitted to proceed on a claim of negligent misrepresentation, fraudulent misrepresentation, or violation of a state consumer-protection statute (a "fraud-based claim") without strict adherence to the requirements of Fed. R. Civ. P. 9(b).

4. Among other things, any plaintiff seeking to assert a fraud-based claim must specifically plead, in his or her Short-Form Complaint, the time, place, and content of any alleged false representation, and by whom and to whom the representation was made. A Short-Form Complaint that simply incorporates the language of the Master Long-Form Complaint, without more, will not satisfy the requirements of Rule 9(b) as to a fraud-based claim. A Short-Form Complaint that simply recites representations made to other persons, rather than to the specific plaintiff (or minor plaintiff's parent), or the specific plaintiff's physician (or other

health-care provider), without more, will not satisfy the requirements of Rule 9(b) as to a fraud-based claim.

5. No plaintiff may amend his or her existing Short-Form Complaint to add or amend a fraud-based claim without leave of court in accordance with Fed. R. Civ. P. 15. Any such motion for leave to amend should, among other things, address the issue of whether leave should not be denied on the basis of undue delay as set forth in the May 18, 2018 Memorandum and Order.

6. Nothing in this Order should be construed as expressing a view as to the merits of any fraud-based claim or any motion seeking leave to amend a Short-Form Complaint to assert a fraud-based claim.

**So Ordered.**

Dated: January 3, 2019

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge