# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL No. 1:15-md-2657-FDS<br><br>This document relates to:<br><br>All Actions |

## NOTICE TO TAKE VIDEOTAPED DEPOSITION OF
## APRIL ZAMBELLI-WEINER, PH.D.

PLEASE TAKE NOTICE that Defendant GlaxoSmithKline LLC, d/b/a GlaxoSmithKline ("GSK"), by and through undersigned counsel will take the oral and videotaped deposition of **April Zambelli-Weiner, Ph.D.,** on **Wednesday, January 23, 2019,** commencing at **9:00 am (EST) at Goodell, DeVries, Leech & Dann LLP, One South Street, 20th Floor, Baltimore, MD 21202,** before a notary public or some other officer authorized to administer oaths in Maryland, and will continue as long thereafter as reasonably necessary to complete same. The deposition will be recorded stenographically and by videotape and is to be taken pursuant to the Federal Rules of Civil Procedure and other applicable laws, and is for all lawful purposes.

PLEASE TAKE FURTHER NOTICE that in connection with the taking of the deposition, the deponent shall produce the items described in Exhibit A.

Dated: January 2, 2019                             Respectfully submitted,

                                                   GLAXOSMITHKLINE LLC,
                                                   By its attorneys,

                                                   */s/ Jennifer Hill*
                                                   Jennifer Hill
                                                   SHOOK, HARDY & BACON L.L.P.
                                                   2555 Grand Blvd.
                                                   Kansas City, MO 64108
                                                   Telephone: (816) 474-6550
                                                   Facsimile: (816) 421-5547
                                                   jshill@shb.com
                                                   *Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 2, 2019, the foregoing document was served on the following via electronic mail:

Tobias Millrood
Pogust Millrood
8 Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA 19428
tmillrood@pogustmillrood.com

M. Elizabeth Graham
Thomas Ayala
Grant & Eisenhofer, P.A.
123 Justison Street, Suite 700
Wilmington, DE 19801
egraham@gelaw.com
tayala@gelaw.com

Scott H. Marder
Thomas & Libowitz, P.A.
100 Light Street, 11th Floor
Baltimore, MD 21202
SHMarder@tandllaw.com

Robert K Jenner
Jenner Law
1829 Reistertown Road, Suite 350
Baltimore, MD 21208
rjenner@jennerlawfirm.com

Kimberly D. Barone Baden
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
kbarone@motleyrice.com

James D. Gotz
Hausfeld
One Marina Park Drive, Suite 1410
Boston, MA 02210
jgotz@hausfeld.com

*/s/ Jennifer Hill*
Jennifer Hill

## Exhibit A

### INSTRUCTIONS AND DEFINITIONS

1. "DOCUMENT(S)" means (1) every medium upon or within which data or information can be transmitted, received, permutated, stored, or destroyed and (2) that in fact, contains requested data or information at the time this subpoena is received, except that "DOCUMENT(S)" shall not be construed more narrowly than the broadest meaning it has under the Federal Rules of Civil Procedure.

2. "COMMUNICATION(S)" means, without limitation, any written correspondence, written expression of words, written transmission, or written exchange of data or information to another person. "Written" includes printed, typed, handwritten, electronic, and other readable documents.

3. "Person" means any natural person, or any business, legal, or governmental corporation, entity, partnership, association, or group.

4. "SAS" means the Statistical Analysis System, a type of software used to analyze epidemiological data.

5. The "Study" means the study described in the Accepted Manuscript entitled *First Trimester Ondansetron Exposure and Risk of Structural Birth Defects*, by April Zambelli-Weiner, Christina Via, Matt Yuen, Daniel J. Weiner, & Russell S. Kirby, to appear in *Reproductive Toxicology*, received on March 30, 2018; revised on August 13, 2018; and accepted on October 26, 2018.

6. The "Accepted Manuscript" means the Study manuscript that was accepted by *Reproductive Toxicology* on October 26, 2018.

7. "Plaintiffs' counsel" means counsel for the plaintiffs in the captioned case.

      8.      "Concerning" means constituting, having to do with, with respect to, involving, describing, defining, construing, discussing, embodying, explaining, interpreting, referring to, reflecting, regarding, relating to, or otherwise pertaining to, and shall be construed as necessary to afford the widest possible scope of inquiry to the request containing the term.

      9.      "You" means April Zambelli-Weiner, Ph.D., and any of Dr. Zambelli-Weiner's agents, employees, independent contractors, assistants, or any other person acting on Dr. Zambelli-Weiner's behalf while acting in that capacity.

PLEASE TAKE NOTICE that the following documents are requested to be produced by January 9, 2019:

      1.      All COMMUNICATIONS between you and Plaintiffs' counsel regarding the Study.

      2.      Concerning the Study:

           a.      The original Study protocol;

           b.      The final Study protocol;

           c.      The Stata/MP13.1, SAS, or any other statistical software codes/input used in analyzing the data, including any of the preliminary or other analyses that were not reported in the Accepted Manuscript;

           d.      The entire Stata/MP13.1, SAS, or any other statistical software output/printout of the analyses, including the final analyses and preliminary or other analyses that were not reported in the Accepted Manuscript;

           e.      The data dictionary, variable lists, or any other glossary of terms, or annotation(s), necessary to interpret the Stata/MP13.1, SAS, or any other statistical software codes or output; and

f. All DOCUMENTS concerning any data analyses or results that were not reported in the Accepted Manuscript.