## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                                     )
IN RE: ZOFRAN (ONDANSETRON)          )
PRODUCTS LIABILITY LITIGATION,       )          MDL No. 1:15-md-2657-FDS
                                                     )
This Document Relates To:                 )
                                                     )
     All Actions                                )
_____)

## MDL Order No. 29
## January 10, 2019

## FURTHER ORDER SUPPLEMENTING AND MODIFYING MDL ORDER NO. 25

**SAYLOR, J.**

This order supplements and modifies the terms of paragraph 7 of MDL Order No. 25
concerning motions to exclude or limit expert testimony.

The motions seeking to exclude or limit expert testimony on the subjects of general
causation or liability pursuant to Fed. R. Evid. 702 or *Daubert v. Merrell Dow Pharmaceuticals,
Inc.*, 509 U.S. 579 (1993), shall follow the following briefing schedule:

### General Causation Experts

| | |
|---|---|
| January 18, 2019 | responses to opening brief(s) (not to exceed 125 pages in total per party for all experts) |
| February 7, 2019 | replies due (not to exceed 85 pages in total per party for all experts) |
| March 5, 2019 | *Daubert* hearing for general causation experts |

Except as set forth above, MDL Order No. 25 remains in full force and effect.

**So Ordered.**

/s/  F. Dennis Saylor
F. Dennis Saylor, IV
Dated:  January 10, 2019                    United States District Judge