**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | ) | |
|---|---|---|
| **IN RE: ZOFRAN (ONDANSETRON)** | ) | MDL No. 1:15-md-2657-FDS |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | HON. F. DENNIS SAYLOR IV |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | MOTION TO IMPOUND |
| | ) | |
| **ALL CASES** | ) | |
| | ) | |

**PLAINTIFFS' MOTION TO IMPOUND**

In accordance with Local Rule 7.2, Plaintiffs respectfully request the Court's permission to allow Plaintiffs to file Plaintiffs' Motion to Exclude Dr. Hixon's Testimony on Determination of Teratogenicity and Adverse Events Under Rule 702 and attached Exhibits, under seal. This motion is made with reference to the following facts:

1. MDL Order No. 13 (Doc. 242) governs confidential materials and requires the submitting party of confidential information to file a Motion to Impound pursuant to Local Rule 7.2 while serving and filing complete produced versions of the confidential documents.

2. Plaintiffs seek to impound Plaintiffs' Motion to Exclude Dr. Hixon's Testimony on Determination of Teratogenicity and Adverse Events Under Rule 702 and attached Exhibits.

3. These documents contain information that originated from GSK during discovery and contain information that GSK has designated as confidential.

4. Plaintiffs seek to file these documents under seal to preserve requested confidentiality while using the exhibits as factual background for Plaintiffs' Motion to Exclude Dr. Hixon's Testimony on Determination of Teratogenicity and Adverse Events Under Rule

702. Each exhibit is necessary as context for the parties' dispute over Plaintiffs' Motion to Exclude Dr. Hixon's Testimony on Determination of Teratogenicity and Adverse Events Under Rule 702.

5. Pursuant to MDL Order No. 13, Plaintiffs request that the Court lift any impounding Order only upon further order of the Court.

6. Plaintiffs further request that the impounding Confidential Information be kept in the Clerk's non-public information file during any post-impoundment period unless the Court vacates the impounding Order.

7. In accordance with MDL Order No. 13, Plaintiffs will file a supporting Declaration with the filing of this Motion to Impound, and Plaintiffs will deliver to Court Chambers copies of the exhibits in sealed envelopes marked "FILED UNDER SEAL" along with courtesy copies of the Motion and Declaration.

Respectfully submitted,

*/s/ Robert K. Jenner*
Robert K. Jenner (BBO No. 569381)
JENNER LAW
1829 Reisterstown Road, Suite 350
Baltimore, MD 21208
410-413-2155
rjenner@jennerlawfirm.com

Tobias L. Millrood
POGUST, BRASLOW & MILLROOD LLC
8 Tower Bridge, Suite 1520
Conshohocken, PA 19428
610-941-4204
tmillrood@pbmattorneys.com

Kimberly D. Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9265
kbarone@motleyrice.com

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE  19801
302-662-7063
egraham@gelaw.com

James D. Gotz
HAUSFELD
One Marina Park Drive, Suite 1410
Boston, MA 02210
617-207-0600
jgotz@hausfeld.com

Dated: January 10, 2019                                           *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiffs' Motion to Impound, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via first class mail to those identified as non-registered participants.

/s/ *Robert K. Jenner*
Robert K. Jenner

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL No. 1:15-md-2657-FDS |
| | HON. F. DENNIS SAYLOR, IV |
| THIS DOCUMENT RELATES TO: | MOTION TO IMPOUND |
| ALL CASES | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO IMPOUND

**SAYLOR, D.J.**

Upon consideration of Plaintiffs' Motion to Impound, it is hereby ORDERED as follows:

1. Plaintiffs' Motion to Impound Plaintiffs' Motion to Exclude Dr. Hixon's Testimony on Determination of Teratogenicity and Adverse Events Under Rule 702 and attached Exhibits is hereby GRANTED.

2. The Clerk shall maintain Plaintiffs' Motion to Exclude Dr. Hixon's Testimony on Determination of Teratogenicity and Adverse Events Under Rule 702 and attached Exhibits under seal until further order of the Court.

**And It Is So Ordered.**

                                                F. Dennis Saylor IV
                                                United States District Judge

Dated: January _____, 2018