## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | ) ) ) **MDL No. 1:15-md-2657-FDS** ) |
|  | ) **HON. F. DENNIS SAYLOR IV** |
| THIS DOCUMENT RELATES TO: | ) ) **DECLARATION IN SUPPORT OF** |
| ALL CASES | ) **MOTION TO IMPOUND** ) ) |

### DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO IMPOUND

Pursuant to MDL Order No. 13 paragraph 10(c), Plaintiffs submit the following Declaration in support of Plaintiffs' Motion to Impound:

1. The submitting party of the Confidential Information to be filed under seal is Plaintiffs' Co-Lead Counsel Robert K. Jenner.

2. The Confidential Information in Plaintiffs' Motion to Exclude Dr. Hixon's Testimony on Determination of Teratogenicity and Adverse Events Under Rule 702 and attached Exhibits is submitted as support for Plaintiffs' Motion to Exclude Dr. Hixon's Testimony on Determination of Teratogenicity and Adverse Events Under Rule 702.

3. GSK designated the information in these documents as confidential.

Respectfully submitted,

*/s/ Robert K. Jenner*
Robert K. Jenner (BBO No. 569381)
JENNER LAW
1829 Reisterstown Road, Suite 350
Baltimore, MD 21208
410-413-2155
rjenner@jennerlawfirm.com

Tobias L. Millrood
POGUST, BRASLOW & MILLROOD LLC
8 Tower Bridge, Suite 1520
Conshohocken, PA  19428
610-941-4204
tmillrood@pbmattorneys.com

Kimberly D. Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9265
kbarone@motleyrice.com

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE  19801
302-662-7063
egraham@gelaw.com

James D. Gotz
HAUSFELD
One Marina Park Drive, Suite 1410
Boston, MA 02210
617-207-0600
jgotz@hausfeld.com

Dated: January 10, 2019                    *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Plaintiffs' Declaration in Support of the Motion to Impound, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via first class mail to those identified as non-registered participants.

/s/ *Robert K. Jenner*
Robert K. Jenner