# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE : ZOFRAN® (ONDANSETRON)
PRODUCTS LIABILITY LITIGATION

MDL NO. 1:15-md-2657-FDS

This document relates to:

All Actions

**PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANT GLAXOSMITHKLINE LLC'S REQUESTS FOR PRODUCTION OF EXPERT RELATED DOCUMENTS**

REQUEST NO. 1: With respect to the in vitro ondansetron study, described as "in press," on page 36 of Bengt Danielsson's expert report ("in vitro study"), produce:
    a.    All underlying data for the in vitro study;
    b.    The protocol and final manuscript for the in vitro study;
    c.    All documents relating to the funding sources for the in vitro study; and
    d.    All communications with the editor and/or publisher of the journal to which the in vitro study was submitted, including but not limited to, manuscript drafts, revisions, and reviewer comments.

**RESPONSE TO REQUEST NO. 1: The final manuscript and supporting data are publicly available and were produced to GSK on August 27, 2018 with the Supplemental and Rebuttal Expert Report of Bengt Danielsson MD, Ph.D.** *See* **B Danielsson, W Webster, H Ritchie, Ondansetron and teratogenicity in rats: evidence for a mechanism mediated via embryonic hERG blockade,** *Reproductive Toxicology* **2018 *at* doi.org/10.1016/j.reprotox.2018.08.018). With regard to funding, Plaintiffs attach documents in their possession, custody or control and of which Plaintiffs' counsel are aware. To the extent this request seeks additional information, it is beyond Plaintiffs' possession, custody or control, unduly burdensome, not proportional to the needs of the case, and calls for information that would be protected by the academic research privilege.[1]**

REQUEST NO. 2: With respect to the "study conducted by H. Ritchie of University of

---

[1] *E.g.*, *In re Bextra & Celebrex Mktg. Sales Practices & Prod. Liab. Litig.*, 249 F.R.D. 8, 14 (D. Mass. 2008) ("The batch or wholesale disclosure by the NEJM of the peer reviewer comments communicated to authors will be harmful to the NEJM's ability to fulfill both its journalistic and scholarly missions, and by extension harmful to the medical and scientific communities, and to the public interest."); *id.* at *13 (rightly characterizing the pharmaceutical company's inappropriate effort as "coopting the expertise of the NEJM and its outside reviewers" in lieu of [or, more likely, in addition to] hiring its own experts to attack the Plaintiffs' causation theories.").

Sydney" cited on page 37 (see Figure 14) of Bengt Danielsson's expert report ("Ritchie ondansetron study"), produce:
    a.    A copy of the final report or manuscript of the Ritchie ondansetron study;
    b.    All underlying data for the Ritchie ondansetron study;
    c.    All protocols and drafts of the Ritchie ondansetron study;
    d.    All documents relating to the funding sources for the Ritchie ondansetron study;
    e.    All communications between Bengt Danielsson and Helen Ritchie, or a co-investigator/ co-author of the Ritchie ondansetron study, regarding that study; and
    f.    All communications with the editor and/or publisher of the journal to which the Ritchie ondansetron study was submitted, including but not limited to, manuscript drafts, revisions and reviewer comments.

**RESPONSE TO REQUEST NO. 2: The final manuscript and supporting data are publicly available and were produced to GSK on August 27, 2018 with the Supplemental and Rebuttal Expert Report of Bengt Danielsson MD, Ph.D.  *See* B Danielsson, W Webster, H Ritchie, Ondansetron and teratogenicity in rats: evidence for a mechanism mediated via embryonic hERG blockade, *Reproductive Toxicology* 2018 *at* doi.org/10.1016/j.reprotox.2018.08.018).  With regard to funding sources, Plaintiffs produce herewith responsive documents in their possession, custody or control and of which Plaintiffs' counsel are aware.  To the extent this request seeks additional information, Plaintiffs object because the request calls for information that is beyond Plaintiffs' possession, custody or control, unduly burdensome, not proportional to the needs of the case, and calls for information that would be protected by the academic research privilege.**

REQUEST NO. 3: With respect to the "paper currently in review at the journal Bioelectricity" referenced at p. 27 of Dr. Levin's expert report ("Levin Paper"), produce:
    a.    A copy of the final manuscript submitted to Bioelectricity.
    b.    All communications with the editor and/or publisher of Bioelectricity regarding the Levin Paper, including but not limited to, manuscript drafts, revisions and reviewer comments.

**RESPONSE TO REQUEST NO. 3:  The final manuscript and any included supporting data will be produced when they become publicly available.  To the extent this request seeks additional information, Plaintiffs object because the request calls for information that is beyond Plaintiffs' possession, custody or control, unduly burdensome, not proportional to the needs of the case, and calls for information that would be protected by the academic research privilege.**

REQUEST NO. 4: With respect to the Danielsson 2014 study,[1] produce the following:

    a.    The study protocol;
    b.    The de-identified underlying data;
    c.    The SAS[2] (or any other statistical software) codes and input used in analyzing the

---

[1] Danielsson B, Wikner BN, Källén B. Use of ondansetron during pregnancy and congenital malformations in the infant. Reprod Toxicol 2014;50:134-7.

