# EXHIBIT H

# Thomas & Libowitz, P.A.

A Professional Association founded in 1975

100 Light Street, Suite 1100 • Baltimore, MD 21202
Phone: 410-752-2468 • Fax: 410-752-0979

www.tandllaw.com

Scott H. Marder
SHMarder@tandllaw.com

*Serving the Community for over 40 Years*

STEVEN ANARGYROS THOMAS+*
ROBERT A. SNYDER, JR.
JOHN R. WISE
C. WAYNE DAVIS
FRANCIS R. LAWS
CHARLES B. JONES
SCOTT H. MARDER^

MEMBERS
MARGARET L. ARGENT+
ANDREW K. O'CONNELL
ANASTASIA THOMAS NARDANGELI

ASSOCIATES
MUNACHI O. NSOFOR=
SIMA G. FRIED=
CLINTON R. BLACK, V~
PAUL A. SNYDER+
HENRY A. ANDREWS
JASON A. DENKEVITZ
STEPHEN E. DEMOS

COUNSEL
CLINTON R. BLACK, IV
DAVID M. SHEEHAN~o
DERRICK WANG

Also Member of DC Bar +
Also Member of VA Bar *
Also Member of NY Bar =
Also Member of CT Bar ~
Also Member of MA Bar o
Also Member of FL Bar ^

January 9, 2019

**VIA EMAIL**
Eva Canaan, Esq.
Phillips Lytle LLP
340 Madison Avenue
17th Floor
New York, NY 10173-1922

> Re: *Notice of Deposition Duces Tecum to April Zambelli-Weiner, Ph.D.*
> *In re: Zofran Products Liability Litigation MDL No. 1:15-md-2657-FDS*

Dear Eva:

Following up on our recent telephone conversations, this letter confirms that I have accepted service of the Notice to Take Videotaped Deposition of April Zambelli-Weiner, Ph.D., dated January 2, 2019 (the "Notice"). Please accept this letter as Dr. Zambelli-Weiner's response to the Notice, as detailed below. Also, attached please find documents Bates numbered AZW-1 through AZW-2, produced in response to the Notice.

## Response to Notice

1. All COMMUNICATIONS between you and plaintiffs' counsel regarding the Study.

   **RESPONSE: All documents responsive to this request in the possession or under the control of Dr. Zambelli-Weiner are attached, Bates numbered AZW-1 through AZW-2.**

2. Concerning the Study:

   a. The original Study protocol;

Eva Canaan, Esq.
Page 2 of 3
January 9, 2019

> **RESPONSE: Dr. Zambelli-Weiner objects to this request as it calls for the production of documents that are proprietary, confidential and protected by an academic researcher's privilege.**
>
> b. The final Study protocol;
>
> **RESPONSE: None.**
>
> c. The Stata/MP 13.1, SAS, or any other statistical software codes/input used in analyzing the data, including any of the preliminary or other analyses that were not reported in the Accepted Manuscript;
>
> **RESPONSE: Dr. Zambelli-Weiner objects to this request as it is vague. No definition is provided for the terms used in the request. It appears that the request is seeking the software used by Dr. Zambelli-Weiner as part of her study. As such, Dr. Zambelli-Weiner objects to this request because it calls for the production of software that is not owned by Dr. Zambelli-Weiner but that Dr. Zambelli-Weiner has a license to use. The software is commercially available to the Defendants.**
>
> d. The entire Stata/MP 13.1, SAS, or any other statistical software output/printout of the analyses, including the final analyses and preliminary or other analyses that were not reported in the Accepted Manuscript;
>
> **RESPONSE: None.**
>
> e. The data dictionary, variable lists, or any other glossary of terms, or annotation(s), necessary to interpret the Stata/MP 13.1, SAS, or any other statistical software codes or output;
>
> **RESPONSE: None.**
>
> f. All DOCUMENTS concerning any data analyses or results that were not reported in the Accepted Manuscript.
>
> **RESPONSE: None.**

Because Dr. Zambelli-Weiner is only asserting privilege with respect to one document, we have incorporated the privilege log in this response, as reflected below.

