# EXHIBIT L

Kenneth R. Meyer, Esq. – N.J. Attorney ID #028581982
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 848-8310
(973) 206-6776 FAX
kmeyer@mccarter.com

*Attorneys for Defendants Forest Laboratories, Inc.*
*(n/k/a/ Forest Laboratories, LLC); Forest Pharmaceuticals, Inc.;*
*and Forest Research Institute, Inc.*

| | |
|---|---|
| *In re: Forest Research Institute Cases* | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: HUDSON COUNTY |
| **THIS DOCUMENT RELATES TO:** | Hon. Jeffrey R. Jablonski, J.S.C. |
| *Enoch v. Forest Research Institute, Inc., et al.,* (HUD-L-3896-14); | L-3896-14<br>Civil Division |
| *Capicotti v. Forest Research Institute, Inc., et al.,* (HUD-L-3895-14); | **ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS NECESSARY TO VERIFY THE VALIDITY AND ACCURACY OF A STUDY BY PLAINTIFFS' EXPERT, ANICK BÉRARD, PH.D.** |
| *Hathcock v. Forest Research Institute, Inc., et al.,* (HUD-L-1629-13); | |
| *Kennedy v. Forest Research Institute, Inc., et al.,* (HUD-L-3784-14). | |

**THIS MATTER** having come before this Court on motion by defendants Forest Laboratories, Inc. (n/k/a/ Forest Laboratories, LLC), Forest Pharmaceuticals, Inc., and Forest Research Institute, Inc. ("Forest defendants") seeking entry of an order compelling plaintiffs to produce documents necessary to verify the validity and accuracy of a study by plaintiffs' expert, Anick Bérard, Ph.D.; and this Court having reviewed the papers submitted in support of the motion and any papers submitted in opposition to the motion; and oral argument having been heard; and for other good and sufficient cause having been shown;

ME1 20876113v.1

IT IS on this <u>9th</u> day of <u>October</u>, 2015,

ORDERED that the Forest defendants' motion to compel production of documents necessary to verify the validity and accuracy of a study by plaintiffs' expert, Anick Bérard, Ph.D. be and it hereby is **GRANTED**; and

**IT IS FURTHER ORDERED** that ~~within _____ days of the date of this Order~~ by October 26, 2015 plaintiffs shall produce the documents sought by the Forest defendants to verify the validity and accuracy of the study known as "Bérard et al., *Sertraline Use During Pregnancy and the Risk of Major Malformations*, Am. J. Obstet. Gynecol. (2015), doi 10.1016/j.ajog.2015.01.034," namely the study's SAS source codes and the specific generalized estimating equation models that were used to generate Table 2 of the study; and

**IT IS FURTHER ORDERED** that a conformed copy of this Order shall be served on all counsel of record within 7 days of its receipt by counsel for the moving parties.

_____
Hon. Jeffrey R. Jablonski, J.S.C.

The DED shall remain as scheduled : 1/29/2016.

__X__ OPPOSED

_____ UNOPPOSED

MEI 20876113v.1