UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL No. 1:15-md-02657-FDS<br><br>This document relates to:<br><br>All Actions |

### NOTICE ADVISING THE COURT OF FACTUAL INACCURACIES IN NON-PARTY APRIL ZAMBELLI-WIENER, PH.D'S AFFIDAVIT AND MOTION FOR PROTECTIVE ORDER

Scott H. Marder (admitted *pro hac vice*), of the law firm of Thomas & Libowitz, P.A., and Jonathan D. Friedmann (BBO # 180130) and Robert P. Rudolph (BBO # 684583), of the law firm of Rudolph Friedmann LLP (collectively, "Undersigned Counsel"), file this Notice Advising the Court of Factual Inaccuracies in Non-Party April Zambelli-Weiner Ph.D.'s Affidavit and Motion for Protective Order, and state as follows:

### Procedural Background

1. Attorney Marder and his law firm were retained by April Zambelli-Weiner, Ph.D ("Dr. Zambelli-Weiner") to represent Dr. Zambelli-Weiner in connection with a subpoena *duces tecum* and a notice of deposition served by the Defendants in this case seeking to take her deposition and obtain documents.

2. On January 8, 2019, Attorney Marder retained Attorney Friedmann and Attorney Rudolph, along with their law firm, to serve as local counsel in this action on behalf of April Zambelli-Weiner. On January 9, 2019, Attorney Rudolph entered his Notice of Appearance in this case on behalf of Dr. Zambelli-Weiner.

1

3.      Also on January 9, 2019, Attorney Friedmann and Attorney Rudolph filed Dr. Zambelli-Weiner's Motion for Protective Order ("Motion for Protective Order") in response to Defendants' subpoena *duces tecum*. (ECF 1271). In support of the Motion for Protective Order, they also filed Dr. Zambelli-Weiner's Affidavit on January 9, 2019 (the "Affidavit"). (ECF 1272).

4.      Thereafter, on January 15, 2019, Attorney Friedmann and Attorney Rudolph moved this Court to admit Attorney Marder *pro hac vice* as counsel for Dr. Zambelli-Weiner. (ECF 1283). On January 16, 2019, this Court granted Attorney Marder's motion to appear *pro hac vice*. (ECF 1290).

5.      On January 15, 2019, Defendants filed an opposition to Dr. Zambelli-Weiner's Motion for Protective Order. (ECF 1289).

6.      This Court entered an electronic order on January 18, 2019 denying the Motion for Protective Order, but limiting the examination of Dr. Zambelli-Weiner and her production of documents (the "Order"). (ECF 1292).

7.      Pursuant to Local Rule 83.6.1(a), the Massachusetts Rules of Professional Conduct apply to Undersigned Counsel's representation of Dr. Zambelli-Weiner.[1]

## The Inaccurate Information

8.      Prior to filing Dr. Zambelli-Weiner's Motion for Protective Order, Attorney Marder repeatedly spoke with Dr. Zambelli-Weiner to ascertain the facts relevant to the Motion for Protective Order. Attorney Marder also reviewed documents provided by Dr. Zambelli-Weiner. Once drafted, Attorney Marder sent a draft of the Motion for Protective Order and Affidavit to Dr. Zambelli-Weiner for her to review for factual accuracy. Dr. Zambelli-Weiner requested certain

---

[1] Attorney Marder is also subject to the Maryland Attorney's Rules of Professional Conduct and the Rules Regulating the Florida Bar.

changes, which Attorney Marder made to the documents. Several more rounds of edits were made at the request of Dr. Zambelli-Weiner. Dr. Zambelli-Weiner then executed the Affidavit and returned it to Attorney Marder.

9. At the time the Motion for Protective Order and Affidavit were filed, all counsel for Dr. Zambelli-Weiner believed that the factual assertions contained in those documents were accurate. Thereafter, Attorney Marder received information indicating that certain of the factual assertions in Dr. Zambelli-Weiner's Motion for Protective Order and Affidavit were inaccurate.

10. As required by Massachusetts Rule of Professional Conduct 3.3 and Maryland Rule of Professional Conduct 19-303.3, Attorney Marder remonstrated with Dr. Zambelli-Weiner about the inaccuracies in the Motion for Protective Order and her Affidavit.

11. Undersigned Counsel can no longer represent to this Court that all of the factual assertions in Dr. Zambelli-Weiner's Motion for Protective Order and Affidavit are accurate.

12. In accordance with their duty to take remedial measures under the applicable Rules of Professional Conduct, Undersigned Counsel file this notice and will contemporaneously file a Motion to Withdraw Appearance for Non-Party April Zambelli-Weiner, Ph.D.

13. Dr. Zambelli-Weiner has retained new counsel, Eric W. Gunderson, Esq., Davis, Agnor, Rapaport & Skalny, 10211 Wincopin Circle, Suite 600, Columbia, Maryland, 21044, on January 18, 2019. Her new counsel has indicated that he will meet with Dr. Zambelli-Weiner over the weekend and likely file a correction to the Affidavit during the week of January 21, 2019.

14. In light of this Notice, this Court may want to reconsider its Order on the Motion for Protective Order, entered on January 18, 2018 (ECF 1292). However, since Dr. Zambelli-Weiner has retained new counsel, the Undersigned Counsel are not able to submit a motion for reconsideration at this time.

Respectfully submitted,

**RUDOLPH FRIEDMANN LLP**

/s/ Robert P. Rudolph
Jonathon D. Friedmann (BBO # 180130)
jfriedmann@rflawyers.com
Robert P. Rudolph (BBO # 684583)
rrudolph@rflawyers.com
92 State Street
Boston, Massachusetts 02109
Telephone: (617) 723-7700
Facsimile: (617) 227-0313


**THOMAS & LIBOWITZ, P.A.**

/s/ Scott H. Marder
Scott H. Marder (admitted *pro hac vice*)
shmarder@tandllaw.com
100 Light Street, 11th Floor
Baltimore, Maryland 21202
Telephone: (410) 752-2468
Facsimile: (410) 752-0979

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 18, 2019. This document will also be served via e-mail and first-class mail, postage pre-paid, upon April Zambelli-Weiner, Ph.D. and her new counsel, Eric W. Gunderson, Esq., Davis, Agnor, Rapaport & Skalny, 10211 Wincopin Circle, Suite 600, Columbia, Maryland, 21044, egunderson@darslaw.com.

/s/ Robert P. Rudolph
Robert P. Rudolph