**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS**

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br><br>**Amie L. Fluth v. GlaxoSmithKline LLC** | Case No. 1:17-cv-10066<br><br>MDL No. 1:15-cv-2657-<br><br>FDS |

**PLAINTIFFS' MOTION TO IMPOUND**

In accordance with Local Rule 7.2, Plaintiffs respectfully request the Court's permission to allow Plaintiffs to file Plaintiffs' Motion to Compel Answers to Interrogatories and Responses to Request for Production Documents Against Defendant GSK and attached Exhibits, under seal. This motion is made with reference to the following facts:

1. MDL Order No. 13 (Doc. 242) governs confidential materials and requires the submitting party of confidential information to file a Motion to Impound pursuant to Local Rule 7.2 while serving and filing complete produced versions of the confidential documents.

2. Plaintiffs seek to impound Plaintiffs' Motion to Compel Answer to Interrogatories and Responses Request for Production of Documents Against Defendant GSK and attached Exhibits.

3. These documents contain numerous references to documents and exhibits that have been designated as confidential, and involve testimony of a third party, who has not had the opportunity to designate documents as confidential.

4  Plaintiffs seek to file these documents under seal to preserve requested confidentiality while using the exhibits as factual background for Plaintiffs' Motion to Compel Answers

to Interrogatories and Responses to Request for Production of Documents Against Defendant GSK. Each exhibit is necessary as context for the parties' dispute over Plaintiffs' Motion to Compel.

5. Pursuant to MDL Order No. 13, Plaintiffs request that the Court lift any impounding Order only upon further order of the Court. Plaintiffs further request that the impounding Confidential Information be kept in the Clerk's non-public information file during any post-impoundment period unless the Court vacates the impounding Order.

6. In accordance with MDL Order No. 13, Plaintiffs will file a supporting Declaration with the filing of this Motion to Impound, and Plaintiffs will deliver to Court Chambers copies of the exhibits in sealed envelopes marked "FILED UNDER SEAL" along with courtesy copies of the Motion and Declaration.

Respectfully submitted,

**HERMAN, HERMAN & KATZ, LLC**

_/s/ James. C. Klick_____
**JAMES C. KLICK** - #7451
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2019, I served opposing counsel with a copy of the above by electronic filing.

_/s/ James. C. Klick_____
**JAMES C. KLICK**