# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF
# MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br><br>**Amie L. Fluth v. GlaxoSmithKline LLC** | Case No. 1:17-cv-10066<br><br>MDL No. 1:15-cv-2657-<br><br>FDS |

## DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO IMPOUND

Pursuant to MDL Order No. 13 paragraph 10(c), Plaintiffs submit the following Declaration in support of Plaintiffs' Motion to Impound:

1. Declarant, James C. Klick states that the Memorandum in Support of Motion to Compel Answers to Interrogatories and Responses to Request for Production Propounded Upon GSK by Plaintiff Amie Fluth and Exhibits 5 - 18 contain references to documents that have been identified as confidential by GSK or deposition testimony of a third party which neither defendant GSK nor third party has had opportunity seek to identify as confidential.

2. Accordingly, Plaintiff Amie Fluth requests that the entire Memorandum in support of Motion to Compel Answers to Interrogatories and Response to Request for Production of Documents be filed under together with Exhibits 5 - 18.

Respectfully submitted,

**HERMAN, HERMAN & KATZ, LLC**

_/s/ James. C. Klick_
**JAMES C. KLICK** - #7451
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January, 2019, I served opposing counsel with a copy of the above by electronic filing.

                                                _/s/ James. C. Klick_
                                                **JAMES C. KLICK**