UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br>**All Actions** | MDL No. 1:15-md-2657-FDS |

**DEFENDANT GLAXOSMITHKLINE LLC'S
MOTION TO IMPOUND GSK'S RESPONSE TO PLAINTIFFS' MOTION TO
EXCLUDE DR. HIXON'S TESTIMONY AND EXHIBITS IN SUPPORT**

GlaxoSmithKline LLC ("GSK") moves to impound its Response to Plaintiffs' Motion to Exclude Dr. Hixon's Testimony on Determination of Teratogenicity and Pharmacovigilance Analysis Under Federal Rule of Evidence 702 and certain exhibits in support. GSK contemporaneously submits a Declaration in Support of this Motion. GSK will submit a folder marked "FILED UNDER SEAL" containing the sealed brief and exhibits to the Court.

The brief and exhibits contain and discuss documents and information marked confidential pursuant to the protective order. To preserve confidentially, GSK hereby requests that the Court impound the information. Pursuant to MDL Order No. 13 and Local Rule 7.2, the Court should grant GSK's Motion, and the filing should "remain under seal until further order of the Court." MDL Order No. 13 (Doc. 242), at 12.

WHEREFORE, GSK respectfully requests that this Court grant its Motion to Impound.

Dated: February 11, 2019

          Respectfully submitted,
          GLAXOSMITHKLINE LLC,
          By its attorneys,

          */s/ Jennifer Stonecipher Hill*
          Madeleine M. McDonough
          Jennifer M. Stevenson
          Jennifer Stonecipher Hill
          SHOOK, HARDY & BACON L.L.P.
          2555 Grand Boulevard
          Kansas City, MO 64108
          (816) 474-6550
          mmcdonough@shb.com
          jstevenson@shb.com
          jshill@shb.com
          (admitted *pro hac vice*)

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                             /s/ *Jennifer Stonecipher Hill*
                                             Jennifer Stonecipher Hill