UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )
**IN RE: ZOFRAN (ONDANSETRON)** | )
**PRODUCTS LIABILITY LITIGATION** | )  MDL No. 1:15-md-2657-FDS
| )
**This Document Relates To:** | )
| )
All Actions | )
| )

## MDL Order No. 31
### February 26, 2019

### AMENDED ORDER SUPPLEMENTING MDL ORDER NO. 30, GOVERNING SCHEDULING OF PHASE 5, GROUP 1 CASE-SPECIFIC EXPERT DISCOVERY AND *DAUBERT* AND DISPOSITIVE MOTIONS

**SAYLOR, J.**

This Order shall govern case-specific expert discovery and *Daubert* and dispositive motions in all Phase 5, Group 1 cases under MDL Order Nos 25 and 27. Group 2 case-specific deadlines shall be the subject of a separate and subsequent order.

1. **Disclosure of Case-Specific Expert Reports and Depositions.**

    A.  Plaintiffs' case-specific expert disclosures under Fed. R. Civ. P. 26(a)(2), including expert reports, shall be served on or before March 15, 2019. Plaintiffs agree to provide deposition dates for case-specific experts simultaneously.

    B.  GSK's case-specific expert disclosures under Fed. R. Civ. P. 26(a)(2), including expert reports, shall be served on or before April 5, 2019. GSK agrees to provide deposition dates for case-specific experts simultaneously.

    C.  Depositions of case-specific experts shall conclude by May 31, 2019.

D. Should any case-specific expert appear in more than one case for a party, the deposition party shall be entitled to (1) a deposition, limited to case-specific opinions only, subject to normal time limits, for the first deposition and (2) a deposition not to exceed 3 hours for any subsequent deposition absent leave of court. In the event the case-specific expert previously offered opinions on generic causations issues and was deposed on those issues, the case-specific expert may not be deposed on those again, except to a limited degree necessary to develop the testimony in a specific case. However, if the case-specific expert offers new and/or different generic causation opinions, the case-specific expert may be deposed on those new and/or different generic causation issues.

**2. Case-Specific Motions.**

A. Motions to exclude or limit case-specific expert testimony or opinions pursuant to Fed. R. Evid. 702 or *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and case-specific dispositive motions for any Group 1, Phase 5 case shall be filed by June 28, 2019.

B. Responses in opposition shall be filed by July 26, 2019.

C. Replies in support shall be filed by August 7, 2019.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor, IV
Dated: February 26, 2019     United States District Judge