# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF
# MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br><br>**Amie L. Fluth v. GlaxoSmithKline LLC** | Case No. 1:17-cv-10066<br><br>MDL No. 1:15-md-2657-<br><br>FDS |

## DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO IMPOUND

Pursuant to MDL Order No. 13 paragraph 10(c), Plaintiffs submit the following Declaration in support of Plaintiffs' Motion to Impound:

1. Declarant, James C. Klick states that the Plaintiffs' Sur Reply in Support of Plaintiff Amie Fluth's Motion to Compel Answers to Interrogatories and Responses to Requests for Productions of Documents Against Defendant GSK and Exhibits 20-24 contain references to documents that have been identified as confidential by GSK and/or are documents that either GSK and/or some third party has not had opportunity seek to identify as confidential.

2. Accordingly, Plaintiff Amie Fluth requests that the entire Plaintiffs' Sur Reply in Support of Plaintiff Amie Fluth's Motion to Compel Answers to Interrogatories and Responses to Requests for Productions of Documents Against GSK be filed together with Exhibits 20-24 under seal.

Respectfully submitted,

**HERMAN, HERMAN & KATZ, LLC**

_/s/ James. C. Klick_____
**JAMES C. KLICK** - #7451
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February, 2019, I served opposing counsel with a copy of the above by electronic filing.

                                                       _/s/ James. C. Klick_
                                                      **JAMES C. KLICK**