UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br> All Actions | MDL No. 1:15-md-2657-FDS |

### DEFENDANT GLAXOSMITHKLINE LLC'S
### EMERGENCY MOTION FOR TELEPHONIC CONFERENCE

GSK respectfully requests a short telephonic conference regarding an urgent personal matter impacting the *Daubert* hearings scheduled for March 5-6, 2019. Given the time-sensitive nature, GSK requests to be heard at the Court's earliest convenience.

Dated: February 28, 2019

                                     Respectfully submitted,
                                     GLAXOSMITHKLINE LLC,
                                     By its attorneys,

                                     */s/ Jennifer Stonecipher Hill*
                                     Madeleine M. McDonough
                                     Jennifer M. Stevenson
                                     Jennifer Stonecipher Hill
                                     SHOOK, HARDY & BACON L.L.P.
                                     2555 Grand Boulevard
                                     Kansas City, MO 64108
                                     (816) 474-6550
                                     mmcdonough@shb.com
                                     jstevenson@shb.com
                                     jshill@shb.com
                                     (admitted *pro hac vice*)

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                                /s/ *Jennifer Stonecipher Hill*
                                                Jennifer Stonecipher Hill