UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL No. 1:15-md-2657-FDS<br><br>This document relates to:<br><br>All Actions |

**PLAINTIFFS' AND GSK'S PROPOSED AGENDA**
**TELEPHONIC STATUS CONFERENCE – March 5, 2019**

1. Filings Update

2. State Liaison Update

3. Phase 5 Discovery Update

4. Expert Discovery Update

5. Update on *Daubert* Hearing Timing and Logistics

6. Proposed Order Regarding New Medical Records Collection Vendor

7. Pending Motion for Dismissal Without Prejudice in *Kutzer*, No. 1:15-cv-13751-FDS (Doc. 88).

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                */s/ Jennifer Stonecipher Hill*
                Jennifer Stonecipher Hill