# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL No. 1:15-md-2657-FDS |
| | HON. F. DENNIS SAYLOR IV |
| THIS DOCUMENT RELATES TO: | DECLARATION IN SUPPORT OF MOTION TO IMPOUND |
| ALL CASES | |

## DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO IMPOUND

Pursuant to MDL Order No. 13 paragraph 10(c), Plaintiffs submit the following Declaration in support of Plaintiffs' Motion to Impound:

1. The submitting party of the Confidential Information to be filed under seal is Plaintiffs' Co-Lead Counsel Robert K. Jenner.

2. The Confidential Information in Plaintiffs' Reply in Support of Plaintiffs' Motion to Exclude Dr. Hixon's Testimony on Determination of Teratogenicity and Adverse Events Under Rule 702 is submitted as support for Plaintiffs' Reply in Support of Plaintiffs' Motion to Exclude Dr. Hixon's Testimony on Determination of Teratogenicity and Adverse Events Under Rule 702.

3. GSK designated the information in these documents as confidential.

Respectfully submitted,

*/s/ Robert K. Jenner*
Robert K. Jenner (BBO No. 569381)
JENNER LAW
1829 Reisterstown Road, Suite 350
Baltimore, MD 21208
410-413-2155
rjenner@jennerlawfirm.com

        Tobias L. Millrood
        POGUST, BRASLOW & MILLROOD LLC
        8 Tower Bridge, Suite 1520
        Conshohocken, PA  19428
        610-941-4204
        tmillrood@pbmattorneys.com

        Kimberly D. Barone Baden
        MOTLEY RICE LLC
        28 Bridgeside Boulevard
        Mount Pleasant, SC 29464
        843-216-9265
        kbarone@motleyrice.com

        M. Elizabeth Graham
        GRANT & EISENHOFER P.A.
        123 S. Justison Street
        Wilmington, DE  19801
        302-662-7063
        egraham@gelaw.com

        James D. Gotz
        HAUSFELD
        One Marina Park Drive, Suite 1410
        Boston, MA 02210
        617-207-0600
        jgotz@hausfeld.com

Dated:  March 5, 2019        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiffs' Declaration in Support of the Motion to Impound, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via first class mail to those identified as non-registered participants.

/s/ *Robert K. Jenner*
Robert K. Jenner