# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: All Actions | MDL No. 1:15-md-2657-FDS |

### DEFENDANT GLAXOSMITHKLINE LLC'S MOTION TO IMPOUND ITS MOTION TO COMPEL TESTIMONY FROM DR. CAROL LOUIK AND RELATED EXHIBITS

GlaxoSmithKline LLC ("GSK") moves to impound its Motion to Compel Testimony from Dr. Carol Louik and related exhibits. GSK contemporaneously submits a Declaration in Support of this Motion. GSK will submit a folder marked "FILED UNDER SEAL" containing the sealed documents to the Court.

The Motion to Compel and related exhibits discuss and contain documents and information marked confidential pursuant to the protective order. To preserve confidentiality, GSK hereby requests that the Court impound GSK's Motion to Compel and related exhibits. Pursuant to MDL Order No. 13 and Local Rule 7.2, the Court should grant GSK's Motion, and the filing should "remain under seal until further order of the Court." MDL Order No. 13 (Doc. 242), at 12. GSK will separately file a public redacted version.

WHEREFORE, GSK respectfully requests that this Court grant its Motion to Impound.

Dated: March 6, 2019

Respectfully submitted,

*/s/ Jennifer Stonecipher Hill*
Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com
*Admitted pro hac vice*

Mark D. Seltzer (BBO # 556341)
Brain K. French (BBO # 637856)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000
Facsimile: 617-345-1300
mseltzer@nixonpeabody.com
bfrench@nixonpeabody.com

George W. Vien (BBO # 547411)
DONNELLY, CONROY & GELHAAR LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: 617-720-2880
Facsimile: 617-720-3554
gwv@dcglaw.com

Attorneys for Defendant GlaxoSmithKline LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                 /s/ Jennifer Stonecipher Hill
                                 Jennifer Stonecipher Hill