# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: All Actions | MDL No. 1:15-md-2657-FDS |

# GLAXOSMITHKLINE LLC'S
# MOTION TO COMPEL TESTIMONY FROM DR. CAROL LOUIK

GlaxoSmithKline LLC moves for entry of an Order compelling Plaintiffs' only expert epidemiologist, Dr. Carol Louik, to provide further testimony through a targeted deposition. Alternatively, GSK asks the Court to order Dr. Louik to appear live at the *Daubert* hearing. For all of the reasons stated in the accompanying Memorandum in Support, GSK respectfully requests that the Court grant its Motion.

1

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for the parties have met and conferred in a good faith effort to narrow the issues of dispute without success.

Dated: March 6, 2019

Respectfully submitted,

 */s/ Jennifer Stonecipher Hill*
Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com
*Admitted pro hac vice*

Mark D. Seltzer (BBO # 556341)
Brain K. French (BBO # 637856)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000
Facsimile: 617-345-1300
mseltzer@nixonpeabody.com
bfrench@nixonpeabody.com

George W. Vien (BBO # 547411)
DONNELLY, CONROY & GELHAAR LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: 617-720-2880
Facsimile: 617-720-3554
gwv@dcglaw.com

Attorneys for Defendant GlaxoSmithKline LLC

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                                /s/ Jennifer Stonecipher Hill
                                                Jennifer Stonecipher Hill