# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: All Actions | MDL No. 1:15-md-2657-FDS |

### GLAXOSMITHKLINE LLC'S MOTION TO COMPEL DR. ZAMBELLI-WEINER TO PRODUCE DOCUMENTS IN COMPLIANCE WITH THE COURT'S PRIOR ORDERS

GlaxoSmithKline LLC moves for entry of an Order compelling Dr. April Zambelli-Weiner to produce documents in response to GSK's document requests consistent with this Court's prior orders. For all of the reasons stated in the accompanying Memorandum in Support, GSK respectfully requests that the Court grant its Motion.

## <u>LOCAL RULE 7.1(A)(2) CERTIFICATION</u>

Pursuant to Local Rule 37.1(a) the undersigned counsel states as follows. Counsel for GSK, Eva Canaan and Jennifer Hill, conferred with counsel for Dr. Zambelli-Weiner, Eric Gunderson, on February 22, 2019, at approximately 4:00 p.m. in Columbia, Maryland, and concluded shortly thereafter. The parties conferred in a good faith effort to narrow the issues of dispute without success.

Dated: March 8, 2019

Respectfully submitted,

*/s/ Jennifer Stonecipher Hill*
Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com
*Admitted pro hac vice*

Mark D. Seltzer (BBO # 556341)
Brain K. French (BBO # 637856)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000
Facsimile: 617-345-1300
mseltzer@nixonpeabody.com
bfrench@nixonpeabody.com

George W. Vien (BBO # 547411)
DONNELLY, CONROY & GELHAAR LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: 617-720-2880
Facsimile: 617-720-3554
gwv@dcglaw.com

Attorneys for Defendant GlaxoSmithKline LLC

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

This document will be sent via email and first class mail to:

Eric Gunderson, Esq.
Davis, Agnor, Rapaport & Skalny
10211 Wincopin Circle, Suite 600
Columbia, MD 21044
egunderson@darslaw.com

*Attorney for Dr. Zambelli-Weiner*


/s/ Jennifer Stonecipher Hill
Jennifer Stonecipher Hill