# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL No. 1:15-md-2657-FDS<br><br>This document relates to:<br><br>*All Actions* |

## GLAXOSMITHKLINE LLC'S MOTION TO COMPEL PLAINTIFFS' DISCOVERY RESPONSES RELATING TO THE ZAMBELLI-WEINER STUDY

GlaxoSmithKline LLC moves for entry of an Order compelling Plaintiffs to provide complete responses to GSK's interrogatories and requests for production related to the study completed by Dr. April Zambelli-Weiner. For all of the reasons stated in the accompanying Memorandum in Support, GSK respectfully requests that the Court grant its Motion.

## LOCAL RULE 37.1(A)(2) CERTIFICATION

Pursuant to Local Rule 37.1(a) the undersigned counsel states as follows. On March 8, 2019, counsel for GSK requested to confer with counsel for Plaintiffs regarding their discovery responses. Despite acknowledging receipt of GSK's email request in correspondence to the Court (*see* Ltr. from T. Millrood, noting that GSK had requested "additional follow up on discovery of Plaintiffs' lawyers" (Doc. 1390)), Plaintiffs' counsel did not respond to GSK's request. Accordingly, a discovery conference has not occurred.

Dated: March 19, 2019

Respectfully submitted,

*/s/ Jennifer Stonecipher Hill*
Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com
*Admitted pro hac vice*

Mark D. Seltzer (BBO # 556341)
Brain K. French (BBO # 637856)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000
Facsimile: 617-345-1300
mseltzer@nixonpeabody.com
bfrench@nixonpeabody.com

George W. Vien (BBO # 547411)
DONNELLY, CONROY & GELHAAR LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: 617-720-2880
Facsimile: 617-720-3554
gwv@dcglaw.com

Attorneys for Defendant GlaxoSmithKline LLC

**CERTIFICATE OF SERVIC**E

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

      /s/ Jennifer Stonecipher Hill
      Jennifer Stonecipher Hill