**Exhibit A**

**INSTRUCTIONS AND DEFINITIONS**

1. "DOCUMENT(S)" means (1) every medium upon or within which data or information can be transmitted, received, permutated, stored, or destroyed and (2) that in fact, contains requested data or information at the time this subpoena is received, except that "DOCUMENT(S)" shall not be construed more narrowly than the broadest meaning it has under the Federal Rules of Civil Procedure.

2. "COMMUNICATION(S)" means, without limitation, any written correspondence, written expression of words, written transmission, or written exchange of data or information to another person. "Written" includes printed, typed, handwritten, electronic, and other readable documents.

5. The "Zambelli-Weiner Study" means the study entitled *First Trimester Ondansetron Exposure and Risk of Structural Birth Defects*, by April Zambelli-Weiner, Christina Via, Matt Yuen, Daniel J. Weiner, & Russell S. Kirby, published electronically in *Reproductive Toxicology* on October 29, 2018.

6. The "Danielsson Study" means the study entitled *Ondansetron and teratogenicity in rats: Evidence for a mechanism mediated via embryonic hERG blockade*, by B. Danielsson, William S. Webster, & Helen E. Ritchie, published electronically in *Reproductive Toxicology* on August 24, 2018.

7. "Plaintiffs' counsel" means counsel for the plaintiffs involved in litigation regarding Zofran® and/or ondansetron.

8. "Concerning" means constituting, having to do with, with respect to, involving, describing, defining, construing, discussing, embodying, explaining, interpreting, referring to,

reflecting, regarding, relating to, or otherwise pertaining to, and shall be construed as necessary to afford the widest possible scope of inquiry to the request containing the term.

9. "Journal" means the Journal of Reproductive Toxicology and any of its agents, employees, independent contractors or any other persons acting on the Journal's behalf.

10. "Potential Conflicts of Interest Disclosure Forms" means any form submitted to the Journal regarding actual or potential conflicts of interest, including, but not limited to the ICMJE Form for Disclosure of Potential Conflicts of Interest.

PLEASE TAKE NOTICE that the following documents are requested to be produced by April 8, 2019:

1. Any Potential Conflicts of Interest Disclosure Forms concerning the Zambelli-Weiner Study.

2. Any communications between the Journal and any author(s) of the Zambelli-Weiner Study regarding any payments made by Plaintiffs' counsel to TTi Health Research or any author(s), including, but not limited to, the $210,000 Plaintiffs' counsel paid as financial support relating to the Zambelli-Weiner Study.

3. Any communications between the Journal and any author(s) of the Zambelli-Weiner Study regarding consulting work performed by TTi Health Research or Dr. Zambelli-Weiner for Plaintiffs' counsel.

4. Any documents or communications concerning the funding of the Zambelli-Weiner Study or any authors' potential conflicts of interest in connection with the Zambelli-Weiner Study.

5. Any Potential Conflicts of Interest Disclosure Forms concerning the Danielsson Study.

6. Any documents or communications concerning the funding of the Danielsson Study or any authors' potential conflicts of interest in connection with the Danielsson Study.

7. Any communications between the Journal and any author of the Danielsson Study concerning Dr. Danielsson's role as a paid testifying expert for plaintiffs in litigation regarding Zofran® and/or ondansetron.