## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br>**All Actions** | MDL No. 1:15-md-2657-FDS |

### GLAXOSMITHKLINE LLC'S EMERGENCY MOTION TO STRIKE THE SUPPLEMENTAL REPORTS OF PLAINTIFFS' GENERAL CAUSATION EXPERTS

For the reasons discussed in the accompanying Memorandum in Support, GSK moves to strike the supplemental expert reports of Drs. Abdulla, Sadler, and Danielsson as untimely and improper. Because the Court is set to hear argument on the admissibility of these experts' opinions at the *Daubert* hearings on April 24-26, 2019, GSK requests expedited consideration.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for GSK conferred with counsel for Plaintiffs in a good faith effort to narrow the issues of dispute without success. Plaintiffs' counsel have expressed their view that the motion should be heard at the status conference on April 8, 2019.

Dated:  March 26, 2019

Respectfully submitted,


 */s/ Thomas Sheehan*
Thomas Sheehan
Eva Canaan
PHILLIPS LYTLE  L.L.P.
One Canalside
125 Main Street
Buffalo, NY 14203-2887
tsheehan@phillipslytle.com
ecanaan@phillipslytle.com

Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com
*Admitted pro hac vice*


Attorneys for Defendant GlaxoSmithKline LLC

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.


*/s/ Thomas Sheehan*

Thomas Sheehan