# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2342<br>12-MD-2342<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT APPLIES TO:<br>ALL ACTIONS | : : : | |

## PRETRIAL ORDER NO. 52

**AND NOW**, this 14th day of March 2014, upon consideration of Plaintiffs' Motion to Clarify Pretrial Order Nos. 39 and 44, and counsel for Defendants having advised the Court by telephone that there is no objection, it is hereby **ORDERED** that the Motion is **GRANTED** as follows: As the Court stated in Pretrial Order No. 44, "the final decision as to the order in which cases will be tried rests with the Court, and to the extent that Pretrial Order No. 39 may be read otherwise, this Pretrial Order No. 44 controls." In the event that any confusion remains, the Court will determine the order in which cases will be tried from the entire Trial Pool and therefore there is no need for the Special Master to "randomly select the side that will choose the first case to be tried" on March 17, 2014, as stated in Pretrial Order No. 39.

It is so **ORDERED**.

BY THE COURT:

_/s/ Cynthia M. Rufe_
CYNTHIA M. RUFE, J.