# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL No. 1:15-md-2657-FDS<br><br>This document relates to:<br><br>All Actions |

## PLAINTIFFS' AND GSK'S PROPOSED AGENDA FOR
## MAY 8, 2019 STATUS CONFERENCE

1. Filings Update

2. State Liaison Update

    a. *Brown v. GSK*, Case No. 1:19-cv-10647 – Update on Plaintiffs' Motion to Remand

3. Phase 5 Discovery Update

    a. Expert Deposition Scheduling Issues

    b. *Fluth v. GSK*, Case No. 1:17-cv-10066 – Update on Plaintiff's Motions to Compel

4. GSK's Group 1 Trial Selections

5. Trial Logistics

6. Follow-up on Expert-Related Discovery Motions

## **CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                */s/ Jennifer Stonecipher Hill*
                Jennifer Stonecipher Hill