## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

—————————————————————————

| | |
|---|---|
| | ) |
| IN RE: ZOFRAN (ONDANSETRON) | ) |
| PRODUCTS LIABILITY LITIGATION, | ) |
| | ) |
| This Document Relates To: | ) |
| | ) |
|    All Actions | ) |
| | ) |

MDL No. 1:15-md-2657-FDS

—————————————————————————

### NOTICE OF PLAINTIFFS' TRIAL SELECTIONS

Pursuant to MDL Order No. 33, Plaintiffs identify *Kirksey, et al. v. GlaxoSmithKline LLC*

Case No. 1:15-cv-13786 as its selection for the first trial setting.  Plaintiffs identify *Sims, et al. v.*

*GlaxoSmithKline LLC* Case No. 1:15-cv-13946 as its backup case.


Dated: May 31, 2019

Respectfully submitted,

*/s/ Kimberly D. Barone Baden*
Kimberly D. Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9265
kbarone@motleyrice.com

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE  19801
302-662-7063
egraham@gelaw.com

Tobias L. Millrood
POGUST MILLROOD LLC
8 Tower Bridge, Suite 940
Conshohocken, PA  19428
610-941-4204
tmillrood@pogustmillrood.com

Robert K. Jenner (BBO No. 569381)
JENNER LAW, P.C.
1829 Reisterstown Road, Suite 350
Baltimore, MD 21208
410-413-2155
rjenner@jennerlawfirm.com

James D. Gotz
HAUSFELD
One Marina Park Drive, Suite 1410
Boston, MA 02210
617-207-0600
jgotz@hausfeld.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I, Kimberly D. Barone Baden, hereby certify that on this 31st day of May, 2019, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing:

*/s/ Kimberly D. Barone Baden*
Kimberly D. Barone Baden
