UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL No. 1:15-md-2657-FDS<br><br>This document relates to:<br><br>All Actions |

**PLAINTIFFS' AND GSK'S PROPOSED AGENDA FOR
JUNE 11, 2019 STATUS CONFERENCE**

1. Filings Update

2. State Court Update

3. Phase 5 Discovery Update

4. Phase 5 Expert Discovery Update

    a. GSK's Supplement to Its Motion to Compel Plaintiffs' Discovery Responses Relating to the Zambelli-Weiner Study

    b. GSK's Supplement to Its Motion to Compel Dr. Zambelli-Weiner to Produce Documents in Compliance With the Court's Prior Orders

    c. Update on Plaintiffs' April 2019 Discovery to GSK and outstanding responses

5. Phase 5 Trial Selection Update

6. *Merck*/Clear Evidence Preemption Discussion

7. Trial Logistics and Deliverables Update and Discussion

8. Update on GSK's Motion for Summary Judgment Based on Lack of General Causation Evidence

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                                                                  */s/ Jennifer Hill*
                                                                                  Jennifer Hill