# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**MDL No. 1:15-md-2657-FDS**

**This document relates to:**

*Aleksanyan v. GlaxoSmithKline LLC,*
    **Case No.  1:19-cv-10603**
*Arellanes  v. GlaxoSmithKline LLC,*
    **Case No.  1:15-cv-13743**
*Betschart v. GlaxoSmithKline LLC,*
    **Case No.  1:16-cv-11042**
*Birt v. GlaxoSmithKline LLC,*
    **Case No.  1:15-cv-13740**
*Bivens v. GlaxoSmithKline LLC,*
    **Case No.  1:17-cv-10286**
*Black v. GlaxoSmithKline LLC,*
    **Case No.  1:17-cv-10953**
*Blair v. GlaxoSmithKline LLC,*
    **Case No.  1:16-cv-11140**
*Blas v. GlaxoSmithKline LLC,*
    **Case No.  1:15-cv-14065**
*Boswell v. GlaxoSmithKline LLC,*
    **Case No.  1:15-cv-13940**
*Boyack v. GlaxoSmithKline LLC,*
    **Case No.  1:18-cv-11874**
*Cameron v. GlaxoSmithKline LLC,*
    **Case No.  1:16-cv-12111**
*Crowell v. GlaxoSmithKline LLC,*
    **Case No.  1:17-cv-12389**
*Cruz v. GlaxoSmithKline LLC,*
    **Case No.  1:17-cv-10167**
*Cummings v. GlaxoSmithKline LLC,*
    **Case No.  1:15-cv-13775**
*Curington v. GlaxoSmithKline LLC,*
    **Case No.  1:15-cv-13889**
*Daniels v. GlaxoSmithKline LLC,*
    **Case No.  1:18-cv-00674**
*Davis v. GlaxoSmithKline LLC,*
    **Case No.  1:16-cv-10825**
*De la Cruz v. GlaxoSmithKline LLC,*
    **Case No.  1:17-cv-10372**
*Echols v. GlaxoSmithKline LLC,*
    **Case No.  1:15-cv-13759**

**IN RE : ZOFRAN® (ONDANSETRON)
PRODUCTS LIABILITY LITIGATION**

*Fair v. GlaxoSmithKline LLC,*
        **Case No. 1:17-cv-10755**
*Fuentez v. GlaxoSmithKline LLC,*
        **Case No. 1:17-cv-10676**
*Goodwin v. GlaxoSmithKline LLC,*
        **Case No. 1:15-cv-13828**
*Green v. GlaxoSmithKline LLC,*
        **Case No. 1:16-cv-10720**
*Griffin v. GlaxoSmithKline LLC,*
        **Case No. 1:17-cv-11890**
*Griffin-Sperbeck v. GlaxoSmithKline LLC,*
        **Case No. 1:17-cv-10097**
*Guzman v. GlaxoSmithKline LLC,*
        **Case No. 1:17-cv-11035**
*Hall v. GlaxoSmithKline LLC,*
        **Case No. 1:17-cv-12394**
*Hernandez v. GlaxoSmithKline LLC,*
        **Case No. 1:17-cv-10277**
*Hill v. GlaxoSmithKline LLC,*
        **Case No. 1:16-cv-12388**
*Ingham v. GlaxoSmithKline LLC,*
        **Case No. 1:19-cv-10698**
*Johnson v. GlaxoSmithKline LLC,*
        **Case No. 1:17-cv-11274**
*Jones v. GlaxoSmithKline LLC,*
        **Case No. 1:16-cv-11518**
*Kennelly v. GlaxoSmithKline LLC,*
        **Case No. 1:18-cv-10825**
*Killpack v. GlaxoSmithKline LLC,*
        **Case No. 1:17-cv-10336**
*Koontz v. GlaxoSmithKline LLC,*
        **Case No. 1:17-cv-10957**
*Lambeth v. GlaxoSmithKline LLC*,
        **Case No. 1:15-cv-13931;**
*Lara v. GlaxoSmithKline LLC,*
        **Case No. 1:16-cv-10198**
*Larson v. GlaxoSmithKline LLC,*
        **Case No. 1:16-cv-11829**
*Leath v. GlaxoSmithKline LLC,*
        **Case No. 1:15-cv-13917**
*Lee v. GlaxoSmithKline LLC,*
        **Case No. 1:17-cv-10592**
*Lowery v. GlaxoSmithKline LLC,*
        **Case No. 1:17-cv-11854**
*Mandoyan v. GlaxoSmithKline LLC,*
        **Case No. 1:15-cv-13564**

