UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
**IN RE: ZOFRAN (ONDANSETRON)** )
**PRODUCTS LIABILITY LITIGATION** )   MDL No. 1:15-md-2657-FDS
)
**This Document Relates To:** )
)
**All Actions** )
)

# MDL Order No. 36
July 24, 2019

### ORDER FURTHER SUPPLEMENTING AND MODIFYING MDL ORDER NOS. 30, 31, AND 34 GOVERNING SCHEDULING OF PHASE 5, GROUP 1 CASE-SPECIFIC EXPERT DISCOVERY AND *DAUBERT* AND DISPOSITIVE MOTIONS

**SAYLOR, J.**

This Order further supplements and modifies the terms of paragraph 2 of MDL Order Nos. 30, 31, and 34 concerning deadlines for case-specific *Daubert* and dispositive motions in Phase 5, Group 1 cases. Deadlines for any case-specific *Daubert* and dispositive motions in the eight Phase 5, Group 1 cases will be scheduled as follows:

**2.  Case-Specific Motions.**

A.  Motions to exclude or limit case-specific expert testimony or opinions pursuant to Fed. R. Evid. 702 or *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and case-specific dispositive motions shall be filed by the following deadlines:

- **Wave 1** (*Rodriguez*, Case No. 1:15-cv-13762-FDS and *Schofield*, Case No. 1:16-cv-11676-FDS):

    o  Responses in opposition shall be filed 28 days following the Court's Order on GSK's Renewed Motion for Summary

Judgment Based on Preemption. Replies in support shall be filed 12 days after the responses in opposition.

- **Wave 2** (*Kirksey*, Case No. 1:15-cv-13786-FDS and *Sims*, Case No. 1:15-cv-13946- FDS):

    o Opening motions shall be filed 28 days following the Court's Order on GSK's Renewed Motion for Summary Judgment Based on Preemption. Responses in opposition shall be filed 28 days after the motions. Replies in support shall be filed 12 days after the responses in opposition.

- **Wave 3** (*Fluth*, Case No. 1:17-cv-10066; *Schaaf*, Case No. 1:16-cv-10633-DFS; *Hulbert*, Case No. 1:15-cv-14074-FDS; and *Warren*, Case No. 1:17-cv-10494):

    o Opening motions shall be filed 45 days following the Court's Order on GSK's Renewed Motion for Summary Judgment Based on Preemption. Responses in opposition shall be filed 28 days after the motions. Replies in support shall be filed 12 days after the responses in opposition.

**So Ordered.**

Dated: July 24, 2019

/s/ F. Dennis Saylor
F. Dennis Saylor, IV
United States District Judge