UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Jennifer Dye, et al.,<br>        Plaintiff(s),<br>v.<br><br>GlaxoSmithKline LLC,<br>        Defendant. | Case No. 1:17-cv-12361<br><br>MDL No. 1:15-md-2657-FDS |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Rule 41(a)(1)(A)(ii), it is hereby stipulated this __ day of August 2019, by and between the undersigned parties, that the claims in the above-captioned actions are dismissed with prejudice against Defendant. Each party will bear its own costs.

| FOR PLAINTIFFS: | FOR GLAXOSMITHKLINE LLC: |
|---|---|
| /s/ John R. Holton<br>John R. Holton<br>The Holton Law Firm, PLLC<br>296 Washington Avenue<br>Memphis, TN 38103<br>(901) 523-2222<br>jholton@holtonlaw.com | /s/ Jennifer M. Stevenson<br>Madeleine M. McDonough<br>Jennifer M. Stevenson<br>Jennifer Stonecipher Hill<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>(816) 474-6550<br>mmcdonough@shb.com<br>jstevenson@shb.com<br>jshill@shb.com<br>(admitted pro hac vice) |

|  | Mark D. Seltzer (BBO # 556341)<br>Brain K. French (BBO # 637856)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 345-1000<br>mseltzer@nixonpeabody.com<br>bfrench@nixonpeabody.com<br><br>George W. Vein (BBO #547411)<br>DONNELLY, CONTROY & GELHAAR LLP<br>260 Franklin Street, Suite 1600<br>Boston, MA 02110<br>(617) 720-2880<br>gwv@dcglaw.com |
|---|---|

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send electronic notification of such filing to all CM/ECF participants.

/s/ John R. Holton