UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: ZOFRAN (ONDANSETRON) )
PRODUCTS LIABILITY LITIGATION ) MDL No. 1:15-md-2657-FDS
Leslie Cosolito on behalf )
of A.C. and N.C. her )
minor children, )

### PRODUCT IDENTIFICATION FACT SHEET

This Product Identification Fact Sheet is to be completed by the plaintiffs in this case. Except as otherwise ordered, these questions shall be treated as interrogatories under Rule 33 of the Federal Rules of Civil Procedure, and shall be subject to the rules applicable to such interrogatories, including the duty to supplement responses.

1. **Individual case caption:** Leslie Cosolito on behalf of A.C. And N.C. her minor children,

2. **Docket No.:** 1:15-md-02657

3. **Plaintiffs' attorney and contact information:**

   Arnold E. DiJoseph, P.C.
   50 Broadway, 10th Floor, N.Y., NY 10004
   212-344-7000

4. What is the name of the mother who allegedly ingested ondansetron?

   Leslie Cosolito

5. What is the name of the manufacturer(s) of the ondansetron allegedly ingested by the mother?

   GlaxoSmithKline, LLC

6. If known, please provide the National Drug Codes ("NDC") identifying the manufacturer(s) of ondansetron allegedly ingested by the mother:

   0173-0447

7. When did the mother allegedly ingest ondansetron? From March 2002 (date) to June 2002 (date). Approximately

1

Case 1:15-md-02657-FDS Document 1026 Filed 08/12/19 Page 2 of 9
Case 1:19-md-12887-FDS Document 251 Filed 08/05/26 Page 4 of 12

8. If you are unable to identify the manufacturer of the ondansetron ingested by the mother, please provide a short statement of the reasons why you cannot do so.

_____

_____

_____

_____

_____

### Verification

I declare under penalty of perjury that all of the information provided in this Product Identification Fact Sheet is true and correct to the best of my knowledge, information, and belief.

*[signature: Leslie Cosolito]*
Plaintiff's Signature

Leslie Cosolito
Plaintiff's Printed Name

August 12, 2019
Date

Leslie cosolito on behalf
of A.C. and N.C., her minor
children,

_____
Plaintiff's Signature

_____
Plaintiff's Printed Name

_____
Date

2

# EXHIBIT 2
## MDL Order No. 10

# Request for Production of Documents by Plaintiffs
# (No. 1 – Product Identification Information)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: ZOFRAN (ONDANSETRON) )
PRODUCTS LIABILITY LITIGATION ) MDL No. 1:15-md-2657-FDS
)
This Document Relates to: Leslie
Cosolito, on behalf of A.C. and
N.C., her minor
All Cases children,

**REQUEST FOR PRODUCTION OF DOCUMENTS BY PLAINTIFFS**
**(No. 1 – Product Identification Information)**

Plaintiffs are hereby requested to produce the following items in their possession, custody, or control, in accordance with the time limits set forth in MDL Order No. 10. Except as otherwise ordered, this request shall be treated as a document request under Rule 34 of the Federal Rules of Civil Procedure, and shall be subject to the rules applicable to such requests.

1. All pharmacy, insurance, medical, or other records that identify the manufacturer of the ondansetron ingested by the mother of the minor plaintiff.

1

TWINS

LYNN B. RAPP, M.D.

Patient Addressograph

**NAME:** Cosolito Leslie
LAST · FIRST · MIDDLE

**EDC** 12/22/02
IVF

**DRUG ALLERGY:** NKDA

**RELIGIOUS/CULTURAL CONSIDERATIONS:** JEWISH

**ANESTHESIA CONSULT PLANNED** ☐ YES ☐ NO

### PROBLEMS/PLANS
1.
2.
3.
4.
5.
6.

### MEDICATION LIST:
Start date / Stop date
1.
2.
3.
4.
5.
6.

### EDD CONFIRMATION
- INITIAL EDD:
- LMP ___/___/___ = EDD ___/___/___
- INITIAL EXAM ___/___/___ = ___ WKS = EDD ___/___/___
- ULTRASOUND 5/13/02 = 8 WKS = EDD 12/20/02
- INITIAL EDD ___/___/___  INITIALED BY ___

### 18–20-WEEK EDD UPDATE:
- QUICKENING ___/___/___ +22 WKS = ___/___/___
- FUNDAL HT. AT UMBIL. ___/___/___ +20 WKS = ___/___/___
- FHT W/FETOSCOPE ___/___/___ +20 WKS = ___/___/___
- ULTRASOUND ___/___/___ = ___ WKS = ___/___/___
- FINAL EDD ___/___/___ INITIALED BY ___

