# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL NO. 1:15-md-2657-FDS<br>This document relates to:<br>All Actions |

## PLAINTIFFS' AND GSK'S PROPOSED AGENDA FOR
## AUGUST 14, 2019 STATUS CONFERENCE

1. Filings Update

2. State Court Update

3. Phase 5 Discovery Update

4. Update on Court's decision for FDA to submit an amicus brief

5. Update on exhibits to GSK's Renewed Motion for Summary Judgment

6. Plaintiffs' Executive Committee's Motion to Amend Order on *In Camera* Production of Documents Concerning Dr. April Zambelli-Weiner (Dkt. 1616)

7. GSK's Supplement to Its Motion to Compel Dr. Zambelli-Weiner to Produce Documents in Compliance with the Court's Prior Orders (Dkt. 1518)

8. PSC's Motion to Compel Information on GSK's Payments to Zofran Study Authors (Dkt. 1562)

9. GSK's forthcoming Emergency Motion to Quash the Parker Subpoena or, in the Alternative, for a Protective Order

10. GSK's Motion for Summary Judgment Based on Lack of General Causation Evidence (Dkt. 1526)

11. Trial scheduling

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

            /s/ *Jennifer Stonecipher Hill*
            Jennifer Stonecipher Hill