# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | **MDL No. 1:15-md-2657-FDS**  <br><br>**This document relates to:**  <br><br>**All Cases** |

## GSK'S EMERGENCY MOTION TO QUASH THE PARKER SUBPOENA, AND DEPOSITION NOTICE, OR IN THE ALTERNATIVE, <u>MOTION FOR PROTECTIVE ORDER</u>

GlaxoSmithKline LLC respectfully moves the Court to quash the subpoena and deposition of Dr. Samantha Parker due to Plaintiffs' disregard of Rule 45's notice requirements, *ex parte* discussions with counsel for the witness, and unilateral scheduling of Dr. Parker's deposition. Moreover, there is no compelling need for this deposition. In the alterative, to protect Dr. Parker from undue harassment, GSK asks the Court to enter an order admonishing Plaintiffs' counsel to adhere to this Court's rules, conduct themselves professionally, and allow the witness to fully explain her answers.

For all the reasons stated in the accompanying Memorandum in Support, GSK respectfully requests the Court grant the relief sought.

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a), the undersigned counsel states as follows. On August 8, 2019, GSK phoned counsel for Plaintiffs and requested that they withdraw the subpoena for Dr. Parker and cancel the deposition, but Plaintiffs' counsel have refused. Plaintiffs' counsel have refused to move the deposition date for Dr. Parker unless GSK will agree not to oppose the deposition. The parties have conferred in good faith to resolve this issue without success.

Dated: August 13, 2019

                                              Respectfully submitted,

*/s/ Jennifer M. Stevenson*
Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com
*Admitted pro hac vice*

*Attorneys for Defendant GlaxoSmithKline LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                        /s/ *Jennifer M. Stevenson*

                        Jennifer M. Stevenson