UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL No. 1:15-md-2657-FDS |
| THIS DOCUMENT RELATES TO: | HON. F. DENNIS SAYLOR, IV |
| ALL CASES | MOTION TO IMPOUND |

## PLAINTIFFS' MOTION TO IMPOUND

In accordance with Local Rule 7.2, Plaintiffs respectfully request the Court's permission to allow Plaintiffs to file their Response to GSK's Emergency Motion to Quash the Parker Subpoena and Deposition Notice, Or In the Alternative Motion for Protective Order, under seal. This motion is made with reference to the following facts:

1. MDL Order No. 13 (Doc. 242) governs confidential materials and requires the submitting party of confidential information to file a Motion to Impound pursuant to Local Rule 7.2 while serving and filing complete produced versions of the confidential documents.

2. Plaintiffs seek to impound their Memorandum in Response to GSK's Emergency Motion to Quash the Parker Subpoena and Deposition Notice, Or In the Alternative Motion for Protective Order.

3. Certain Exhibits originated from GSK during discovery and contain information that GSK has designated as confidential.

4. Plaintiffs seek to file these exhibits under seal to preserve requested confidentiality while using the exhibits as factual background for Plaintiffs' Response to GSK's Emergency Motion to Quash the Parker Subpoena and Deposition Notice, Or In the Alternative Motion for Protective Order. Each exhibit is necessary as context for the parties' dispute over GSK's

Emergency Motion to Quash the Parker Subpoena and Deposition Notice, Or In the Alternative Motion for Protective Order.

5. Pursuant to MDL Order No. 13, Plaintiffs request that the Court lift any impounding Order only upon further order of the Court.

6. Plaintiffs further request that the impounding Confidential Information be kept in the Clerk's non-public information file during any post-impoundment period unless the Court vacates the impounding Order.

7. In accordance with MDL Order No. 13, Plaintiffs will file a supporting Declaration with the filing of this Motion to Impound, and Plaintiffs will deliver to Court Chambers copies of the memorandum in sealed envelopes marked "FILED UNDER SEAL" along with courtesy copies of the Motion and Declaration.

Dated: August 13, 2019                                  Respectfully submitted,

/s/ *Scott Nabers*
J. Scott Nabers
TX Bar Card Number: 14769250
NABERS LAW FIRM, PLLC
3737 Buffalo Speedway, Suite 1850
Houston, TX 77098
Telephone: (713) 422-1200
Facsimile: (713) 422-1210
snabers@naberslaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiffs' Motion to Impound, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via first class mail to those identified as non-registered participants.

/s/ J. Scott Nabers
J. Scott Nabers

Dated: August 13, 2019