# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | Case No. 1:19-cv-11141 |
| This Document Relates To: | MDL No. 1:15-md-2657-FDS |
| Jane Bishop Reed, et al., | |
| Plaintiff(s), | |
| v. | |
| GlaxoSmithKline LLC, | |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Rule 41(a)(1)(A)(ii), it is hereby stipulated this 14th day of August 2019, by and between the undersigned parties, that the claims in the above-captioned actions are dismissed with prejudice against Defendant. Each party will bear its own costs.

| FOR PLAINTIFFS: | FOR GLAXOSMITHKLINE LLC: |
|---|---|
| /s/Tobias L. Millrood<br>Tobias L. Millrood<br>Pogust Millrood, LLC<br>161 Washington Street, Suite 1520<br>Eight Tower Building<br>Conshohocken, PA 19428 | /s/ Jennifer M. Stevenson<br>Madeleine M. McDonough<br>Jennifer M. Stevenson<br>Jennifer Stonecipher Hill<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>(816) 474-6550<br>mmcdonough@shb.com<br>jstevenson@shb.com<br>jshill@shb.com<br>(admitted pro hac vice) |

|  | Mark D. Seltzer (BBO # 556341)<br>Brain K. French (BBO # 637856)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 345-1000<br>mseltzer@nixonpeabody.com<br>bfrench@nixonpeabody.com |
|---|---|

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send electronic notification of such filing to all CM/ECF participants.

/s/