**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 1:15-md-2657-FDS |
| This Document Relates To: | | |
| All Actions | | |

**PLAINTIFFS' MOTION TO STRIKE EVIDENCE FROM GSK'S RENEWED MOTION FOR SUMMARY JUDGMENT BASED ON PREEMPTION**

Plaintiffs, by and through their undersigned attorneys, respectfully move this Court to enter an Order striking certain evidence that appears for the first time in GSK's Renewed Motion for Summary Judgment. GSK violation of Rule 26(a)(2) and its improper supplementation of the summary judgment record in its Renewed Motion merits preclusion of this information as it is untimely and unfairly prejudicial to Plaintiffs. In support of their Motion, Plaintiffs reference the attached Memorandum.

Respectfully submitted,

*/s/ Robert K. Jenner*
Robert K. Jenner (BBO No. 569381)
JENNER LAW, P.C.
1829 Reisterstown Road, Suite 350
Baltimore, MD 21208
410-413-2155
rjenner@jennerlawfirm.com

Tobias L. Millrood
POGUST MILLROOD LLC
8 Tower Bridge, Suite 940
Conshohocken, PA 19428
610-941-4204
tmillrood@pogustmillrood.com

Kimberly D. Barone Baden  
MOTLEY RICE LLC  
28 Bridgeside Boulevard  
Mount Pleasant, SC 29464  
843-216-9265  
kbarone@motleyrice.com

M. Elizabeth Graham  
GRANT & EISENHOFER P.A.  
123 S. Justison Street  
Wilmington, DE  19801  
302-622-7099  
egraham@gelaw.com

James D. Gotz  
HAUSFELD  
One Marina Park Drive, Suite 1410  
Boston, MA 02210  
617-207-0600  
jgotz@hausfeld.com

Dated:  August 26, 2019                              *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Robert K. Jenner, hereby certify that on this 26th day of August, 2019, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing:

*/s/ Robert K. Jenner*
Robert K. Jenner