UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
**IN RE: ZOFRAN (ONDANSETRON)**        )
**PRODUCTS LIABILITY LITIGATION**     )     Case No. 1:18-cv-10553
                                                    )
**This Document Relates To:**                 )     MDL No. 1:15-md-2657-FDS
                                                    )
**Karen Marcucci, et al.,**                       )
                                                    )
        **Plaintiff(s),**                     )
**v.**                                                 )
                                                    )
**GlaxoSmithKline LLC,**                       )
                                                    )
        **Defendant.**                        )
_____)

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Rule 41(a)(1)(A)(ii), it is hereby stipulated this 11th day of September 2019, by and between the undersigned parties, that the claims in the above-captioned actions are dismissed with prejudice against Defendant. Each party will bear its own costs.

| FOR PLAINTIFFS: | FOR GLAXOSMITHKLINE LLC: |
|---|---|
| /s/Ann E. Rice Ervin<br>Ann E. Rice Ervin<br>Kimberly D. Barone Baden<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>(843) 216-9265<br>kbarone@motleyrice.com<br>ariceervin@motleyrice.com | /s/ Jennifer M. Stevenson<br>Madeleine M. McDonough<br>Jennifer M. Stevenson<br>Jennifer Stonecipher Hill<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>(816) 474-6550<br>mmcdonough@shb.com<br>jstevenson@shb.com<br>jshill@shb.com<br>(admitted pro hac vice) |

|  | Mark D. Seltzer (BBO # 556341)<br>Brain K. French (BBO # 637856)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 345-1000<br>mseltzer@nixonpeabody.com<br>bfrench@nixonpeabody.com<br><br>George W. Vein (BBO #547411)<br>DONNELLY, CONTROY & GELHAAR LLP<br>260 Franklin Street, Suite 1600<br>Boston, MA 02110<br>(617) 720-2880<br>gwv@dcglaw.com |
|---|---|

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send electronic notification of such filing to all CM/ECF participants.

/s/ Jennifer M. Stevenson