UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL NO. 1:15-md-2657-FDS<br>This document relates to:<br>All Actions |

**PLAINTIFFS' AND GSK'S PROPOSED AGENDA FOR
<u>SEPTEMBER 18, 2019 STATUS CONFERENCE</u>**

1. Filings Update

2. State Court Update

3. Phase 5 Discovery Update

4. Argument on Plaintiffs' Motion to Strike Evidence From GSK's Renewed Motion For Summary Judgment Based On Preemption

5. Timeline for *Rodriguez* Case-Specific Dispositive and *Daubert* Motions

6. Discussion Related to Trial Preparation

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                        /s/ *Jennifer Stonecipher Hill*
                                        Jennifer Stonecipher Hill