# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Actions | MDL No. 1:15-md-2657-FDS |

### DEFENDANT GSK'S MOTION TO IMPOUND ITS MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL DR. ZAMBELLI-WEINER TO PRODUCE DOCUMENTS AND FOR LEAVE FOR SECOND DEPOSITION AND ATTACHED EXHIBITS 2 AND 15

Defendant GlaxoSmithKline LLC ("GSK") moves to impound its Memorandum in Support of Its Motion to Compel Dr. Zambelli-Weiner to Produce Documents and for Leave for Second Deposition ("Memorandum in Support") and attached Exhibits 2 and 15. GSK contemporaneously submits a Declaration in Support of this Motion. GSK will also submit a folder marked "FILED UNDER SEAL" containing the sealed document to the Court.

GSK's Memorandum in Support and Exhibits 2 and 15 discuss and contain documents and information marked confidential pursuant to the Protective Order. To preserve confidentiality, GSK hereby requests that the Court impound the documents. Pursuant to MDL Order No. 13 and Local Rule 7.2, the Court should grant GSK's Motion, and the filing should "remain under seal until further order of the Court." MDL Order No. 13 (Doc. 242) at 12. GSK will separately file a public redacted version of the Memorandum in Support.

WHEREFORE, GSK respectfully request that the Court grant its Motion to Impound.

Dated: September 26, 2019

        Respectfully submitted,

        */s/ Jennifer M. Stevenson*
        Madeleine M. McDonough
        Jennifer M. Stevenson
        Jennifer Stonecipher Hill
        SHOOK, HARDY & BACON L.L.P.
        2555 Grand Blvd.
        Kansas City, MO 64108
        Telephone: (816) 474-6550
        Facsimile: (816) 421-5547
        mmcdonough@shb.com
        jstevenson@shb.com
        jshill@shb.com
        *Admitted pro hac vice*

        Attorneys for Defendant GlaxoSmithKline LLC

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

      /s/ *Jennifer M. Stevenson*

      Jennifer M. Stevenson