# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br><br>**All Actions** | MDL No. 1:15-md-2657-FDS |

## GLAXOSMITHKLINE LLC'S MOTION TO COMPEL DR. ZAMBELLI-WEINER TO PRODUCE DOCUMENTS AND FOR LEAVE FOR SECOND DEPOSITION

    GSK moves to compel Dr. April Zambelli-Weiner to produce critical statistical coding and analysis related to her Zofran study that should exist, but which was missing from her prior production. GSK submits that Dr. Zambelli-Weiner should be ordered to produce all of the statistical coding and analyses, regardless of how those data are stored, without delay and no later than seven days from the Court's ruling on GSK's Motion. In addition, GSK seeks leave to take a supplemental deposition of Dr. Zambelli-Weiner.

    For these reasons and those set forth in GSK's Memorandum in Support filed contemporaneously with this Motion, the Court should grant GSK's Motion.

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a), the undersigned counsel certifies that counsel for GSK and counsel for Dr. Zambelli-Weiner have conferred in good faith to resolve the issues without success.

Dated: September 26, 2019

        Respectfully submitted,

        */s/ Jennifer M. Stevenson*
        Madeleine M. McDonough
        Jennifer M. Stevenson
        Jennifer Stonecipher Hill
        SHOOK, HARDY & BACON L.L.P.
        2555 Grand Blvd.
        Kansas City, MO 64108
        Telephone: (816) 474-6550
        Facsimile: (816) 421-5547
        mmcdonough@shb.com
        jstevenson@shb.com
        jshill@shb.com
        *Admitted pro hac vice*

        Attorneys for Defendant GlaxoSmithKline LLC

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

/s/ *Jennifer M. Stevenson*
Jennifer M. Stevenson