# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **IN RE: ZOFRAN (ONDANSETRON)**<br>**PRODUCTS LIABILITY LITIGATION** | MDL No. 1:15-md-2657-FDS<br><br>This document relates to: Karla Rodriguez, et al. v. GlaxoSmithKline LLC<br><br>Case No. 1:15-cv-13762 |

## PROPOSED PRETRIAL SCHEDULING ORDER

**THIS CAUSE** came before the Court, and the Court having been advised of the agreement of

Plaintiffs and Defendant for entry of this Scheduling Order, and being otherwise duly advised in

the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

    1.    The following deadlines shall apply:

| Date | Event |
|---|---|
| *Plaintiffs' Proposal:* Friday, November 22, 2019<br><br>*GSK's Proposal:* Wednesday, November 13, 2019 | **Deposition Designations:**<br><br>*Plaintiffs' Proposal:* Parties to exchange deposition designations only of those core witnesses who a party believes, in good faith, to be presented at trial by deposition, either by transcript or video. For all other witnesses who may be called at trial, the parties shall exchange deposition designations no later than 72 hours before presentation of said testimony, either by transcript or video, to be followed by any objections, counter designations and rulings from the Court.<br><br>*GSK's Proposal:* Parties to exchange deposition designations of witnesses whose testimony may be presented by deposition, either by transcript or video. The parties shall designate only testimony that they reasonably believe will be presented at trial. |

| | |
|---|---|
| Thursday, December 5, 2019 (on or before)<br><br>[Previously set for Saturday, December 7, 2019 by this Court] | **Motions in *Limine*:**  Motions in *limine* (other than those related to deposition designations) and memoranda of law must be filed.<br><br>*Plaintiffs' Proposal*: The parties shall comply with the obligation to meet and confer before the filing of any Motion in *limine*.  Each motion shall be presumptively limited to a single issue of fact or law.  If a party seeks to combine multiple issues of fact or law into a single motion, that shall be the subject of meet and confer and, if necessary, Court permission.  To the extent a Motion in *limine* is filed prior to the deadline of December 5, 2019, no responsive filing is due prior to the Opposition deadline of December 20, 2019. [Opposition deadline previously set for December 16, 2019 by this Court.]<br><br>*GSK's Proposal*: To the extent motions in *limine* are filed at least one week in advance of the deadline, the deadline for responses will be governed by Local Rule 7.1(b), unless the parties agree otherwise. The parties shall meet and confer pursuant to the local rules to determine if motions can be agreed upon before filing. |
| *Plaintiffs' Proposal*: Friday, December 13, 2019<br><br>[Previously set for Saturday, December 14, 2019 by this Court]<br><br>*GSK's Proposal*: Friday, November 15, 2019 | **Pretrial Disclosure of Parties' Exhibit List:** The parties shall disclose written lists identifying each document and exhibit that each party intends to use at trial, including any document "Bates" number, beginning and ending "Bates" number if applicable. Copies of the exhibit lists will be provided in electronic searchable form (either searchable PDF or Excel). |

2

| | |
|---|---|
| *Plaintiffs' Proposal*: Friday, December 13, 2019<br><br>[Previously set for Saturday, December 14, 2019 by this Court]<br><br>*GSK's Proposal*: Friday, November 15, 2019 | **Pretrial Disclosure of Parties' Witness List:**<br><br>*Plaintiffs' Proposal*: The parties shall disclose a list of those witnesses it will call or may call, if the need arises, at trial live and/or by video. The list shall include the name of the witness, and if in the possession of the party, the address.<br><br>*GSK's Proposal*: Pursuant to Federal Rule of Civil Procedure 26(a)(3), the parties must disclose the name, address, and specific subject matter of testimony of each parties' witnesses, including experts, separately identifying those the party (1) will call at trial, and (2) may be called to testify at trial if the need arises.<br><br>This list shall also designate if a witness will be presented by deposition and, if so, which deposition(s) transcripts will be used. |
| Friday, December 13, 2019<br><br>[Previously set for Saturday, December 14, 2019 by this Court] | **Jury Instructions, Questionnaires & Verdict Form:** Each party shall file proposed jury instructions, jury questionnaires and verdict forms. |
| Friday, December 20, 2019<br><br>[Previously set for Monday, December 16, 2019 by this Court] | **Oppositions to Motions in *Limine*:**<br><br>*Plaintiffs' Position:* All oppositions to Motions in *limine* and memoranda of law must be filed. To the extent a Motion in *limine* was filed prior to the deadline, no responsive filing is due prior to this deadline unless specifically ordered by the Court.<br><br>*GSK's Position:* Oppositions to the Motions in *limine* filed on December 5, 2019 must be filed. |
| *Plaintiffs' Proposal:* Thursday, December 19, 2019<br><br>*GSK's Proposal*: Monday, December 16, 2019 | **Objections to Deposition Designations and Counter-Designations:** The opposing party shall serve objections and/or counter designations to all or part of the depositions designated by the originally designating party |
| Monday, December 30, 2019 | **Further Objections to Deposition Designations and Counter-Designations:** The originally designating party shall serve objections and/or counter-designations. |
| Monday, January 6, 2020 | **Trial Brief:** The parties shall submit trial briefs outlining case specific issues that do not exceed 15 pages in length. |

3

| Thursday, January 9, 2020 2:00 p.m. | **Final Pretrial Conference** |
|---|---|

2.      These pretrial discovery deadlines can be either extended by Court order or written agreement of the parties. The deadlines set forth in this Order will control over any contrary deadlines in any form order setting trial issued by the Court.

5

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

/s/ *Jennifer Stonecipher Hill*
Jennifer Stonecipher Hill