UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 1:15-md-2657-FDS |
| This Document Relates To: |  |  |
| All Actions |  |  |

**PLAINTIFFS' EMERGENCY MOTION TO EXTEND TIME FOR
PLAINTIFFS' RESPONSE IN OPPOSITION TO GSK'S RENEWED
MOTION FOR SUMMARY JUDGMENT BASED ON PREEMPTION**

Plaintiffs, by and through their undersigned attorneys, respectfully move this Court to enter an Order on an emergency basis permitting Plaintiffs 14 days after the entry of this Court's order related to Plaintiffs' Motion to Strike Evidence from GSK's Renewed Motion for Summary Judgment for Plaintiffs to file a response in opposition to GSK's Renewed Motion. Currently, the deadline for Plaintiffs' response in opposition to GSK's Renewed Motion is set for this Friday, October 11, 2019. Plaintiffs understand and respect the Court's busy docket and other obligations as well as the significance of Plaintiffs' Motion to Strike on GSK's dispositive motion. Given the importance of these issues, Plaintiffs request that they be given 14 days following this Court's order on Plaintiffs' Motion to Strike to provide sufficient time for Plaintiffs to completely respond to GSK's Renewed Motion for Summary Judgment.

As this Court recognized it the August 5, 2019 telephonic hearing, "This [Motion to Strike] may be more complicated than most, and I certainly -- certainly the opposition may be quite different depending on what's in evidence and what is not or what I'm properly considering and what I'm not." Tr. Hr'g at 13:22–25 (Aug. 15, 2019).

This Court also stated, "I'm going to tentatively require plaintiffs' response to be due October 11th, and I might let that slide once I have a better view of what exactly is involved here. I could put that off a week or two or even more, but now I'm going to set it for October 11th for the filing of plaintiffs' response" *Id.* at 14:19–25.

And again at the September 18, 2019 hearing, this Court stated "I recognize that while this issue is hanging out there that you may not be quite sure what you are responding to." Tr. Hr'g at 70:21–22 (Sept. 18, 2019). Additionally, this Court stated "If you think, for whatever reason, that doesn't give you enough time, whenever I've done that, you know, I'll just take it up in due course…." *Id.* at 71:25–72:2.

Accordingly, given the importance of Plaintiffs' need to define the universe of expert opinions and facts in order to properly respond to GSK's 54-page MDL-dispositive motion, Plaintiffs respectfully request that this Court enter an order providing Plaintiffs 14 days following this Court's order on Plaintiffs' Motion to Strike to provide sufficient time for Plaintiffs to completely respond to GSK's Renewed Motion for Summary Judgment.

Respectfully submitted,

*/s/ Kimberly D. Barone Baden*
Kimberly D. Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9265
kbarone@motleyrice.com

Tobias L. Millrood
POGUST MILLROOD LLC
8 Tower Bridge, Suite 940
Conshohocken, PA  19428
610-941-4204
tmillrood@pogustmillrood.com

Robert K. Jenner (BBO No. 569381)
JENNER LAW, P.C.
1829 Reisterstown Road, Suite 350
Baltimore, MD 21208
410-413-2155
rjenner@jennerlawfirm.com

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE  19801
302-622-7099
egraham@gelaw.com

James D. Gotz
HAUSFELD
One Marina Park Drive, Suite 1410
Boston, MA 02210
617-207-0600
jgotz@hausfeld.com

Dated:  October 7, 2019

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Kimberly D. Barone Baden, hereby certify that on this 7th day of October, 2019, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing:

*/s/ Kimberly D. Barone Baden*
Kimberly D. Barone Baden