UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL No. 1:15-md-2657-FDS<br><br>This document relates to:<br><br>ALL CASES |

### GLAXOSMITHKLINE LLC'S MOTION TO COMPEL PLAINTIFFS TO PRODUCE DR. LOUIK FOR A TARGETED DEPOSITION ON HER SUPPLEMENTAL REPORT

GlaxoSmithKline LLC ("GSK") moves the Court to order Plaintiffs to produce Dr. Carol Louik, Plaintiffs' epidemiology expert, for a targeted deposition on her supplemental report. In the supplemental report, Dr. Louik analyzed new epidemiologic data and changed her key opinion on septal defects. Plaintiffs' counsel have made conflicting representations about Dr. Louik's current opinions, rendering her intended trial testimony unclear. Fairness and due process mandate a targeted deposition prior to trial.

For all the reasons stated in the accompanying Memorandum in Support, GSK respectfully moves the Court to grant GSK's motion and allow a four-hour deposition of Dr. Louik in advance of trial.

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a), the undersigned counsel states as follows. The parties have conferred in good faith to resolve this issue without success. On October 11, 2019, GSK contacted counsel for Plaintiffs and requested that they produce Dr. Carol Louik for a continued deposition. Plaintiffs' counsel have refused to make Dr. Louik available for a new deposition.

Dated: October 17, 2019

    Respectfully submitted,

*/s/ Jennifer M. Stevenson*
Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com
*Admitted pro hac vice*

*Attorneys for Defendant GlaxoSmithKline LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                               /s/ *Jennifer M. Stevenson*
                                               Jennifer M. Stevenson