# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: All Actions | MDL No. 1:15-md-2657-FDS |

## DEFENDANT GLAXOSMITHKLINE LLC'S
## DECLARATION IN SUPPORT OF ITS MOTION TO IMPOUND

Pursuant to MDL Order No. 13 (see Doc. 242, at 11) and in support of its Motion to Impound Reply Memorandum in Further Support of Its Motion to Compel Dr. Zambelli-Weiner to Produce Documents and for Leave for Second Deposition, GlaxoSmithKline LLC ("GSK") submits this declaration and states as follows:

1) GSK, as the "submitting party," seeks the Court's leave to impound its Reply Memorandum in Further Support of Its Motion to Compel Dr. Zambelli-Weiner to Produce Documents and for Leave for Second Deposition and attached exhibits.

2) The Court has entered an Order governing the procedure for impounding confidential information in this MDL. This declaration complies with the procedure required under the Order and the guidance offered at the November 10, 2016, status conference. *Se*e MDL Order No. 13 (Doc. 242), at 11; Nov. 10, 2016, Status Conf. Tr. at 32:8–10.

3) The Reply Memorandum in Further Support and attached exhibits contain and discuss information marked confidential pursuant to the protective order. To preserve the confidentiality of the information, GSK requests that they be impounded.

4)       GSK is the "designating party" in that GSK designates the Reply Memorandum in Further Support and attached exhibits as confidential.

5)       A true and correct copy of the Reply Memorandum in Further Support and attached exhibits will be submitted to the Court and marked "FILED UNDER SEAL."

6)       GSK hereby requests that the Reply Memorandum in Further Support and attached exhibits "shall remain under seal until further order of the Court." MDL Order No. 13 (Doc. 242, at 12). GSK further requests that the impounded confidential information be kept in the Clerk's non-public information file during any post-impoundment period unless the Court vacates the impounding order.

Dated: October 24, 2019

                                                  Respectfully submitted,

*/s/ Jennifer Stonecipher Hill*
Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com
*Admitted pro hac vice*

Attorneys for Defendant GlaxoSmithKline LLC

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                  /s/ *Jennifer Stonecipher Hill*
                                  Jennifer Stonecipher Hill