# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 1:15-md-2657-FDS |
| THIS DOCUMENT RELATES TO: ALL CASES ) ) ) ) ) |  |

### PLAINTIFFS' EMERGENCY MOTION FOR A TWO DAY EXTENSION TO FILE OPPOSITION TO GSK'S MOTION FOR LEAVE TO FILE AN AMENDED RENEWED MOTION FOR SUMMARY JUDGEMENT BASED ON FEDERAL PREEMPTION AND STATEMENT OF UNDISPUTED MATERIAL FACTS

On October 11, 2019, GSK filed a Motion for leave to file an Amended Renewed Motion for Summary Judgement based on Federal Preemption and Statement of Undisputed Material Facts. At the status conference on October 15, 2019, Plaintiffs were given until today, October 25, 2019 to file an opposition to the Motion. Plaintiffs' counsel, including core members of the leadership, are currently preparing oppositions to motions for summary judgement, and *Daubert* motions in the *Rodriguez* matter. Plaintiffs therefore are requesting a brief two day extension, or until October 29, 2019, to respond to the Motion for Leave [Doc 1681].

GSK will not be prejudiced by this extension because Plaintiffs have previewed the opposition in their memorandum in opposition to GSK's renewed Motions for Summary Judgment on preemption. GSK opposes this request.

Dated:  October 25, 2019            Respectfully submitted,

*/s/ Tobias L. Millrood*
Tobias L. Millrood
POGUST MILLROOD LLC
8 Tower Bridge, Suite 940
Conshohocken, PA  19428

610-941-4204

M. Elizabeth Graham
Thomas V. Ayala
Tudor Farcas
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE 19801
302-662-7063

Kimberly D. Barone Baden
Roger M. Young, Jr.
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9265

Robert K. Jenner, Esquire (BBO No. 569381)
JENNER LAW, P.C.
1829 Reisterstown Road
Suite 350
Baltimore, Maryland 21208
410-413-2155

James D. Gotz
Steven R. Rotman
HAUSFELD
One Marina Park Drive, Suite 1410
Boston, MA 02210
617-207-0600

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Tobias L. Millrood, hereby certify that on this 25th day of October, 2019, I electronically filed the foregoing Emergency Motion for Extension, using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ *Tobias L. Millrood*
Tobias L. Millrood