UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL NO. 1:15-md-2657-FDS<br>This document relates to:<br>All Actions |

**GSK'S EMERGENCY MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF THE PAGE LIMIT IN FURTHER SUPPORT OF ITS RENEWED MOTION FOR SUMMARY JUDGMENT BASED ON FEDERAL PREEMPTION**

GSK respectfully moves for leave to exceed the twenty-page limitation for its Reply in Further Support of Its Renewed Motion for Summary Judgment Based on Federal Preemption, which is due tomorrow. Good cause exists for extending the page limit and allowing GSK 30 pages for its reply brief. GSK's reply brief will respond to arguments and factual assertions made by Plaintiffs in their 42-page opposition to GSK's motion,[1] which the Court will need to consider and resolve under *Merck Sharp & Dohme Corp. v. Albrecht*. To allow an adequate discussion of the facts and law at issue in Plaintiffs' opposition, GSK requests that the Court grant it leave to file a reply brief of no more than 30 pages.

Dated: October 28, 2019

---

[1] GSK consented to Plaintiffs' motion for leave for an extension of 50 pages on their opposition to GSK's motion. The Court granted the requested page extension. *See* ECF No. 1695.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for the parties have met and conferred in a good faith effort to narrow the issues of dispute without success.

Respectfully submitted,

 */s/ Jennifer Stonecipher Hill*
Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com
*Admitted pro hac vice*

Attorneys for Defendant GlaxoSmithKline LLC

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                                 /s/ *Jennifer Stonecipher Hill*
                                                 Jennifer Stonecipher Hill