UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE: ZOFRAN® (ONDANSETRON)** | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | MDL No. 1:15-md-2657-FDS |
| | ) | |
| **This Document Relates To:** | ) | Judge F. Dennis Saylor, IV |
| | ) | |
| All Actions | ) | |
| | ) | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANT'S EMERGENCY MOTION FOR LEAVE TO FILE REPLY BRIEF
IN EXCESS OF THE PAGE LIMIIT IN FURTHER SUPPORT OF ITS RENEWED
MOTION FOR SUMMARY JUDGEMENT
<u>BASED ON FEDERAL PREEMPTION</u>**

The Defendant's Emergency Motion for Leave to file a 30 page preemption reply brief – ten pages beyond the allowable limit – exceeds any concept of reasonableness under the circumstances.

*First*, GSK submitted 50 pages of Motion/Memorandum briefing (Dkts. 1594, 1595); another 54 page Statement of Material Facts (Dkt. 1594-1); and 143 Exhibits numbering in the thousands of pages (Dkt. 1594-2, Declaration of J. Hill). It defies credulity to think that GSK has any more to say on the subject matter that has not already been said countless times before, both in this motion and in prior ones addressing federal preemption.

*Second*, a Reply brief is just that – a reply. It is not intended to be a full recantation of the original motion or of every thought a party has on the subject. It is not a platform to regurgitate matters that have been covered time and again in prior briefing. Indeed, it is not lost on counsel that the Local Rules of this District do not even permit the filing of a Reply brief absent court approval. Local Rule D. Mass. 7.1(b)(3).

*Finally*, to the extent that this Court does permit any enlargement of the 20 page limitation, Plaintiff would request that any such Order limit GSK's brief to *true* reply briefing, addressing specific newly articulated matters in Plaintiffs' Opposition, and that GSK not be permitted to use the reply brief as a vehicle to restate previously articulated grounds.

Respectfully submitted,

*/s/ Robert K. Jenner*
Robert K. Jenner (BBO No. 569381)
JENNER LAW, P.C.
1829 Reisterstown Road, Suite 350
Baltimore, MD 21208
410-413-2155
rjenner@jennerlawfirm.com

Tobias L. Millrood
POGUST MILLROOD LLC
8 Tower Bridge, Suite 940
Conshohocken, PA  19428
610-941-4204
tmillrood@pogustmillrood.com

Kimberly D. Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9265
kbarone@motleyrice.com

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE  19801
302-622-7099
egraham@gelaw.com

3

                                                       James D. Gotz
HAUSFELD
One Marina Park Drive, Suite 1410
Boston, MA 02210
617-207-0600
jgotz@hausfeld.com

Dated: October 28, 2019                          *Attorneys for Plaintiffs*