UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE : ZOFRAN® (ONDANSETRON)
PRODUCTS LIABILITY LITIGATION

MDL No. 1:15-md-2657-FDS

This document relates to: All Actions

**DEFENDANT GLAXOSMITHKLINE LLC'S MOTION TO IMPOUND ITS REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS RENEWED MOTION FOR SUMMARY JUDGMENT BASED ON FEDERAL PREEMPTION**

GlaxoSmithKline LLC ("GSK") moves to impound its Reply Memorandum in Further Support of Its Renewed Motion for Summary Judgment Based on Federal Preemption ("Reply Memorandum" and the attached Response to Plaintiffs' Counterstatement of Material Facts and exhibits ("Attachments"). GSK contemporaneously submits a Declaration in Support of this Motion. GSK will submit the sealed document to the Court marked "FILED UNDER SEAL."

The Reply Memorandum and Attachments discuss and contain documents and information marked confidential pursuant to the protective order. To preserve confidentiality, GSK hereby requests that the Court impound the documents. Pursuant to MDL Order No. 13 and Local Rule 7.2, the Court should grant GSK's Motion, and the filing should "remain under seal until further order of the Court." MDL Order No. 13 (Doc. 242), at 12. GSK will separately file a public redacted version of the Reply Memorandum.

WHEREFORE, GSK respectfully requests that this Court grant its Motion to Impound.

Dated: October 29, 2019

        Respectfully submitted,

        */s/ Jennifer Stonecipher Hill*
        Madeleine M. McDonough
        Jennifer M. Stevenson
        Jennifer Stonecipher Hill
        SHOOK, HARDY & BACON L.L.P.
        2555 Grand Blvd.
        Kansas City, MO 64108
        Telephone: (816) 474-6550
        Facsimile: (816) 421-5547
        mmcdonough@shb.com
        jstevenson@shb.com
        jshill@shb.com
        *Admitted pro hac vice*

        Attorneys for Defendant GlaxoSmithKline LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

/s/ *Jennifer Stonecipher Hill*
Jennifer Stonecipher Hill