# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL NO. 1:15-md-2657-FDS<br>This document relates to:<br>All Actions |

## NOTICE OF FILING

GlaxoSmithKline LLC (GSK) hereby provides notice of the filing of a Citizen Petition regarding Zofran by GlaxoSmithKline. The Citizen Petition was electronically filed with the United States Food and Drug Administration on November 1, 2019. True and accurate copies of the Citizen Petition and the Index of the accompanying Appendix are attached as Exhibits A and B.

Notice is hereby given that the exhibits in the Appendix to the Citizen Petition will be manually filed with the Court and will be available in paper form only. The original documents will be maintained in the case file in the Clerk's office.

Dated: November 1, 2019

                        Respectfully submitted,

                        */s/ Jennifer Stonecipher Hill*
                        Madeleine M. McDonough
                        Jennifer M. Stevenson
                        Jennifer Stonecipher Hill
                        SHOOK, HARDY & BACON L.L.P.
                        2555 Grand Blvd.
                        Kansas City, MO 64108
                        Telephone: (816) 474-6550
                        Facsimile: (816) 421-5547
                        mmcdonough@shb.com
                        jstevenson@shb.com
                        jshill@shb.com
                        *Admitted pro hac vice*

                        Attorneys for Defendant GlaxoSmithKline LLC

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                                /s/ *Jennifer Stonecipher Hill*
                                                Jennifer Stonecipher Hill