# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL No. 1:15-md-02657-FDS |

## AFFIDAVIT OF APRIL ZAMBELLI-WEINER, PH.D. REGARDING RESPONSES TO DOCUMENT REQUESTS

I, APRIL ZAMBELLI-WEINER, PH.D, do state and declare:

a. I am over the age of eighteen and competent to testify to the matters contained in this affidavit.

b. This affidavit is made based on my personal knowledge.

c. Per the Court's ruling on Defendant GSK's Motion to Compel, I hereby submit the following:

1. As for Document Request No. 2(c) of GSK's Amended Notice of Videotaped Deposition, all documents responsive to this Request have been produced and identified as AZW 013-016.

2. Documents AZW 013-016 are the "codes" I refer to in my deposition as being on my company's server.

3. As for Document Request No. 2(d) of GSK's Amended Notice of Videotaped Deposition (and Document Request No. 3 of GSK's Notice of Continued Videotaped Deposition), I am not in possession of any documents responsive to this Request other than what has already been produced.

4. When the Stata output was generated for the study as published in

1

*Reproductive Toxicology*, to the best of my recollection the results were copied and pasted into manuscript tables in real time. To my knowledge the Stata output was not printed out or saved electronically in any additional format.

I SOLEMNLY AFFIRM under the penalties of perjury and upon personal knowledge that the statements herein are true and correct to the best of my knowledge, information and belief.

Executed this ___6th___ day of November, 2019.

_____
April Zambelli-Weiner, Ph.D.