# Exhibit B

```
 1                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
 2

 3

 4   IN RE:  ZOFRAN (Ondansetron)      )  MDL No. 15-02657-FDS
     PRODUCTS LIABILITY LITIGATION     )
 5                                     )
                                       )
 6                                     )
                                       )
 7                                     )
                                       )
 8                                     )

 9

10   BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV

11

12                         MOTION HEARING

13

14
         John Joseph Moakley United States Courthouse
15                      Courtroom No. 2
                        1 Courthouse Way
16                      Boston, MA 02210

17
                        October 25, 2019
18                        11:30 a.m.

19

20

21

22

23           Valerie A. O'Hara, FCRR, RPR
                  Official Court Reporter
24       John Joseph Moakley United States Courthouse
               1 Courthouse Way, Room 3204
25                   Boston, MA 02210
              E-mail: vaohara@gmail.com
```

```
 1      rather recreating something that was created in the past from
 2      information that exists again on the server.
 3              She herself testified, whether it's true or not, she
 4      said so, that it could be created with not very much effort and
 5      with the click of a button.  It strikes me as odd that this
 6      information was not preserved.  I think certainly from what's
 7      been presented to me that it would have been good or
 8      appropriate practice to preserve it, but, in any event, I think
 9      it's appropriate to require her to click that button.
10              To be more precise, I'm going to require or grant the
11      motion to compel the documents as requested in the notice of
12      deposition duces tecum, 2C, 2D, that's in the January 2nd, 2019
13      request and then request 3 in the February 8th request, which I
14      think covers what we're talking about here.
15              If those documents are not produced in full because
16      they don't exist or don't exist in part or whatever the
17      relevant response is, I'm going to require Dr. Zambelli-Weiner
18      to create a statement under oath explaining the circumstances,
19      that is, why they were not produced.
20              As for the deposition, again, this is a very unusual
21      set of circumstances the way all of this has played out.
22      Normally, I certainly agree with the cases that say if you rush
23      into a deposition while there's an outstanding document
24      dispute, you take your chances.  This, I think, is different,
25      given the history of how we got here.
```