# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL No. 1:15-md-02657-FDS<br><br>This document relates to:<br><br>All Actions |

## APRIL ZAMBELLI-WEINER, PH.D.'S CONSENT
## MOTION FOR ADDITIONAL EXTENSION OF DEADLINE

Non-Party April Zambelli-Weiner, Ph.D., by and through her undersigned counsel, Eric W. Gunderson and Davis, Agnor, Rapaport & Skalny, LLC, respectfully requests that the Court grant her an additional brief extension of the deadline set for her to submit a supplemental affidavit. In support, Dr. Zambelli-Weiner states:

1. This Court granted Dr. Zambelli-Weiner's request to extend the deadline for her to provide a supplemental affidavit to Friday, November 22, 2019.

2. Unfortunately, due to additional family medical issues that have come up on top of those that she has been previously dealing with, Dr. Zambelli-Weiner is unable to meet this deadline.

3. Accordingly, she respectfully requests that the court allow for an additional brief extension of this deadline to Tuesday, November 26, 2019.

4. Undersigned counsel has consulted with counsel for GSK concerning this request for an additional extension, and GSK's counsel has consented to extending the deadline as requested.

5. Upon request, Dr. Zambelli-Weiner can provide the Court for its *in camera* review further details concerning her family medical issues.

WHEREFORE, for good cause shown, and in light of GSK's consent thereto, Dr. Zambelli-Weiner respectfully requests that the deadline for filing her supplemental affidavit be extended to Tuesday, November 26, 2019.

Respectfully Submitted,

DAVIS, AGNOR, RAPAPORT & SKALNY, LLC

/s/ Eric W. Gunderson
Eric W. Gunderson [Pro Hac Vice]
10211 Wincopin Circle, Suite 600
Columbia, Maryland  21044
410-995-5800 / 410-309-6161 Fax
E-mail: egunderson@darslaw.com
*Counsel for Non-Party April Zambelli-Weiner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November, 2019, this document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated on the NEF as non-registered participants on October 8, 2019.

/s/ Eric W. Gunderson
Eric W. Gunderson