# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL NO. 1:15-md-2657-FDS<br>This document relates to:<br>All Actions |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that public redacted copies of the exhibits to GlaxoSmithKline LLC's Renewed Motion for Summary Judgment Based on Federal Preemption (ECF No. 1594) are being manually filed with the Court and will be available in paper form only. The original documents are maintained in the case file in the Clerk's Office.

Dated: November 21, 2019

                                            Respectfully submitted,

                                            */s/ Jennifer Stonecipher Hill*
                                            Madeleine M. McDonough
                                            Jennifer M. Stevenson
                                            Jennifer Stonecipher Hill
                                            SHOOK, HARDY & BACON L.L.P.
                                            2555 Grand Blvd.
                                            Kansas City, MO 64108
                                            Telephone: (816) 474-6550
                                            Facsimile: (816) 421-5547
                                            mmcdonough@shb.com
                                            jstevenson@shb.com
                                            jshill@shb.com
                                            *Admitted pro hac vice*

                                            Attorneys for Defendant GlaxoSmithKline LLC

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                             /s/ *Jennifer Stonecipher Hill*
                                             Jennifer Stonecipher Hill