UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL NO. 1:15-md-2657-FDS<br>This document relates to:<br>All Actions |

**AMENDED DECLARATION OF JENNIFER STONECIPHER HILL IN SUPPORT OF GLAXOSMITHKLINE LLC'S RENEWED MOTION FOR SUMMARY JUDGMENT BASED ON FEDERAL PREEMPTION**

1. I am an attorney admitted to practice in the State of Missouri and admitted *pro hac vice* to practice before the United States District Court for the District of Massachusetts in the above-referenced action. I am a partner in the law firm of Shook, Hardy & Bacon LLP, and I am counsel of record for defendant GlaxoSmithKline LLC ("GSK") in this matter. I have personal knowledge of the facts set forth below, and to the extent any statement is based on information and belief, I believe it to be true.

2. This is an amended declaration offered in support of GSK's Renewed Motion for Summary Judgment Based on Federal Preemption (ECF No. 1594).

3. Attached to this amended declaration is an Index of Exhibits in Support of GSK's Renewed Motion for Summary Judgment Based on Federal Preemption.

4. The Index identifies Exhibits 1-143. Corrections to the original Index, filed as ECF No. 1594-2, are noted in red.

5. True and correct copies are being manually filed with the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 21, 2019

                        Respectfully submitted,

                        */s/ Jennifer Stonecipher Hill*
                        Madeleine M. McDonough
                        Jennifer M. Stevenson
                        Jennifer Stonecipher Hill
                        SHOOK, HARDY & BACON L.L.P.
                        2555 Grand Blvd.
                        Kansas City, MO 64108
                        Telephone: (816) 474-6550
                        Facsimile: (816) 421-5547
                        mmcdonough@shb.com
                        jstevenson@shb.com
                        jshill@shb.com
                        *Admitted pro hac vice*

                        Attorneys for Defendant GlaxoSmithKline LLC

**Exhibits to GSK's Renewed Motion for Summary Judgment Based on Federal Preemption.**

| Ex. # | Exhibit Description |
|---|---|
| 1 | Exhibit number intentionally omitted. |
| 2 | July 17, 2019 Declaration of Luise Rogg, M.D., Ph.D. |
| 3 | Exhibit number intentionally omitted. |
| 4 | Exhibit number intentionally omitted. |
| 5 | Excerpts from the October 26, 2018 Deposition of Ra-id Abdulla, M.D. |
| 6 | Excerpts from the October 24, 2017 Deposition of Roya Behbahani, PharmD |
| 7 | Excerpts from the October 12, 2018 Deposition of Bengt Danielsson, M.D., Ph.D. |
| 8 | Excerpts from the December 11, 2018 Deposition of Brian E. Harvey, M.D., Ph.D. |
| 9 | Excerpts from the October 17, 2017 Deposition of Karol LaCroix |
| 10 | Excerpts from the October 18, 2018 Deposition of Carol Louik, Sc.D |
| 11 | Excerpts from the June 28, 2017 Deposition of Derek Newall |
| 12 | Excerpts from the September 25, 2018 Deposition of Thomas W. Sadler, Ph.D. |
| 13 | Excerpts from the March 28, 2018 Deposition of Patrick J. Wier, Ph.D. |
| 14 | July 5, 2018 Expert Report of Bengt Danielsson Danielsson MD, Ph.D. |
| 15 | August 27, 2018 Supplemental and Rebuttal Expert Report of Bengt Danielsson MD, Ph.D. |
| 16 | September 26, 2018 Declaration and Expert Report of Brian E. Harvey, M.D., Ph.D. |
| 17 | September 21, 2018 Regulatory Expert Report of Dena R. Hixon, M.D. |
| 18 | Excerpts from Transcript of July 10, 2019 Status Conference in *In re Zofran*, MDL No. 15-02657-FDS |
| 19 | FDA's approval letter for Zofran® New Drug Application ("NDA") 20-007, dated January 4, 1991, beginning Bates number ZOFNDAA0059829. |
| 20 | FDA's letter to GSK on January 21, 1992 requiring changes to the Pregnancy Category B labeling language, beginning Bates number ZOFNDAA0090691. |
| 21 | Labeling for intravenous Zofran® approved by FDA in November 2012 (available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/020007s043lbl.pdf). |
| 22 | FDA's approval letter for Zofran® NDA 20-103, dated December 31, 1992, beginning Bates number ZOFNDAB0059212. |
| 23 | FDA's approval letter for Zofran® NDA 20-403, dated January 31, 1995, beginning Bates number ZOFNDAA0107897. |
| 24 | FDA's approval letter for Zofran® NDA 20-605, dated January 24, 1997, beginning Bates number ZOFNDAD0001667. |
| 25 | FDA's approval letter for Zofran® NDA 20-781, dated January 27, 1999, beginning Bates number ZOFNDAE0005517. |
| 26 | December 17, 2010 letter from FDA's Donna Greibel to GSK's Eric Richards, beginning Bates number ZOFNDAA0182860. |
| 27 | GSK's April 15, 2011 "Global Clinical Safety and Pharmacovigilance Safety Evaluation and Risk Management Report" assessing the strengths and limitations of the data on use of ondansetron during pregnancy and lactation, beginning Bates number ZOFNDAA0184304. |

