**SHOOK**
HARDY & BACON

November 21, 2019

Jennifer Hill

**VIA FEDEX**

2555 Grand Blvd.
Kansas City, Missouri 64108
t 816.474.6550
f 816.421.5547
jshill@shb.com

United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210
617-748-9152

Re:   *In re: Zofran®;* MDL Case No. 1:15-md-2657-FDS

Dear Sir or Madam:

On behalf of GlaxoSmithKline LLC ("GSK"), enclosed please find a hardcopy and an electronic set of public, redacted copies of the exhibits to GSK's Renewed Motion for Summary Judgment Based on Federal Preemption (ECF No. 1594).

These documents are being manually filed with the Court as noted in GSK's Notice of Filing with Clerk's Office (ECF No. 1757).

Should the Court have any questions, please do not hesitate to contact me.

Best regards,

*Jennifer Hill*

Jennifer Hill

Enclosures

FILED IN CLERKS OFFICE
2019 NOV 22 AM 10: 31
U.S. DISTRICT COURT
DISTRICT OF MASS.

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4832-3302-6988 V1