UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL NO. 1:15-md-2657-FDS<br>This document relates to:<br>All Actions |

**GSK'S PROPOSED LETTER TO FDA REGARDING ITS CITIZEN PETITION**

As requested by the Court during the status conference held on November 20, 2019, GSK proposes the following language for the Court's letter to FDA regarding GSK's Citizen Petition.

> The Court is presiding over an MDL proceeding in which plaintiffs allege that Zofran causes birth defects. On November 1, 2019, GlaxoSmithKline (GSK), the former NDA holder, submitted a citizen petition that raises issues relevant to GSK's renewed motion for summary judgment based upon federal preemption. The Court recently postponed a trial in the MDL proceeding that was set for January 13, 2020. The Court has reset that trial for May 4, 2020. With this in mind, the Court respectfully asks that FDA resolve the citizen petition as expeditiously as possible, consistent with the agency's regulatory obligations. FDA is invited to file an amicus brief addressing the issues presented in the motion for summary judgment on or before [date].

Dated: December 2, 2019

                                        Respectfully submitted,

                                         */s/ Jennifer Stonecipher Hill*
                                        Madeleine M. McDonough
                                        Jennifer M. Stevenson
                                        Jennifer Stonecipher Hill
                                        SHOOK, HARDY & BACON L.L.P.
                                        2555 Grand Blvd.
                                        Kansas City, MO 64108
                                        Telephone: (816) 474-6550
                                        Facsimile: (816) 421-5547
                                        mmcdonough@shb.com
                                        jstevenson@shb.com
                                        jshill@shb.com
                                        *Admitted pro hac vice*

                                        Attorneys for Defendant GlaxoSmithKline LLC

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

            /s/ *Jennifer Stonecipher Hill*
            Jennifer Stonecipher Hill