# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL NO. 1:15-md-2657-FDS<br>This document relates to:<br>All Actions |

## PLAINTIFFS' AND GSK'S PROPOSED AGENDA FOR DECEMBER 16, 2019 TELEPHONIC STATUS CONFERENCE

1. Filings update

2. State court update

3. Update on GSK's Citizen Petition and December 2, 2019 submissions to the Court

4. Update on GSK and Novartis discovery

5. Update on discovery related to Dr. Zambelli-Weiner

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                            /s/ *Jennifer Stonecipher Hill*
                                            Jennifer Stonecipher Hill