# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL NO. 1:15-md-2657-FDS<br>This document relates to:<br>All Actions |

## GSK'S RESPONSE TO
## PLAINTIFFS' MOTION TO CLARIFY COURT'S FDA LETTER

The Court's December 13, 2019, letter to FDA was appropriate and accurate. Plaintiffs specifically requested a delay of the trial date "in light of GSK's Citizen Petition." Pls.' Nov. 13, 2019, Mem. at 4 (ECF No. 1745). The Court need not amend its correspondence to FDA to convey Plaintiffs' litigation position, particularly as the Court has already told FDA it expresses no view as to the merits of the Citizen Petition or to the effect on the litigation of any agency action on the Citizen Petition. Any disagreement regarding the impact of FDA's forthcoming decision can be resolved by the Court in due course. Plaintiffs' Motion should be denied.

Dated: December 18, 2019

                                                Respectfully submitted,

                                                */s/ Jennifer Stonecipher Hill*
                                                Madeleine M. McDonough
                                                Jennifer M. Stevenson
                                                Jennifer Stonecipher Hill
                                                SHOOK, HARDY & BACON L.L.P.
                                                2555 Grand Blvd.
                                                Kansas City, MO 64108
                                                Telephone: (816) 474-6550
                                                Facsimile: (816) 421-5547
                                                mmcdonough@shb.com
                                                jstevenson@shb.com
                                                jshill@shb.com
                                                *Admitted pro hac vice*

                                                Attorneys for Defendant GlaxoSmithKline LLC

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                             /s/ *Jennifer Stonecipher Hill*
                                             Jennifer Stonecipher Hill