UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION**

MDL NO. 1:15-md-2657-FDS
This document relates to:
All Actions

## PLAINTIFFS' AND GSK'S PROPOSED AGENDA FOR JANUARY 15, 2020 STATUS CONFERENCE

1. Filings Update

2. State Court Update

3. Update on GSK and Novartis Discovery

4. Update on GSK Citizen Petition and FDA

5. Update on Dr. Zambelli-Weiner

Following the Status Conference, the parties will argue the pending dispositive motions in the *Rodriguez* matter. The parties agreed to argue in the following order:

- *Rodriguez* – Argument on GSK's Motion to Exclude the Specific Causation Testimony of Ra-id Abdulla, M.D.

- *Rodriguez* – Argument on GSK's Motion for Summary Judgment

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                                     /s/ *Jennifer Stonecipher Hill*
                                                     Jennifer Stonecipher Hill