2

|   |   |
|---|---|
| | data; |
| d. | The entire SAS (or any other statistical software) output and/or printout of the final analyses; |
| e. | Any statistical programming code(s) used in any way in connection with the published article, including any of the preliminary or other analyses that were not reported. |
| f. | The data dictionary, variable lists, or any other glossary of terms, or annotation(s), necessary to interpret the SAS (or any other statistical software) codes or output and/or printout; |
| g. | Any drafts of the published study; and |
| h. | All reviewer comments on the draft(s) of the study submitted to Reproductive Toxicology. |

**RESPONSE TO REQUEST NO. 4: Objection. The request seeks information that is beyond Plaintiffs' possession, custody or control, unduly burdensome, not proportional to the needs of the case, and calls for information that would be protected by the academic privilege.**

REQUEST NO. 5: Produce all communications between Plaintiffs' Attorneys and any of the author(s) of the following studies regarding the studies:

a. Anderka M, Mitchell AA, Louik C, Werler MM, Hernández-Diaz S, Rasmussen SA; National Birth Defects Prevention Study. Medications used to treat nausea and vomiting of pregnancy and the risk of selected birth defects. Birth Defects Res A Clin Mol Teratol 2012;94(1):22-30.

b. Andersen JT, Jimenez-Solem E, Andersen NL, Poulsen HE. Ondansetron use in early pregnancy and the risk of congenital malformations - a register based nationwide cohort study. Pharmacoepidemiol Drug Saf 2013;22(Suppl 1):13-14.

c. Colvin L, Gill AW, Slack-Smith L, Stanley FJ, Bower C. Off-label use of ondansetron in pregnancy in Western Australia. Biomed Res Int 2013;2013:909860; Dec 12 Epub ahead of print.

d. Danielsson B, Wikner BN, Källén B. Use of ondansetron during pregnancy and congenital malformations in the infant. Reprod Toxicol 2014;50:134-7.

e. Huybrechts KF, Hernandez-Diaz S, Straub L, Gray K, Patorno E, Desai R, Mogun H, Bateman B. Ondansetron and the risk of congenital malformations. Birth Defects Res 2018;110:758.

f. Parker SE, Van Bennekom C, Anderka M, Mitchell AA for the National Birth Defects Prevention Study. Ondansetron for treatment of nausea and vomiting of pregnancy and the risk of specific birth defects. Obstet Gynecol 2018 July 10.

---

[2] Statistical Analysis Software.

  g.  Pasternak B, Svanström H, Hviid A.  Ondansetron in pregnancy and risk of adverse fetal outcomes. N Engl J Med 2013;368(9):814-23.

  h.  Kirby R, Zambelli-Weiner A, Via C, Yuen M, Weiner D. Early-pregnancy ondansetron exposure and risk of structural birth defects. Birth Defects Res 2018;110:758.

This request excludes communications with expert(s) retained in litigation.

  **RESPONSE TO REQUEST NO. 5: After a reasonable search, plaintiffs have not located any responsive communications.**

  REQUEST NO. 6: Produce all communications between Plaintiffs' Attorneys and the TTi research organization, or any of its owners or employees, regarding any of the studies identified in Request No. 5.

  **RESPONSE TO REQUEST NO. 6: Objection.  This request calls for information that is not discoverable under Fed. R. Civ. P. 26(b)(3)[2] and 26(b)(4)(D).[3]**

---

[2] Fed. R. Civ. P. 26(b)(3)(A) ("Documents and Tangible Things. Ordinarily, *a party may not discover documents and tangible things that are prepared in anticipation of litigation or for trial by or for another party or its representative* (*including the other party's* attorney, *consultant*, surety, indemnitor, insurer, or agent). But, subject to Rule 26(b)(4), those materials may be discovered if: (i) they are otherwise discoverable under Rule 26(b)(1); and (ii) the party shows that it has substantial need for the materials to prepare its case and cannot, without undue hardship, obtain their substantial equivalent by other means.") (Emphasis added).

[3] Fed. R. Civ. P. 26(b)(4)(D) ("Expert Employed Only for Trial Preparation. Ordinarily, *a party may not, by interrogatories or deposition, discover facts known or opinions held by an expert who has been retained or specially employed by another party in anticipation of litigation or to prepare for trial and who is not expected to be called as a witness at trial*. But a party may do so only: (i) as provided in Rule 35(b); or (ii) on showing exceptional circumstances under which it is impracticable for the party to obtain facts or opinions on the same subject by other means.") (Emphasis added).