### Privilege Log

1. Original Study Protocol. Privilege asserted: academic researcher's privilege.

Eva Canaan, Esq.
Page 3 of 3
January 9, 2019

                Very truly yours,

                *[signature]*
                Scott H. Marder

Enclosures:

cc:  April Zambelli-Weiner, Ph.D.


Health Research
& Economics

April Zambelli-Weiner <aweiner@transtechint.com>

## To Dr. Zambelli-Weiner from Tom Ayala

Thomas V. Ayala <tayala@gelaw.com>  
To: "April Zambelli-Weiner, Ph.D. (aweiner@transtechint.com)" <aweiner@transtechint.com>

Tue, Feb 27, 2018 at 4:25 PM

Dear Dr. Zambelli-Weiner,

It was a pleasure talking with you today. I want to express my gratitude and admiration for the work you perform investigating important issues of public health, including your work for the U.S. CDC among others. One of the highlights of my work is the opportunity to meet scientists like yourself.

My research and investigation of reports of ondansetron and birth defects as an attorney representing families impacted by Zofran use in pregnancy discovered multiple calls from the medical and scientific community for further study of the safety of ondansetron use in pregnancy given the substantial off-label use. For example,

In 2002, Siu, et al. published a case report, "Treatment of intractable hyperemesis gravidarum by ondansetron," and they concluded that "research on the use of ondansetron in human pregnancy is urgently needed."

b. In 2004, Adrienne Einarson, et al., noted that "ondansetron is not indicated for NVP and there are no studies examining safety in pregnancy," but "it was brought to our attention by

American callers using our service that it has been used as a first line of treatment in the United States." Einarson, et al. The Safety of Ondansetron for Nausea and Vomiting of Pregnancy: A Prospective Comparative Study, Vol. 111, Int'l J. of Obstetrics and Gynaecology, pp. 940-43 (Sept. 2004). The authors noted that their study included too small a sample size to detect a twofold risk of malformations, and "thousands of cases would be required to detect rare defects."

c. In 2006, Siu, et al. published the results of a study, "Placental Transfer of Ondansetron During Early Human Pregnancy," reporting that "ondansetron readily crosses the human placenta," and "the developmental significance of this drug exposure requires further investigation, i.e., whole embryo culture."

These are only a few examples. Unfortunately, I have not seen any informative research published by the maker of Zofran to adequately investigate this topic.

When I learned from you that you and your team were studying the topic of health effects of prescription drug use for treating morning sickness, including Zofran, and you were planning to publish the results of your research, I was grateful to know that patients will have more information available to help them make informed decisions about their prescription drug use.

In connection with your forthcoming publication, as discussed today, I think it best if you make any disclosures required by the publishing journal about funding received by the authors that might give the appearance of potentially influencing the submitted work product, including the fact that your firm has served as a consultant for lawyers who represent families regarding ondansetron use in pregnancy. I am confident that all of the design and execution of your and your colleagues' research was independently performed regardless of funding source(s) or consulting relationship(s) – with industry, lawyers, educational institutions, government agencies or otherwise, and that the content of the forthcoming paper is solely that of the authors. I am also confident that readers of your work will consider it fairly based solely on its merit, notwithstanding a funding disclosure. Best of luck with your publication, and I will look forward to reviewing it.

Thank you again for your work in this important area of public health.

With kind regards,

Tom Ayala

## Thomas V. Ayala | Grant & Eisenhofer P.A.

Director

123 S. Justison Street, 6th Floor

Wilmington, DE 19801

Direct Dial: CONFIDENTIAL - Subject to Protective Order USDC MA (MDL 2657)   AZW-001

Cell: 610-529-8464

tayala@gelaw.com | www.gelaw.com

CONFIDENTIAL - Subject to Protective Order USDC MA (MDL 2657)　　　　　AZW-002