*Marlenee v. GlaxoSmithKline LLC,*
**Case No. 1:15-cv-13585**
*Mauss v. GlaxoSmithKline LLC,*
**Case No. 1:16-cv-10469**
*Mayo v. GlaxoSmithKline LLC,*
**Case No. 1:15-cv-13207**
*McGee v. GlaxoSmithKline LLC,*
**Case No. 1:18-cv-12272**
*Meads v. GlaxoSmithKline LLC,*
**Case No. 1:17-cv-12579**
*Michael v. GlaxoSmithKline LLC,*
**Case No. 1:17-cv-12389**
*Mirandola v. GlaxoSmithKline LLC,*
**Case No. 1:16-cv-11440**
*Myint v. GlaxoSmithKline LLC,*
**Case No. 1:18-cv-10149**
*Newman v. GlaxoSmithKline LLC,*
**Case No. 1:15-cv-13974**
*Nicholson v. GlaxoSmithKline LLC,*
**Case No. 1:17-cv-11490**
*Ortiz v. GlaxoSmithKline LLC,*
**Case No. 1:18-cv-10703**
*Parden v. GlaxoSmithKline LLC,*
**Case No. 1:15-cv-13973**
*Poe v. GlaxoSmithKline LLC,*
**Case No. 1:15-cv-13937**
*Powell v. GlaxoSmithKline LLC,*
**Case No. 1:18-cv-10775**
*Printz v. GlaxoSmithKline LLC,*
**Case No. 1:17-cv-10099**
*Ray v. GlaxoSmithKline LLC,*
**Case No. 1:15-cv-14103**
*Roberts v. GlaxoSmithKline LLC,*
**Case No. 1:15-cv-13710**
*Scangarello v. GlaxoSmithKline LLC,*
**Case No. 1:18-cv-11085**
*Schacht v. GlaxoSmithKline LLC,*
**Case No. 1:15-cv-14085**
*Schmitt v. GlaxoSmithKline LLC,*
**Case No. 1:17-cv-11960**
*Shepherd v. GlaxoSmithKline LLC,*
**Case No. 1:18-cv-10973**
*Smith v. GlaxoSmithKline LLC,*
**Case No. 1:17-cv-10981**
*Southerland v. GlaxoSmithKline LLC,*
**Case No. 1:16-cv-10197**

*Stacy v. GlaxoSmithKline LLC,*
        **Case No.  1:17-cv-10350**
*Swaim v. GlaxoSmithKline LLC,*
        **Case No.  1:15-cv-14122**
*Titus v. GlaxoSmithKline LLC,*
        **Case No.  1:15-cv-14148**
*Wentz v. GlaxoSmithKline LLC,*
        **Case No.  1:16-cv-12467**
*Wilkinson v. GlaxoSmithKline LLC,*
        **Case No.  1:15-cv-13920**
*Wilkinson v. GlaxoSmithKline LLC,*
        **Case No.  1:19-cv-10270**
*Zgurski v. GlaxoSmithKline LLC,*
        **Case No.  1:15-cv-14038**

## DEFENDANT GLAXOSMITHKLINE LLC'S STATEMENT OF UNDISPUTED FACTS

1.      At the April 26, 2019 *Daubert* hearing, Thomas Ayala, Plaintiffs' Steering Committee Member stated: "If there are defects outside of heart and palate, those -- I don't know how the numbers tally up, but I will tell you that I don't believe that the scientific evidence has caught up to proving those, if they are simply existing on an independent basis outside of a heart or a palate." *Daubert* Day 3 Hearing Trans. at 4-22, lines 11-19 (April 26, 2019); Ex. 2.

2.      Plaintiffs' expert embryologist, Dr. Sadler, testified, "just because a substance is associated, for example, with an increased risk of cleft palate, that doesn't mean that it will also increase the risk of cleft lip with or without cleft palate." Instead, to reach a causal opinion about these defects, he testified, "you have to look at specific – with specific bold -- defects. You can't just lump everything together." Sadler Dep. at 59:11-60:5; Ex. 3

3.      Dr. Sadler testified that there is no study reporting an association—much less a causal association—between Zofran and cleft lip with or without cleft palate. Sadler Dep. at 115:5-8; Ex. 3.

4.     Plaintiffs' expert epidemiologist, Dr. Louik, testified that there are two phenotypes of orofacial defect—cleft lip with or without cleft palate, and cleft palate only—and that they are "etiologically and pathogenetically distinct." Louik Dep. at 33:13-20; Ex. 4.

5.









Respectfully submitted,

*/s/ Jennifer M. Stevenson*
Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com
*Admitted pro hac vice*

Mark D. Seltzer (BBO # 556341)
Brian K. French (BBO # 637856)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000
Facsimile: 617-345-1300
mseltzer@nixonpeabody.com
bfrench@nixonpeabody.com
George W. Vien (BBO # 547411)

DONNELLY, CONROY & GELHAAR LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: 617-720-2880
Facsimile: 617-720-3554
gwv@dcglaw.com

*Attorneys for Defendant GlaxoSmithKline LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2019, the foregoing document was sent electronically to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via first class mail to those identified as non-registered participants.

/s/ *Jennifer M. Stevenson*
Jennifer M. Stevenson