**VISIT DATE** 2002 (YEAR)

| Date | Wks Gest | Fundal Ht | Present | FHR | Fetal Mvmt | Preterm Labor | Cervix | BP | Edema | Weight | Urine | Next Appt | Provider | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/8 | 10.2 | 12 | ✓ | 160/160 | + / + | – | – | 105/70 | | 119 | N | 2 | LR | |
| | less nausea ∅ Zofran 8mg PO QID salt OK for low BP | | | | | | | | | | | | | |
| 6/3 | 11.2 | 12 | ✓ | 160/160 | + | – | | 100/60 | | 121 | N/A | 4 | LR | |
| 7/1 | 15.1 | 18 | ✓ | 158/165 | + | – | | 100/65 | ⊖ | 130 | N/N | B | LR | AFP slg gone |
| | Hyperemesis slowly improving – vomiting at least twice a day needs Zofran daily wait 3-4 wks... | | | | | | | | | | | | | |
| 7/29 | 19.1 | 21 | ✓ | 140/140 | + | – | | 100/60 | | 135 | N | 3 | LR | R Fetal Anat Sonogram |
| 8/3/02 | | | swollen feet D/W pt... come in early in the week | | | | | | | | | | LR | |
| 8/12 | 21.0 | 26 | ✓✓ | 140/140 | + | – | – | 90/60 | (++) | 145 | N | | LR | Amnio Twin A XX Twin B XY |
| | edema of preg increasing c wt gain consider full rest @ 26 wks... | | | | | | | | | | | | | |

**PROBLEMS:** for repeat sono early Sept LR
**COMMENTS:** appt made LR

ACOG ANTEPARTUM RECORD (FORM C)

Leslie Cosolito

LYNN B. RAPP, M.D.

Patient Addressograph

## LABORATORY AND EDUCATION

EDC 12/22/02
IVF

| INITIAL LABS | DATE | RESULT | REVIEWED |
|---|---|---|---|
| BLOOD TYPE | 5/7/02 | (A)  B  AB  O | |
| D (Rh) TYPE | 5/7/02 | Pos | |
| ANTIBODY SCREEN | 5/7/02 | Neg | |
| HCT/HGB | 5/7/02 | 39.0 / 13.5 g/dL | |
| PAP TEST | 5/8/02 | NORMAL / ABNORMAL / ___ | |
| RUBELLA | 5/7/02 | Immune | |
| VDRL | 5/7/02 | Nonreactive | |
| URINE CULTURE/SCREEN | 5/7/02 | Tr. Ketones / Prot. | |
| HBsAg | 5/7/02 | Neg | |
| HIV COUNSELING/TESTING | 5/13/02 | ☐POS. ☒NEG. ☐DECLINED | |

| OPTIONAL LABS | DATE | RESULT |
|---|---|---|
| HGB ELECTROPHORESIS | / / | AA  AS  SS  AC  SC  AF  ↑A₂ |
| PPD | / / | |
| CHLAMYDIA | / / | |
| GC | / / | |
| TAY-SACHS | / / | |
| OTHER | | VZV Immune |

| 8–18-WEEK LABS (WHEN INDICATED/ELECTED) | DATE | RESULT |
|---|---|---|
| ULTRASOUND | / / | |
| MSAFP/MULTIPLE MARKERS | / / | (+) Down's / twins |
| AMNIO/CVS | / / | |
| KARYOTYPE | 7/26/02 | 46, XX OR (46, XY) / OTHER____ |
| AMNIOTIC FLUID (AFP) | / / | NORMAL___ ABNORMAL___ |

| 24–28-WEEK LABS (WHEN INDICATED) | DATE | RESULT |
|---|---|---|
| HCT/HGB | 9/25/02 | 10.8 % ___ g/dL |
| DIABETES SCREEN | 9/25/02 | 1 HOUR 111 |
| GTT (IF SCREEN ABNORMAL) | / / | ___FBS  ___1 HOUR  ___2 HOUR  ___3 HOUR |
| D (Rh) ANTIBODY SCREEN | / / | |
| D IMMUNE GLOBULIN (RhIG) GIVEN (28 WKS) | / / | SIGNATURE _____ |

| 32–36-WEEK LABS (WHEN INDICATED) | DATE | RESULT |
|---|---|---|
| HCT/HGB (RECOMMENDED) | / / | ___ % ___ g/dL |
| ULTRASOUND | / / | |
| VDRL | / / | |
| GC | / / | |
| CHLAMYDIA | / / | |
| GROUP B STREP (35–37 WKS) | / / | |