| | |
|---|---|
| 28 | Email from GSK's Amy Ebel stating that there is no record of FDA having sought additional information or challenging GSK's ultimate conclusion in its 2011 Zofran® pregnancy safety assessment that changes to the Zofran® label were not warranted, beginning Bates number ZFN00096514. |
| 29 | Citizen Petition submitted to FDA by James P. Reichmann on January 3, 2013 (available at https://www.regulations.gov/contentStreamer?documentID=FDA-2013-P-0048-0001&attachmentNumber=2&contentType=pdf). |
| 30 | September 14, 2015 Comment from Simerpal Gill to James P. Reichmann Citizen Petition (available at https://www.regulations.gov/document?D=FDA-2013-P-0048-0006). |
| 31 | Docket for James P. Reichmann Citizen Petition, Docket ID FDA-2013-P-0048 (available at https://www.regulations.gov/docket?D=FDA-2013-P-0048). |
| 32 | FDA's Citizen Petition denial response letter provided to James P. Reichmann, dated October 27, 2015 (available at https://www.regulations.gov/contentStreamer?documentID=FDA-2013-P-0048-0009&attachmentNumber=2&contentType-pdf). |
| 33 | Upon information and belief, proposed amended Zofran® Pregnancy Lactation Labeling Rule ("PLLR") labeling submitted by Novartis to FDA on September 22, 2015, beginning Bates number NPCZOFR00002076. |
| 34 | Upon information and belief, September 16, 2015 "Clinical Overview[:] Rationale for changes to US Prescribing Information - Pregnancy section and alignment with PLLR format," summarizing the data that Novartis believed was sufficient to support changes to the Zofran® pregnancy labeling, beginning Bates number NPCZOFR00002270. [FILED UNDER SEAL] |
| 35 | Upon information and belief, FDA's revisions to Novartis's proposed PLLR labeling, dated November 9, 2015, beginning Bates number NPCZOFR00003937. |
| 36 | Upon information and belief, Novartis's second proposed Zofran® PLLR labeling, submitted on December 30, 2015, in response to FDA's November 2015 revisions, beginning Bates number NPCZOFR00003895. |
| 37 | Upon information and belief, FDA's response to Novartis's second proposed labeling changes, dated April 16, 2016, beginning Bates number NPCZOFR00004043. |
| 38 | Upon information and belief, Novartis's third proposed Zofran® PLLR labeling, dated May 9, 2016, beginning Bates number NPCZOFR00004406. |
| 39 | Upon information and belief, FDA's response to Novartis's third proposed PLLR labeling, dated June 14, 2016, beginning Bates number NPCZOFR00004442. |
| 40 | Zofran® ODT PLLR labeling approved by FDA on November 9, 2016 (available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/020103s035_020605s019_020781s019lbl.pdf). |
| 41 | Current labeling for Zofran®. |
| 42 | FDA March 2001 "Guidance for Industry[:] Postmarketing Safety Reporting for Human Drug and Biological Products Including Vaccines" (Draft Guidance). |
| 43 | FDA August 2002 "Guidance for Industry[:] Establishing Pregnancy Exposure Registries." |
| 44 | FDA March 2005 "Guidance for Industry[:] Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment." |