Dated: September 10, 2018    Respectfully submitted,

/s/ Robert K. Jenner
Robert K. Jenner (BBO No. 569381)
JENNER LAW
1829 Reisterstown Road, Suite 350
Baltimore, MD 21208
410-413-2155
rjenner@jennerlawfirm.com

Tobias L. Millrood
POGUST, BRASLOW & MILLROOD LLC
8 Tower Bridge, Suite 1520
Conshohocken, PA  19428
610-941-4204
tmillrood@pbmattorneys.com

Kimberly D. Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9265
kbarone@motleyrice.com

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE  19801
302-662-7063
egraham@gelaw.com

James D. Gotz
HAUSFELD
One Marina Park Drive, Suite 1410
Boston, MA 02210
617-207-0600
jgotz@hausfeld.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 10, 2018, the foregoing document was served on the following via electronic mail:

>Madeleine M. McDonough
>Jennifer M. Stevenson Jennifer
>Stonecipher Hill
>SHOOK, HARDY & BACON L.L.P.
>2555 Grand Blvd. Kansas
>City, MO 64108
>Telephone: (816) 474-6550
>Facsimile: (816) 421-5547
>mmcdonough@shb.com
>jstevenson@shb.com
>jshill@shb.com
>Admitted pro hac vice
>
>Mark D. Seltzer (BBO # 556341) Brain K.
>French (BBO # 637856) NIXON
>PEABODY LLP
>100 Summer Street Boston,
>MA 02110 Telephone:
>617-345-1000 Facsimile:
>617-345-1300
>mseltzer@nixonpeabody.com
>bfrench@nixonpeabody.com
>
>George W. Vien (BBO # 547411) DONNELLY,
>CONROY & GELHAAR LLP
>260 Franklin Street, Suite 1600 Boston,
>MA 02110
>Telephone: 617-720-2880
>Facsimile: 617-720-3554
>gwv@dcglaw.com
>
>*/s/ Robert K. Jenner*

# JJS
## Janet, Jenner & Suggs, LLC
*Attorneys at Law*

Howard A. Janet, P.C.* | Kenneth M. Suggs* | Robert K. Jenner, P.C.*±◊
Dov Apfel*± | Giles H. Manley, M.D., J.D.* | Gerald D. Jowers, Jr.* | Brian D. Ketterer∆
Sharon R. Morgan* | Justin A. Browne* | Jason B. Penn*±◊

Seth L. Cardeli*§≠ | Patrick A. Thronson*‡ | Lisa S. Lee◊≠
Adam P. Janet*§± | Kathleen R. Kerner*

OF COUNSEL
John C. Hensley, Jr.° | Steven J. German§≠± | Joel M. Rubenstein§≠

BAR MEMBERSHIPS
* Maryland | • South Carolina | ◊ Massachusetts | ± District of Columbia | ∆ Pennsylvania
† Florida | ° North Carolina | § New York | ≠ New Jersey | ‡ Illinois | § Minnesota

November 8, 2017

Ms. Mai Pham
Finance Officer
Discipline of Anatomy and Histology
School of Medical Sciences
Room E212, Anderson Stuart (F13)
The University of Sydney
NSW 2006 Australia

Re:   *DONATION to Professor William S. Webster and Dr. Helen E. Ritchie*

Dear Ms. Pham:

Enclosed is a check for $9,600 (AUD $13,000) as a donation to "Professor William S. Webster and Dr. Helen E. Ritchie for research into Birth Defects at the University of Sydney."

Very truly yours,

Robert K. Jenner

RKJ/mza
Enclosure

cc:   Thomas Ayala, Esquire

---

MARYLAND OFFICE
Executive Center at Hooks Lane | 4 Reservoir Circle, Suite 200 | Baltimore, Maryland 21208
410-653-3200 | Fax 410-653-9030 | 1-877-692-3862
info@JJSJustice.com | JJSJustice.com

Maryland | South Carolina | Massachusetts | New York | North Carolina | Washington, D.C.



**THE UNIVERSITY OF SYDNEY**

**Professor Arthur Conigrave**
Dean, Sydney Medical School

12 January 2018

Janet, Jenner & Suggs LLC
C/- Mr Robert K Jenner
Executive Centre at Hooks Lane
4 Reservoir Cirlce Suite 200
BALTIMORE MD 21208
UNITED STATES

Dear Mr Jenner,

I am writing to express my gratitude for your recent gift of $12,672 in support of research into birth defects.

Supported by generous donors Sydney Medical School undertakes research that seeks to make critical medical contributions to the benefit of Australians and the international community.

As evidenced by our current QS ranking as one of the top fifteen medical schools internationally, this investment in Sydney Medical School benefits world-leading science, science training, education, and the translation of research outcomes to the benefit of community health.

Thank you again for your support in our continued pursuit of high quality research and education outcomes.

The official receipt for tax purposes will be sent to you under separate cover.

Yours sincerely,

*[signature]*

Arthur Conigrave

Sydney Medical School
Room 201, Edward Ford Building A27
The University of Sydney NSW 2006
Australia

T +61 2 9351 6570
F +61 2 9351 2433
E medicine.dean@sydney.edu.au
www.sydney.edu.au/medicine

ABN 15 211 513 464
CRICOS 00026A