COMMENTS/ADDITIONAL LABS

### PLANS/EDUCATION (COUNSELED ☐)

☐ ANESTHESIA PLANS _____
☐ TOXOPLASMOSIS PRECAUTIONS (CATS/RAW MEAT) _____
☐ CHILDBIRTH CLASSES _____
☐ PHYSICAL/SEXUAL ACTIVITY _____
☐ LABOR SIGNS _____
☐ NUTRITION COUNSELING _____
☐ BREAST OR BOTTLE FEEDING _____
☐ NEWBORN CAR SEAT _____
☐ POSTPARTUM BIRTH CONTROL _____
☐ ENVIRONMENTAL/WORK HAZARDS _____

☐ TUBAL STERILIZATION _____
☐ VBAC COUNSELING _____
☐ CIRCUMCISION _____
☐ TRAVEL _____
☐ LIFESTYLE, TOBACCO, ALCOHOL _____

**REQUESTS** _____

**TUBAL STERILIZATION**   DATE   INITIALS
CONSENT SIGNED   ___/___/___   _____

PROVIDER SIGNATURE (AS REQUIRED) _____

AA128   45/109

ACOG ANTEPARTUM RECORD (FORM D)

Leslie Cosolito   Twins

Patient Addressograph

LYNN B. RAPP, M.D.

EDC 12/22/02
IVF

| SYMPTOMS SINCE LMP |
|---|
| staining |
| nausea + vomiting |

### GENETIC SCREENING/TERATOLOGY COUNSELING
**INCLUDES PATIENT, BABY'S FATHER, OR ANYONE IN EITHER FAMILY WITH:**

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| 1. PATIENT'S AGE ≥ 35 YEARS |  | ✓ | 12. MENTAL RETARDATION/AUTISM |  | ✓ |
| 2. THALASSEMIA (ITALIAN, GREEK, MEDITERRANEAN, OR ASIAN BACKGROUND): MCV < 80 |  | ✓ | IF YES, WAS PERSON TESTED FOR FRAGILE X? |  |  |
| 3. NEURAL TUBE DEFECT (MENINGOMYELOCELE, SPINA BIFIDA, OR ANENCEPHALY) |  | ✓ | 13. OTHER INHERITED GENETIC OR CHROMOSOMAL DISORDER |  | ✓ |
| 4. CONGENITAL HEART DEFECT |  | ✓ | 14. MATERNAL METABOLIC DISORDER (EG. INSULIN-DEPENDENT DIABETES, PKU) |  | ✓ |
| 5. DOWN SYNDROME |  | ✓ | 15. PATIENT OR BABY'S FATHER HAD A CHILD WITH BIRTH DEFECTS NOT LISTED ABOVE |  | ✓ |
| 6. TAY-SACHS (EG, JEWISH, CAJUN, FRENCH CANADIAN) |  | ✓ |  |  |  |
| 7. SICKLE CELL DISEASE OR TRAIT (AFRICAN) |  | ✓ | 16. RECURRENT PREGNANCY LOSS, OR A STILLBIRTH |  | ✓ |
| 8. HEMOPHILIA |  | ✓ | 17. MEDICATIONS/STREET DRUGS/ALCOHOL SINCE LAST MENSTRUAL PERIOD |  |  |
| 9. MUSCULAR DYSTROPHY |  | ✓ |  |  |  |
| 10. CYSTIC FIBROSIS |  | ✓ | IF YES, AGENT(S): Zofran |  |  |
| 11. HUNTINGTON CHOREA |  | ✓ | 18. ANY OTHER |  |  |

**COMMENTS/COUNSELING:**

| INFECTION HISTORY | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| 1. HIGH RISK HEPATITIS B/IMMUNIZED? |  | ✓ | 4. RASH OR VIRAL ILLNESS SINCE LAST MENSTRUAL PERIOD |  | ✓ |
| 2. LIVE WITH SOMEONE WITH TB OR EXPOSED TO TB | ✓ |  | 5. HISTORY OF STD, GC, CHLAMYDIA, HPV, SYPHILIS |  | ✓ |
| 3. PATIENT OR PARTNER HAS HISTORY OF GENITAL HERPES |  | ✓ | 6. OTHER (SEE COMMENTS) |  |  |