| | |
|---|---|
| 45 | FDA April 2005 "Reviewer Guidance[:] Evaluating the Risks of Drug Exposure in Human Pregnancies." |
| 46 | FDA September 2011 "Guidance for Industry[:] Reproductive and Developmental Toxicities - Integrating Study Results to Assess Concerns." |
| 47 | FDA Manual of Policies and Procedures, Center for Drug Evaluation and Research (CDER), "Tracking of Significant Safety issues in Marketed Drugs -- Use of the DARRTS Tracked Safety Issues" (Rev. 2011). |
| 48 | FDA December 2014 "Pregnancy, Lactation, and Reproductive Potential:  Labeling for Human Prescription Drug and Biological Products - Content and Format[:] Guidance for Industry" (Draft Guidance). |
| 49 | Centers for Disease Control and Prevention, Data & Statistics on Birth Defects (2018). |
| 50 | FDA's "Questions and Answers on FDA's Adverse Event Reporting System (FAERS)" (available at https://www.fda.gov/drugs/surveillance/fda-adverse-event-reporting-system-faers). |
| 51 | International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Huse ("ICH"), September 1994 "Guideline for Industry[:] Detection of Toxicity to Reproduction for Medicinal Products." |
| 52 | FDA July 2017 "Draft ICH Harmonised Guidance[:] Detection of Toxicity to Reproduction for Human Pharmaceuticals[,] S5(R3)." |
| 53 | EUROCAT Guide 1.2, dated January 2002, "Instructions for the Registration of Congenital Anomalies." |
| 54 | EUROCAT Guide 1.3 and reference documents, dated September 2005, "Instructions for the Registration and Surveillance of Congenital Anomalies." |
| 55 | EUROCAT Guide 1.4 and Reference Documents, dated 2013, "european surveillance of congenital anomalies." |
| 56 | Metropolitan Atlanta Congenital Defects Program ("MACDP") June 2004 "Birth Defects and Genetic Diseases Branch 6-Digit Code." |
| 57 | MACDP's "CDC/BPA 6-Digit Code for Congenital Anomalies, Updated 2018" |
| 58 | FDA Pharmacology Review for NDA 20-007, dated May 18, 1990. |
| 59 | FDA Pharmacology Review for NDA 20-781, dated September 11, 1997. |
| 60 | GSK's April 15, 2011 "Global Clinical Safety and Pharmacovigilance Safety Evaluation and Risk Management Report" assessing the strengths and limitations of the data on use of ondansetron during pregnancy and lactation, beginning Bates number ZFN00101116. |
| 61 | GSK's October 2015 "Global Clinical Safety and Pharmacovigilance, Safety Evaluation and Risk Management, Ondansetron:  Use in pregnancy," beginning Bates number ZFN00482129. |
| 62 | Abrahamsson et al., *Induction of rhythm abnormalities in the fetal rat heart. A tentative mechanism for the embryotoxic effect of the class III antiarrhythmic agent almokalant*, Cardiovasc Res. 28(3):337-344 (1994). |
| 63 | AE Kidgell et al., *Antiemetic control: 5-HT3 antagonists: Review of clinical results, with particular emphasis on ondansetron* , 17 Cancer Treatment Reviews 311-17 (1990). |
| 64 | Beltrame & Mazue, *Reproductive toxicology guidelines: comparison and application* ,  Ann 1st Super Sanita. 29(1):3-14 (1993). |