**COMMENTS:** ② 8yrs ago - on INH x 1 yr.

**INTERVIEWER'S SIGNATURE** D Buttner LPN

### INITIAL PHYSICAL EXAMINATION

DATE 5/3/02   PREPREGNANCY WEIGHT 125   HEIGHT 5'6"   BP 100/60

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. HEENT | ☐ NORMAL | ☐ ABNORMAL | 12. VULVA | ☐ NORMAL | ☐ CONDYLOMA | ☐ LESIONS |
| 2. FUNDI | ☐ NORMAL | ☐ ABNORMAL | 13. VAGINA | ☐ NORMAL | ☐ INFLAMMATION | ☐ DISCHARGE |
| 3. TEETH | ☐ NORMAL | ☐ ABNORMAL | 14. CERVIX | ☐ NORMAL | ☐ INFLAMMATION | ☐ LESIONS |
| 4. THYROID | ☐ NORMAL | ☐ ABNORMAL | 15. UTERUS SIZE | WEEKS | | ☐ FIBROIDS |
| 5. BREASTS | ☐ NORMAL | ☐ ABNORMAL | 16. ADNEXA | ☐ NORMAL | ☐ MASS | |
| 6. LUNGS | ☐ NORMAL | ☐ ABNORMAL | 17. RECTUM | ☐ NORMAL | ☐ ABNORMAL | |
| 7. HEART | ☐ NORMAL | ☐ ABNORMAL | 18. DIAGONAL CONJUGATE | ☐ REACHED | ☐ NO | ___ CM |
| 8. ABDOMEN | ☐ NORMAL | ☐ ABNORMAL | 19. SPINES | ☐ AVERAGE | ☐ PROMINENT | ☐ BLUNT |
| 9. EXTREMITIES | ☐ NORMAL | ☐ ABNORMAL | 20. SACRUM | ☐ CONCAVE | ☐ STRAIGHT | ☐ ANTERIOR |
| 10. SKIN | ☐ NORMAL | ☐ ABNORMAL | 21. SUBPUBIC ARCH | ☐ NORMAL | ☐ WIDE | ☐ NARROW |
| 11. LYMPH NODES | ☐ NORMAL | ☐ ABNORMAL | 22. GYNECOID PELVIC TYPE | ☐ YES | ☐ NO | |

**COMMENTS** (Number and explain abnormalities): ___

**EXAM BY** ___

ACOG ANTEPARTUM RECORD (FORM B)

**LYNN B. RAPP, M.D., F.A.C.O.G., F.A.C.S.**
Diplomate of American Board of Obstetrics & Gynecology
2627A Hylan Boulevard
Staten Island, NY 10306

Telephone: (718) 351-6265
Fax: (718) 351-6302

5/22/02

Leslie Cosolito has been prescribed Zofran 8 mg TID for approx. 4-6 wks for the following reasons:

1. Severe hyperemesis gravidarum with twin gestation
2. Ovarian hyperstimulation from IVF
3. 8 lb weight loss in 1 week time span.
4. Unable to tolerate Compazine or Reglan.

This is a Category B medication and thus appropriate for pregnancy. It has been only medication that will control her symptoms & prevent long term hospitalization with IV feedings.

L Rapp MD

**COPY**

**STATEN ISLAND UNIVERSITY HOSPITAL**
**475 SEAVIEW AVENUE**
**STATEN ISLAND, NEW YORK 10305**

NAME: ~~COSLITO~~ Coslito, LESLIE

MEDICAL RECORD NO: 0829005

DATE OF ADMISSION: 5-17-2002

**DISCHARGE SUMMARY**

DATE OF DISCHARGE: 05/20/2002

ATTENDING: LYNN B RAPP, M.D.

**HISTORY OF PRESENT ILLNESS:**
The patient was admitted with severe hyperemesis gravidarum, twin pregnancy in vitro fertilization, ovarian hyperstimulation syndrome. Leslie has a due date of 12/22/02 and was 9+ weeks pregnant with conception date being 3/31/02 with severe hyperemesis. She lost 10 pounds in the last seven days and could not eat or drink and had high ketones in the urine. The patient is a known twin pregnancy with two heart beats and large ovarian cysts. She was admitted to the hospital.

**HOSPITAL COURSE:**
Intravenous hydration, laboratory evaluation and treatment with Reglan and Zofran was done. Consultation with Nutritional Medicine was requested and done prior to discharge. Sonography was performed during the hospitalization which was consistent with dates and the ovarian hyperstimulation. The patient stopped vomiting, had normal vital signs, tolerated therapy well and was discharged home to eat a light diet and was given of Zofran 8 mg q6h and increased fluid intake and rest.

---

RAPP, LYNN B MD

DICTATED BY: LYNN B RAPP, M.D.

PMC/ls       J:20905       D: 07/15/2002       T: 07/15/2002