| | |
|---|---|
| 65 | Beyer et al., *ILSI/HESI Maternal Toxicity Workshop Summary: Maternal Toxicity and Its Impact on Study Design and Data Interpretation*, Birth Defects Research (Part B) 92:36-51 (2011). |
| 66 | Danielsson et al., *Embryonic Cardiac Arrhythmia and Generation of Reactive Oxygen Species: Common Teratogenic Mechanism for IKr Blocking Drugs*, Reproductive Toxicology 24:42-56 (2007). |
| 67 | Upon information and belief, the version of Danielsson et al. (2007) submitted by Novartis to FDA, beginning Bates number NPCZOFR00002239. |
| 68 | Danielsson et al., *Use of ondansetron during pregnancy and congenital malformations in the infant*, Reproductive Toxicology 50: 134-137 (2014). |
| 69 | Upon information and belief, the version of Danielsson et al. (2014) submitted by Novartis to FDA, beginning Bates number NPCZOFR00002254. |
| 70 | Diav-Citrin et al., *The Safety of Mesalmine in Human Pregnancy: A Prospective Controlled Cohort Study*, Gastroenterology, 114:23 -28 (1998). |
| 71 | Ding, D., et al., *The EDKB: an established knowledge base for endocrine disrupting chemicals*, BMC Bioinformatics, 11 (Suppl 6):S5 (2010). |
| 72 | Edmondson et al., *Laryngomalacia: The role of gender and ethnicity*, International Journal of Pediatric Otorhinolaryngology 75:1562 -1564 (2011). |
| 73 | Einarson, et al., *The safety of ondansetron for nausea and vomiting of pregnancy: a prospective comparative study*, Br. J. Obstet. Gynaecol. 111:940-943 (2004). |
| 74 | Fonger, G., et al., *TOXNET: A computerized collection of toxicological and environmental health information*, Toxicology and Indus. Health 16:4-6 (2000). |
| 75 | Jiang-Hong Ye et al., *Ondansetron: A Selective 5-HT3 Receptor Antagonist and Its Applications in CNS-Related Disorders*, 7 CNS Drug Reviews 199-213 (2001). |
| 76 | Kuryshev et al., *Interactions of the 5-Hydroxytryptamine 3 Antagonist Class of Antiemetic Drugs with Human Cardiac Ion Channels*, Journal of Pharmacology and Experimental Therapeutics, 295:614-620 (2000), which, upon information and belief, was submitted by Novartis to FDA, beginning Bates number NPCZOFR00002356. |
| 77 | Marks & Terry, *Developmental Toxicity of Ibutilide Fumarate in Fats After Oral Administration*, Teratology 54:157-164 (1996). |
| 78 | McCauley et al., *Safety and Efficacy of Ondansetron Therapy for Nausea and Vomiting of Pregnancy* [Abstract], 2002 Obstet. Gynecol. 99(4):24S. |
| 79 | Midgett et al., *Congenital heart malformations induced by hemodynamic altering surgical interventions*, Frontiers in Physiology, Vol. 5, Article 287 (August 2014), which, upon information and belief, was submitted by Novartis to FDA, beginning Bates number NPCZOFR00002364. |
| 80 | Morita et al., *Spontaneous Malformations in Laboratory Animals: Frequency of External, internal and Skeletal Malformations in Rats, Rabbits and Mice,* Cong Anom., 27:147-206 (1987). |
| 81 | Pasternak et al., *Ondansetron in Pregnancy and Risk of Adverse Fetal Outcomes*, 368 New Englamd J. Med. 814 (2013). |
| 82 | Rasmussen et al., *Guidelines for Case Classification for the National Birth Defects Prevention Study*, Birth Defects Research (Part A) 67: 193-201 (2003). |

| | |
|---|---|
| 83 | Siu et al., *Placental Transfer of Ondansetron during Early Human Pregnancy*, Clin. Pharmacokinet. 45(4) 419-423 (2006), which, upon information and belief, was submitted by Novartis to FDA, beginning Bates number NPCZOFR00002451. |
| 84 | Slaughter et al., *FDA Approval of Doxylamine-Pyridoxine Therapy for Use in Pregnancy*, 370 New England J. Med. 1081 (2014). |
| 85 | Wierwille L., *Pediatric heart murmurs[:] Evaluation and management in primary care*, The Nurse Practitioner 36(3):22-29 (2011). |
| 86 | Zuo et al., *Integration of Modeling and Simulation to Support Changes to Ondansetron Dosing Following a Randomized, Double-Blind, Placebo-, and Active-Controlled Thorough QT Study*, J. Clin. Pharmacology 54(11):1221-1229 (2014), which, upon information and belief, was submitted by Novartis to FDA, beginning Bates number NPCZOFR00002490. |
| 87 | Results of July 12, 2019 Search of GSK's internal safety database for events reporting larygnomalacia in an infant exposed *in utero* to Zofran®. |
| 88 | Upon information and belief, 1998 CDER Review and Evaluation of Pharmacology and Toxicology Data for NDA 20-895 (Viagra® Tablets). |
| 89 | Excerpt from Physicians' Desk Reference, 46th Ed. (1992), pages 1069-1071. |
| 90 | Online copy of the English language abstract for Japanese study report 100424, published in Ohta et al., *Reproduction study (seg II) of ondansetron hydrochloride in rats by intravenous route*, 20 Yakuri To Chiryo 155 174 (1992) (available at https://toxnet.nlm.nih.gov). GSK reported the study by title and study number to FDA in its December 23, 1993, Annual Report for Zofran® IND27351. |
| 91 | Copy of online reference to Japanese study report 100441, published in Ezaki et al., *Reproduction study (seg II) of ondansetron hydrochloride in rabbits by oral route*, 20 Yakuri To Chiryo 197-206 (1992) (available at https://toxnet.nlm.nih.gov). GSK reported the study by title and study number to FDA in its December 23, 1993, Annual Report for Zofran® IND 27351. |
| 92 | Correspondence from FDA's Heather Buck to GSK's Linda Rebar regarding "Zofran Oral PLR [Physician Labeling Rule] - FDA Revisions" (October 29, 2014), beginning Bates number ZFN00352064. |
| 93 | Attachment to October 29, 2014 Correspondence from FDA's Heather Buck to GSK's Linda Rebar: FDA's revisions to GSK proposed PLR (Physician Labeling Rule) labeling, beginning Bates number ZFN00352065. |
| 94 | Correspondence from GSK's Linda Rebar to FDA's Heather Buck attaching draft Zofran® labeling in response to FDA's October 29, 2014 revisions, beginning Bates number ZOFNDAB0154694. |
| 95 | GSK's Annual Report for the period covering January 1, 2014, through January 31, 2015, beginning Bates number ZOFNDAB0154773. |
| 96 | GSK's Ondansetron: Weight of Evidence Evaluation for Pregnancy Outcomes, beginning Bates number ZFN00054527. |
| 97 | Exhibit number intentionally omitted. |
| 98 | Correspondence from May 22, 2003, attaching redlined edits to the draft Einarson study, beginning Bates number ZFN00306098. |

| | |
|---|---|
| 99 | Novartis's third proposed PLLR labeling, dated May 9, 2016, with beginning Bates number NPCZOFR00004195. |
| 100 | Excerpts from GSK's facsimile cover sheet attaching follow-up regarding S3A40321 Protocol - Ondansetron (September 17, 2002), beginning Bates number ZFN03336558. |
| 101 | Correspondence from GSK's Karen Dillinger attaching 15-Day Alert Reports (October 19, 2004), beginning Bates number ZOFNDAA0161688. |
| 102 | Excerpt from NDA 20-007 with beginning Bates numbers ZOFNDAA0000380-384. |
| 103 | GSK's Annual Periodic Adverse Experience Report (April 27, 2005), beginning Bates number ZOFNDAA0164343. |
| 104 | Excerpt from NDA 20-007 with beginning Bates numbers ZOFNDAA0011333-11379. |
| 105 | New Drug Application, NDA 20-007, Table of Contents, beginning Bates number ZOFNDAA0000361. |
| 106 | Exhibit number intentionally omitted. |
| 107 | GSK's Annual Report, IND 27,351 (December 23, 1993), beginning Bates number ZOFINDAC0013783. |
| 108 | GSK's Periodic ADR Report: Annual (April 29, 2009), beginning Bates number ZOFNDAA0175899. |
| 109 | Excerpts from GSK document entitled "Theoretical/Expert Prediction of Target-Based Teratogenic Liability," beginning Bates number ZFN00305671. |
| 110 | Correspondence from GSK's Derek Newall regarding "Comments from FDA: Zofran US Labeling, PLR conversion for oral formulations (January 15, 2015), beginning Bates number ZFN00583006. |
| 111 | Correspondence from GSK's Derek Newall regarding "Comments from FDA: Zofran US Labeling, PLR conversion for oral formulations (February 25, 2015), beginning Bates number ZFN00583512. |
| 112 | FDA's letter to GSK regarding NDA 20-007/S-001, -002, -003, -004, -007, and -008 (Feb. 1993), beginning Bates number ZOFNDAA0095824. |
| 113 | Correspondence from GSK's Linda Rebar regarding "Zofran request regarding pregnancy labeling" (April 28, 2015), beginning Bates number ZFN00054108. |
| 114 | Global Clinical Safety and Pharmacovigilance, Safety Evaluation and Risk Management, Ondansetron: Use in Pregnancy (May 2015), beginning Bates number ZFN00482547. |
| 115 | Report No. NTX/88/004 (Study No. 100421), beginning Bates number ZFN00076968. |
| 116 | GlaxoWellcome Reference Report No. NTX/90/006 (Study No. 100422), beginning Bates number ZOFNDAE0002496. |
| 117 | Report No. NTX/88/005 (Study No. 100423), beginning Bates number ZFN00077030. |
| 118 | Report No. NTX/91/001 (Study No. 100424), beginning Bates number ZFN00077547. |
| 119 | Report No. NTX/95/009 (Study No. 100425), beginning Bates number ZFN00077788. |
| 120 | Report No. NTX/90/009 (Study No. 100441), beginning Bates number ZFN00077391. |
| 121 | Report No. NTX/89/001 (Study No. 881001), beginning Bates number ZFN00077091. |
| 122 | Report No. NTX/89/002 (Study No. 881002), beginning Bates number ZFN00077114. |
| 123 | Report No. WFT/91/070 (Study No. L10873), beginning Bates number ZFN00083163. |
| 124 | Report No. WPT/88/111 (Study No. R11531), beginning Bates number ZFN00081310. |
| 125 | Report No. WPT/91/056 (Study No. R10615), beginning Bates number ZFN00077952. |
| 126 | Report No. WPT/91/065 (Study No. R11417), beginning Bates number ZFN00078064. |

| | |
|---|---|
| 127 | Report No. WPT/91/177 (Study No. R11531), beginning Bates number ZFN02473329. |
| 128 | GR38032F (5HT3-like antagonist): Effects of intravenous administration on the reproductive performance of a treated (F0) generation of AHA rats and on the development of two successive untreated generations (F1 and F2) (Study number R11572) - Summary Report, beginning Bates number ZFN00081997. |
| 129 | Glaxo Company Report No. WPT/84/144 (Study No. L10565), beginning Bates number ZOFNDAA0010432. |
| 130 | Glaxo Company Report No. WPT/84/150 (Study No. R10590), beginning Bates number ZOFNDAA0010051. |
| 131 | Glaxo Company Report No. WPT/85/031 (Study No. L10649), beginning Bates number ZOFNDAA0010471. |
| 132 | Glaxo Company Report No. WPT/85/084 (Study No. L10564), beginning Bates number ZOFNDAA0010020. |
| 133 | Glaxo Company Report No. WPT/85/131 (Study No. L10867), beginning Bates number ZOFNDAA0010265. |
| 134 | Glaxo Company Report No. WPT/85/143 (Study No. R10615), beginning Bates number ZOFNDAA0009366. |
| 135 | Glaxo Company Report No. WPT/85/145 (Study No. L10873), beginning Bates number ZOFNDAA0010274. |
| 136 | Glaxo Company Report No. WPT/86/021 (Study No. R10937), beginning Bates number ZOFNDAA0009774. |
| 137 | Glaxo Company Report No. WPT/86/148 (Study No. L10874), beginning Bates number ZOFNDAA0009765. |
| 138 | Glaxo Company Report No. WPT/88/042 (Study No. R11417), beginning Bates number ZOFNDAA0010568. |
| 139 | Glaxo Company Report No. WPT/88/165 (Study No. R10616), beginning Bates number ZOFNDAA0009356. |
| 140 | Glaxo Group Research Limited, Report No. WPT/85/125, beginning Bates number ZFN02448929. |
| 141 | Glaxo Company Report No. WBP/88/037 (MET 499), beginning Bates number ZOFNDAA0012035. |
| 142 | Glaxo Company Report No. WBP/88/038 (MET 500), beginning Bates number ZOFNDAA0012015. |
| 143 | Glaxo Company Report No. WBP/88/039 (MET 435), beginning Bates number ZOFNDAA0011768. |

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                              /s/ *Jennifer Stonecipher Hill*
                                              Jennifer Stonecipher Hill