**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
|  | ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| ALL CASES | ) ) |

MDL No. 1:15-md-2657-FDS

## ADDITIONAL SUPPLEMENT TO JOINT APPENDIX FOR *DAUBERT* BRIEFING

Plaintiffs submit the following articles as a supplement to the Joint Appendix for the Daubert Briefing.  The Joint Appendix was originally filed on December 27, 2018, and supplemented on January 9, 2019, January 25, 2019, and March 21, 2019:

149.   Supplemental Expert Report of Ra-id Abdulla, M.D., January 13, 2020,
       JA006609-JA006614

150.   Lemon, Lara S., Ondansetron use in the first trimester of pregnancy and the risk of neonatal ventricular septal defect. *International Epidemiological Association* 2019; 1-9
       JA006615-JA006629

151.   Meta-analysis Use of ondansetron during first trimester of pregnancy and risk of congenital anomalies. *Agence Nationale de Sécurité du Médicament et des Produits de Santé,* 2019; 1-9
       JA006630-JA006638

Dated: January 17, 2020

Respectfully submitted,

/s/ *Thomas V. Ayala*

M. Elizabeth Graham
Thomas V. Ayala
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE  19801
302-662-7063
egraham@gelaw.com
tayala@gelaw.com

Kimberly D. Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
843-216-9265
kbarone@motleyrice.com

Robert K. Jenner, Esquire
Jenner Law, P.C.
1829 Reistertown Road
Suite 350
Baltimore, Maryland  21208
(410) 653-3200
(410) 653-6903 (fax)
rjenner@jennerlawfirm.com

Tobias L. Millrood
Michael G. Daly
POGUST, BRASLOW & MILLROOD LLC
8 Tower Bridge, Suite 1520
Conshohocken, PA  19428
610-941-4204
tmillrood@pbmattorneys.com
mdaly@pbmattorneys.com

James D. Gotz
HAUSFELD
One Marina Park Drive, Suite 1410
Boston, MA 02210
617-207-0600
jgotz@hausfeld.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I, Thomas V. Ayala, hereby certify that on this 17th day of January, 2020, I electronically filed the foregoing Additional Supplement to Joint Appendix for Plaintiffs' and GSK's Daubert Briefing, using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.


/s/ *Thomas V. Ayala*
Thomas V. Ayala

# TAB 149

## Supplemental Expert Report

By: Ra-id Abdulla, MD

**RE:** ████████████████

**DOB:** ██████████

Report Date: January 13, 2020

This is a supplemental report to review recently published studies and opinions regarding the use of Zofran (ondansetron) during gestation and its potential effect as a cardiac teratogen on the developing embryo.  In my report dated July 6, 2018 and later during the testimony I provided during a deposition on October 26, 2018, as well as in a supplemental report I provided on February 27, 2019 I elaborated on the methodology I follow in assessing the potential causality of a pharmacological agent taken by the mother during gestation in causing congenital heart disease in the developing fetus.  In addition, I presented in detail the alteration of normal cell functions caused by ondansetron and how this can lead to alteration in the normal development of cardiovascular structures.  Finally, I reviewed the epidemiological evidence provided by medical literature in this field showing an increased risk of developing congenital heart disease in children exposed during their fetal life to ondansetron.

In this report I will provide a review of recently published material in view of opinions I previously provided. My opinions as stated previously and below are to a reasonable degree of medical certainty.

**Ondansetron use in the first trimester of pregnancy and the risk of neonatal ventricular septal defect. By Lara S Lemon, et al in: International Journal of Epidemiology, 2019, 1–9**

This study assessed the risk of ventricular septal defect in children exposed in utero to first trimester IV or oral ondansetron through a research study involving 33,677 deliveries at Magee

1

Women's Hospital in Pittsburgh, PA during the time period of 2006-2014. Ondansetron use was obtained from inpatient medical records for hospital administered treatment and through insurance claims for prescriptions obtained as an outpatient. Gestational age at delivery (using ultrasound or LMP), date of delivery and start date of therapy were utilized by the authors to estimate gestational age of the fetus at the time of each exposure.  Dose response analysis was calculated using the premise that women took the ondansetron daily as prescribed. IV and oral routes of exposure were combined with the statement by the study authors that "route is not expected to impact the association with VSD." The congenital heart defects were validated via ultrasound and fetal echocardiograms when the anatomy ultrasound did not adequately evaluate fetal cardiac anatomy. At delivery heart murmurs suspected to be VSDs were evaluated by echocardiogram prior to being entered in the chart. ICD 9 codes were used to categorize defects with the primary outcome of the study being VSD and secondary outcomes of septal defects and any heart defects. Statistical analysis included the full cohort, propensity score designs with matching and inverse probability weighting and clustered trajectory analysis to assess the role of dose.  Eleven percent of the studied population (3,733) were exposed to ondansetron in the first trimester.

Ondansetron was associated with:

- Increased risk of VSD with risk ratios ranging from 1.7 [95% confidence interval (CI) 1.0–2.9] to 2.1 (95% CI 1.1–4.0) across methods.  This amounted to one additional VSD for approximately every 330 pregnancies exposed in the first trimester.

- The association was dose-dependent: increased risk in women receiving highest cumulative doses compared with lowest doses [adjusted risk ratio: 3.2 (95% CI 1.0–9.9)].

- The association between ondansetron and congenital malformations was diluted as the outcome included additional birth defects.

The authors concluded that "first trimester ondansetron use is associated with an increased risk of neonatal VSD potentially driven by higher doses," noting this may be explained by ondansetron's effect on the embryonic heart as it crosses the placenta. These authors state their study expands the findings of Danielsson et al who showed a concentration dependent association in pregnant rats between ondansetron, embryonic heart rhythms and

2

cardiovascular malformations and demonstrated a "similar" dose response relationship in a human epidemiologic study that, in my opinion, supports a causal association. The authors further state that "NVP has never been associated with congenital anomalies."

**Krista F. Huybrechts, et al: Intravenous Ondansetron in Pregnancy and Risk of Congenital Malformations, Research Letter published in JAMA on November 15, 2019**

This is a research letter published through JAMA. In this research letter, the authors cited their previous study evaluating oral exposure to ondansetron and congenital malformations. (Huybrechts KF, Hernández-Díaz S, Straub L, et al. Association of maternal first-trimester ondansetron use with cardiac malformations and oral clefts in offspring. *JAMA*. 2018; 320(23):2429-2437. doi:10.1001/jama.2018.18307) I have addressed the limitations of the Huybrechts 2018 study in a prior report and in my depositions. These limitations include a very limited surveillance period for congenital heart defects in the offspring (1 month of maternal data and 3 months of infant data) that is insufficient to capture the true incidence of congenital cardiac malformations as many cardiac malformations are diagnosed outside this window of surveillance. Thus, congenital heart defects in this population could be missed. In addition, that study's exposure definition and the methods for estimating last menstrual period, and thus exposure, could result in exposure misclassification.  The limitations I identified and have given testimony regarding the methodology utilized in the Huybrechts  2018 study would apply to the subsequent study these authors conducted regarding IV ondansetron exposure as their research letter states that this follow-up study utilized the same methodology. Huybrechts, et al state the reason they conducted their follow up study was subsequent research which concluded that intravenous administration of ondansetron is associated with greater risks of cardiac malformations and oral clefts (Zambelli-Weiner A, Via C, Yuen M, Weiner DJ, Kirby RS. First trimester ondansetron exposure and risk of structural birth defects. *Reprod Toxicol*. 2019; 83:14-20. doi:10.1016/j.reprotox.2018.10.010).  Huybrechts and colleagues attempt to explain why the 2 studies did not arrive at the same conclusions by making unfounded assumptions they call "potential explanations" for the "apparent difference in teratogenic effect of intravenous compared with oral formulations" which include:

3

- Residual confounding by indication and "associated factors (e.g., nutritional deficiencies) in women with hyperemesis severe enough to require intravenous medication." As noted by the Lemon authors NVP has not been associated with congenital malformations nor to my knowledge has hyperemesis gravidarum or nutritional deficiencies caused by nausea and vomiting.
- Those receiving IV ondansetron are receiving higher doses, and finally
- Those with oral ondansetron may have not actually taken the medication despite receiving prescription.

Huybrechts and colleagues then re-examined the population they previously studied utilizing the same data source, study design and analytic methods per the authors (subject to the same limitations I have previously described) to evaluate the 23,877 pregnancies who received IV ondansetron. The details of their methodology are not described in this research letter.  Their conclusions, using the same methodology utilized  in their previously published study, revealed:

- The aRR for cardiac malformations was 0.97 (95% CI, 0.86-1.10)
- The aRR for oral clefts was 0.95 (95%CI,0.63-1.43)

They conclude that this data "suggests" that there is no association between IV administered ondansetron and cardiac malformations. Huybrechts et al note that an advantage of studying IV administration is the high specificity for actual exposure due to claim reimbursement. This would hold true for the statistically significant increased risk of congenital cardiac defects including septal defects found in the Zambelli-Weiner et al study in their medical administration analysis. The authors conclude "these findings *suggest* that ondansetron is not a *major* teratogen." A teratogen by definition is a drug that can cause birth defects, classification as major or minor is irrelevant since even so called "minor" congenital heart diseases can cause morbidity or even mortality.  Furthermore, conceding to the fact that a teratogen can cause a "minor" defect suggests that the teratogen can and does alter the course of normal cardiovascular development.  The severity of the lesion is then dependent on a multitude of genetic and environmental factors dictating hemodynamic changes caused by the defect, be it a minor or major defect.

4

The ANSM, France's regulatory body equivalent to the US FDA conducted a meta-analysis examining the use of ondansetron in pregnancy, titled: **Meta-analysis: Use of ondansetron during first trimester of pregnancy and risk of congenital anomalies.**

In this study a meta-analysis was performed using 18 literature references provided by Novartis, the current marketing authorization holder (subsequent to GSK) and 9 studies identified by the ANSM. Following evaluation of the methodologies of the various studies, 11 studies which examined the outcome of maternal use of ondansetron during first trimester pregnancy and the risk of developing congenital anomalies in the exposed children were included in the meta-analysis.  This meta-analysis included published articles which I individually examined and addressed in my previous reports and depositions including Anderka 2012, Anderson 2013, Colvin 2013, Danielsson 2014, Einarson 2004, Fejzo 2016, Huybrechts 2018, Parker 2018, Pasternak 2013, Werler 2014 and Zambelli-Weiner 2018.

The review was thorough with significant in-depth analysis.  The final conclusions were that the data examined shows:

- Increase risk of cardiac malformation (ORc 1.45, 95% CI 1.04-1.92) (meta-analysis based on 5 studies)
- Increase risk of septal defects (ORc 1.32, 95% CI 1.12-1.56) (meta-analysis based on 4 studies)

**Conclusion:**

The review of the studies indicated above are supportive of and consistent with the opinions I previously provided in reports and testimony in this litigation.  The meta-analysis conducted by ANSM, France's pharmaceutical regulatory body, and the study by Lemon et al are consistent with and support my previously stated general and case specific causation opinions that ondansetron is associated with increased risk of developing congenital heart disease in children with in-utero exposure during the first trimester.  The research letter by Huybrechts and colleagues fails to show this association, contrary to another large study examining the same issue (Zambelli-Weiner, 2019).

5

Medical literature evaluating an exposure and an outcome relationship almost never uniformly reach the same conclusion as each study examines the same issue slightly differently, using different methodology, different study populations, different study criteria and different power.  The role of a physician is to examine the totality of medical literature to arrive at sound conclusions. In reviewing the two recent studies and research letter  I weighed the validity of positive findings as well examined potential reasons for negative findings, with a focus on the totality of the evidence.

 The epidemiological literature is but one factor in my analysis of the scientific evidence regarding first trimester exposure to ondansetron and the risk of congenital heart defects. Having reviewed the recent literature I continue to believe to a reasonable degree of medical certainty that the epidemiological evidence provides support to the other scientific evidence that first trimester exposure to ondansetron is a cause of congenital heart disease, despite the fact that some studies did not find an association. My opinion to a reasonable degree of medical certainty following review of recent literature continues to be that the first trimester use of ondansetron is associated with increased risk of congenital heart disease in general and in ██████████, and that this risk must be clearly conveyed to prescribing physicians and patients.

Ra-id Abdulla, MD

Professor of Pediatrics (Cardiology), Feinberg School of Medicine, Northwestern University

Editor, *Pediatric Cardiology*

6

# TAB 150



*International Journal of Epidemiology*, 2019, 1–9
doi: 10.1093/ije/dyz255
Original article



Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz255/5682456 by guest on 24 December 2019

Original article

# Ondansetron use in the first trimester of pregnancy and the risk of neonatal ventricular septal defect

Lara S Lemon [ORCID] ,[1,2]* Lisa M Bodnar,[1,3] William Garrard,[2]
Raman Venkataramanan,[4,5] Robert W Platt,[6] Oscar C Marroquin[2,3] and
Steve N Caritis[1]

[1]Department of Obstetrics, Gynecology, and Reproductive Sciences, School of Medicine, University of Pittsburgh, PA, USA, [2]Department of Clinical Analytics, University of Pittsburgh Medical Centers, PA, USA, [3]Department of Epidemiology, Graduate School of Public Health, University of Pittsburgh, PA, USA, [4]Department of Pharmaceutical Science, School of Pharmacy, University of Pittsburgh, PA, USA, [5]Department of Pathology, University of Pittsburgh, PA, USA and, [6]Departments of Pediatrics and Epidemiology, Biostatistics and Occupational Health, McGill University, Quebec, Canada

*Corresponding author. Department of Clinical Analytics, UPMC, Suite 9030, Forbes Tower, 3600 Forbes Avenue at Meyran Avenue, Pittsburgh, PA 15213, USA. E-mail: lemonl@upmc.edu

Editorial decision 8 November 2019; Accepted 19 November 2019

## Abstract

**Background:** Literature is divided regarding the risk of neonatal ventricular septal defect (VSD) associated with first trimester ondansetron use in pregnancy.

**Methods:** We evaluated the risk of VSD associated with first trimester exposure to intravenous or oral ondansetron in 33 677 deliveries at Magee–Womens Hospital in Pittsburgh, PA (2006–2014). Using log-binomial regression, we evaluated the risk: (1) in the full cohort, (2) using propensity score designs with both matching and inverse probability weighting and (3) utilizing clustered trajectory analysis evaluating the role of dose. Sensitivity analyses assessed the association between ondansetron and all recorded birth defects in aggregate.

**Results:** A total of 3733 (11%) pregnancies were exposed to ondansetron in the first trimester (dose range: 2.4–1008 mg). Ondansetron was associated with increased risk of VSD with risk ratios ranging from 1.7 [95% confidence interval (CI) 1.0–2.9] to 2.1 (95% CI 1.1–4.0) across methods. Risks correspond to one additional VSD for approximately every 330 pregnancies exposed in the first trimester. The association was dose-dependent with increased risk in women receiving highest cumulative doses compared with lowest doses [adjusted risk ratio: 3.2 (95% CI 1.0–9.9)]. The association between ondansetron and congenital malformations was diluted as the outcome included additional birth defects.

© The Author(s) 2019; all rights reserved. Published by Oxford University Press on behalf of the International Epidemiological Association

1

JA006615

**Conclusions:** First trimester ondansetron use is associated with an increased risk of neonatal VSD potentially driven by higher doses. This risk should be viewed in the context of risks attributable to severe untreated nausea and vomiting of pregnancy.

**Key words:** Pregnancy, ondansetron, ventricular septal defect, first trimester

---

**Key Messages**

- Ondansetron is the most commonly used treatment for nausea and vomiting of pregnancy despite lack of United States Food and Drug Administration approval for this indication.
- We evaluated the risk of ondansetron use in the first trimester and associated risk of neonatal ventricular septal defect.
- In a population of 33 677 deliveries, 3733 of which were exposed in the first trimester, we found a slight increase in the absolute risk of ventricular septal defect that was dose-dependent.
- Because we lacked a quantitative measure of the harms resulting from untreated severe nausea and vomiting of pregnancy, we were unable to evaluate the risk–benefit ratio of medication use. We therefore suggest only that this be used as another input for clinical decision making in pregnancy.

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz255/5682456 by guest on 24 December 2019

## Introduction

Nausea and vomiting occurs in up to 80% of pregnancies.[1] Despite lack of United States Food and Drug Administration approval for indicated use in pregnancy, the most common treatment for nausea and vomiting of pregnancy (NVP) in the USA is ondansetron. Use of both the oral and intravenous formulations have increased, resulting in an estimated one-quarter of all pregnancies being exposed to ondansetron in 2014.[2] High utilization results from the frequency of NVP,[1] the detrimental effects associated with the illness[3] and the efficacy of this drug.[4]

Despite widespread usage, the safety of ondansetron in pregnancy is still in question. Several studies have found no association between ondansetron use and congenital malformations studied in aggregate.[5–9] However, grouping all major malformations is problematic as defects are heterogeneous and causes vary substantially.[10] Further, only exposure during organogenesis is expected to be relevant to any structural birth defect. Indeed, when first trimester ondansetron use has been studied relative to individual birth defects, an increased risk of cardiac malformations, specifically ventricular septal defects (VSD), was reported.[8] Conversely, recent evaluation of outpatient prescriptions in a large cohort of Medicaid pregnancies,[9] along with an evaluation of two birth defects case-control studies,[11] found no significant association between ondansetron exposure and neonatal VSD.[9,11]

Considering this uncertainty regarding cardiac malformations, our objective was to evaluate the association between first trimester ondansetron exposure and neonatal VSD inclusive of inpatient and outpatient treatment.

## Methods

### Population

Our retrospective cohort is comprised of liveborn, singleton deliveries at Magee–Womens Hospital of the University of Pittsburgh Medical Center (UPMC) with UPMC Health Plan coverage from 2006 through 2014. UPMC Health Plan is the largest insurer in the region. Demographic and delivery information from the Magee Obstetric, Medical, and Infant (MOMI) Database, a registry of all deliveries at the hospital, was linked with claims from UPMC Health Plan and to the inpatient (hospitalization) and outpatient (clinic visit) electronic medical records. Data were linked and then deidentified by a third party approved by the Institutional Review Board. The MOMI database is regularly validated by comparing data with randomly chosen patient charts. The University of Pittsburgh Institutional Review Board approved this study.

Of the 84 277 singleton deliveries at Magee–Womens Hospital in the study period, 34 341 (41%) had UPMC insurance and were therefore eligible for the study. Deliveries missing gestational age at delivery were excluded ($n = 664$), resulting in a final sample of 33 677. Missing data for continuous variables were replaced with the median cohort value for that variable, and categorical variables maintained a status of unknown. All analyses were repeated excluding variables with $\geq$10% missing

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz245/5682456 by guest on 24 December 2019

data (Table S1 in Supplementary material, available as Supplementary data at *IJE* online).

## Ondansetron exposure

Ondansetron (Zofran, GlaxoSmithKline) exposure (intravenous and oral) was extracted from both the inpatient electronic medical record for treatment administered within the hospital and through insurance claims for outpatient prescriptions. Exposure was evaluated as binary (any vs none) in the first trimester, defined as 0–13 weeks and 6/7 days,[12] and as a continuous variable reflecting dose prescribed on each day of gestation.

Gestational age at delivery was estimated using ultrasound or last menstrual period when ultrasound was not available. Gestational age, date of delivery and start date of therapy, were used to estimate the gestational age at each exposure to ondansetron.

For continuous dosing analyses, outpatient dose was calculated as though women followed daily dosing as prescribed. For example, a prescription written as 'take 1 tablet every 8 hours' for 21 tablets of 4 mg ondansetron and filled on day 100 of pregnancy, was analysed as exposure to 12 mg per day for days 100 through 106 of her pregnancy. Routes of administration were combined, as route is not expected to impact the association with VSD, after converting oral ondansetron doses to intravenous bioequivalent dose.[13] Oral ondansetron exposure was converted to intravenous based on bioavailability data using the equation: intravenous dose = oral dose x 0.6. For example, if a woman received 4 mg intravenous and 8 mg orally on the same day, her exposure would be analysed as 8.8 mg for that day (4 mg + 8 mg x 0.6).

## Neonatal cardiac anomalies

The primary outcome evaluated was VSD. Secondary outcomes were septal defects [ventricular or atrial septal defect (ASD)] and any heart defect (ASD, VSD, atrialventricular canal, hypoplastic left heart, coarctation of the aorta, mitral or aortic valve lesions, peripheral pulmonic stenosis or teratology of Fallot). All women delivering at Magee–Womens Hospital have an anatomy ultrasound at 18–22 weeks which entails careful evaluation of the fetal cardiac anatomy. When the fetal cannot be adequately visualized, a fetal echocardiogram is performed. At the time of delivery, heart murmurs suspected to be a VSD are further evaluated with an echocardiogram before being documented in the chart and registry. Confirmed abnormalities are captured as International Classification of Diseases (ICD)-9 codes and documented in the perinatal database at the time of delivery.

In sensitivity analyses, we assessed all birth defects captured through ICD-9 codes in the perinatal database in aggregate. In addition to cardiac anomalies, the combined birth defect outcome also included: cleft palate, arrhythmia, cardiomyopathy, gastroschisis, structural intestinal obstruction, congenital anatomical central nervous system (CNS) abnormality, or anomalies of the lower urinary tract, renal system, eye, ear, thoracic cage or musculoskeletal system.

## Potential confounders

Data were available from the electronic medical record on the number of prenatal visits with a diagnosis of nausea, vomiting, hyperemesis, gastrointestinal complaint or gastrointestinal infection and the total number of hospital and office visits during pregnancy. ICD codes were reviewed by clinicians to identify those indicative of an encounter related to NVP (see Supplementary material, available as Supplementary data at *IJE* online). For primary analyses these counts were categorized to 0, 1, 2, 3 and ≥4 encounters with an NVP-related diagnosis. The perinatal database provided information on maternal characteristics and comorbidities detailed below.

## Statistical analyses

Using log-binomial regression with robust standard error to account for women with multiple pregnancies, we evaluated the association with three distinct designs: (1) full cohort, (2a) propensity score-matched sample, (2b) propensity score-inverse probability weighted sample, (3a) clustered trajectory analysis of daily dose and (3b) clustered trajectory analysis of cumulative dose. We considered approaches 1 and 2 primary analyses, and approach 3 as exploratory to assess dose–response relationships between exposure level and VSD.

We used theory-based causal diagrams to determine the minimal sufficient covariate set for confounder adjustment (Figure S1 in Supplementary material, available as Supplementary data at *IJE* online).[14,15] We considered the following confounders: number of prenatal visits and those with NVP-related diagnoses, insurance type (private, public, self-pay), maternal age, race, education, marital status, pregravid body mass index (kg/m$^2$), history of abortion/miscarriage/termination, illicit drug use, arrhythmia, chronic hypertension, collagen vascular disease, lower or upper gastrointestinal disease, diabetes, maternal structural heart disease, ultrasound with nuchal fold measurement, smoking status, patient of resident clinic. Results from the unadjusted and fully adjusted models are presented as risk ratios (RR) with corresponding 95%

JA006617

confidence intervals (CI). For cohort and propensity score designs, risk differences were used to calculate the number needed to harm (NNH = 1/risk difference).[16]

**Propensity scores**

Women who take ondansetron are inherently different from those who do not require medication. Propensity scores aim to mimic a randomized controlled trial by balancing these differences in the exposed and unexposed.[17] Propensity scores were calculated for binary first trimester exposure to ondansetron. Scores were well balanced with similar distribution across exposure groups and only 10 deliveries were excluded from the region of common support (Figure S2 in Supplementary material, available as Supplementary data at IJE online).[18,19]

Propensity scores were incorporated into regression models through two approaches:[20] (1) scores were matched using the nearest neighbour within a caliper of 0.002[19]; (2) scores were used to calculate standardized inverse probability weights.[18] Success of matching and weighting was assessed by comparing standardized percent bias for potential confounders before and after matching or weighting.[18,19] Matching 2 controls to every 1 case of VSD, based on propensity score, resulted in an analysed sample of 9056.

**Clustered trajectory analyses**

To evaluate potential dose–response relationships, we conducted clustered trajectory analyses using k-means clustering in R. The k-means model is an unsupervised learning approach that groups pregnancies with similar dosing trajectories into an optimal number of groups (k). A range of 2–6 groups was tested, each run at three different starting conditions. Groups were determined by minimizing the distance between a woman's dose and the mean dose for the cluster on each gestational day. Calinski–Harabasz criteria were used to choose the optimal number. Analyses were limited to exposed pregnancies and infants born at ≥32 weeks because this approach requires equal exposure time for all pregnancies.[21,22] Exposure was assessed only in the first trimester as this is expected to be the sensitive time-window of organogenesis.

We conducted these analyses first grouping pregnancies with similar daily dosing of ondansetron, then repeated using cumulative ondansetron doses throughout gestation. Dosing ranges and covariates were compared across groups (e.g. lowest-dose group vs highest-dose group). Using log-binomial regression, risk of VSD was modelled using the lowest-dose group as a referent. Regressions were fully adjusted, then adjusted only for the number of prenatal visits with an NVP-related diagnosis as severity of NVP likely increases concurrently with dose.

**Sensitivity analyses**

We re-ran analyses evaluating secondary cardiac malformations individually (Supplementary material, available as Supplementary data at IJE online). We also assessed the association between first trimester exposure to ondansetron and any birth defect using an adjusted log-binomial regression with robust standard error.

Primary analyses were performed in Stata Version 15.0 (College Station, TX) and R (K-Means for Longitudinal Data package version 2.4.1).

## Results

Of the 33 677 singleton deliveries, 6038 (18%) deliveries were exposed to ondansetron at some point during pregnancy, including 3733 (11%) exposed during the first trimester (n = 3171 oral; n = 1074 intravenous; n = 18 injection). Median cumulative dose was 72 mg [interquartile range (IQR) 32.8, 144 mg] and ranged from 2.4 to 1008 mg after conversion based on bioavailability. Rates of each neonatal outcome were low with 0.4% of deliveries diagnosed with a VSD (n = 133), 0.6% with a VSD or ASD (n = 197) and 0.8% having any cardiac malformation (n = 279). A total of 5377 women had more than one delivery during the study period.

Women exposed to ondansetron in the first trimester were more likely than those unexposed to be African American, to have publicly paid insurance, a gastrointestinal disease, more encounters with an NVP-related diagnosis and to have used illicit drugs (Table 1). There were no meaningful differences in other characteristics. Infants with a VSD were more likely than those without a VSD to be born to mothers with structural heart disease, diabetes, collagen vascular disease or gastrointestinal disease (Table 2).

The adjusted RRs ranged from 1.7 (95% CI 1.0–2.9) to 2.1 (95% CI 1.1–4.0) across methods (Table 3). In the primary analyses, RRs correspond to ~1 additional VSD for every 263–385 pregnancies exposed to ondansetron in the first trimester. Estimates of risk were consistent regardless of method for propensity score implementation. RRs were not influenced by varying which variables were included in adjustment.

There were 5096 pregnancies exposed to ondansetron before 32 weeks gestation, and therefore eligible for the exploratory clustered trajectory analyses. Individual pregnancies are graphed as black lines in Figure 1. The k-means model clustered pregnancies into 2 daily and 3 cumulative dosing trajectories over the first trimester. For cumulative dosing, Group A (68% of pregnancies) was comprised of pregnancies with lowest doses compared with Groups B and C (median total dose: 4 mg vs 144 mg vs 360 mg,

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz255/5682456 by guest on 24 December 2019

*International Journal of Epidemiology*, 2019, Vol. 0, No. 0

5

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz255/5682456 by guest on 24 December 2019

**Table 1.** Characteristics of singleton deliveries at Magee–Womens Hospital from 2006 to 2014 with UPMC Health Plan Insurance coverage according to any ondansetron exposure in the first trimester ($n = 33\ 677$)

| Characteristic | Ondansetron use $n$ (%) $n = 3733$ | No ondansetron $n$ (%) $n = 29\ 944$ |
|---|---|---|
| Race | | |
| Caucasian | 2515 (67) | 21 340 (71) |
| African American | 961 (26) | 5890 (20) |
| Other | 144 (4) | 1556 (5) |
| Missing | 113 (3) | 1158 (4) |
| Mother's age [mean (SD)] | 28 (6) | 29 (6) |
| Private insurance | 2153 (58) | 19 478 (65) |
| Patient of resident clinic | 450 (12) | 3602 (12) |
| Mother's education | | |
| Less than high school | 264 (7) | 1969 (7) |
| High school graduate or GED completed | 731 (20) | 5816 (19) |
| Some college credit | 1591 (43) | 13 167 (44) |
| College graduate | 597 (16) | 5378 (18) |
| Missing | 550 (15) | 3614 (12) |
| Prepregnancy BMI (kg/m$^2$) [mean (SD)] | 26 (6) | 25 (5) |
| Married | 1850 (50) | 16 217 (54) |
| Number of prenatal visits [mean (SD)] | 15 (9) | 13 (8) |
| Smoked during pregnancy | 462 (12) | 3910 (13) |
| Primiparous | 1550 (42) | 14 579 (49) |
| Maternal structural heart disease | 51 (1) | 214 (1) |
| Maternal arrhythmia | 29 (0·8) | 87 (0·3) |
| Maternal chronic hypertension | 83 (2) | 609 (2) |
| Maternal diabetes (any) | 226 (6) | 1753 (6) |
| Maternal malignancy | 2 (0·05) | 22 (0·07) |
| Maternal collagen vascular disease | 35 (0·9) | 148 (0·5) |
| Maternal lower or upper GI diagnosis | 272 (7) | 1203 (4) |
| Maternal illicit drug use | 215 (6) | 1001 (3) |
| History of miscarriage or termination | 1316 (35) | 9263 (31) |
| Ultrasound with nuchal fold measurement | 27 (1) | 171 (1) |
| Gestational age at delivery, days [mean (SD)] | 268 (17) | 270 (16) |
| Count of prenatal visits with NVP-related diagnosis | | |
| None | 2113 (57) | 26 560 (89) |
| 1 Encounter | 796 (21) | 2477 (8) |
| 2 Encounters | 377 (10) | 548 (2) |
| 3 Encounters | 176 (5) | 164 (1) |
| ≥4 Encounters | 271 (7) | 195 (1) |

UPMC, University of Pittsburgh Medical Center; NVP, nausea and vomiting of pregnancy; SD, standard deviation; GED, General Educational Development tests; BMI, body mass index; GI, gastrointestinal.

**Table 2.** Characteristics of singleton deliveries at Magee-Womens Hospital from 2006 to 2014 with UPMC Health Plan Insurance coverage according to neonatal ventricular septal defect ($n = 33\ 677$)

| Characteristic | Ventricular septal defect $n$ (%) $n = 133$ | No ventricular septal defect $n$ (%) $n = 33\ 544$ |
|---|---|---|
| Race | | |
| Caucasian | 99 (74) | 23 756 (71) |
| African American | 23 (17) | 6828 (20) |
| Other | 8 (6) | 1692 (5) |
| Missing | 3 (2) | 1268 (4) |
| Mother's age [mean (SD)] | 29 (6) | 29 (6) |
| Private insurance | 81 (61) | 21 550 (64) |
| Patient of resident clinic | 13 (10) | 4039 (12) |
| Mother's education | | |
| Less than high school | 9 (7) | 2224 (7) |
| High school graduate or GED completed | 23 (17) | 6524 (19) |
| Some college credit | 66 (50) | 14 692 (44) |
| College graduate | 19 (14) | 5956 (18) |
| Missing | 16 (12) | 4148 (12) |
| Prepregnancy BMI (kg/m$^2$) [mean (SD)] | 25 (5) | 25 (5) |
| Married | 67 (50) | 18 000 (54) |
| Number of prenatal visits [mean (SD)] | 14 (8) | 13 (8) |
| Smoked during pregnancy | 16 (12) | 4356 (13) |
| Primiparous | 62 (47) | 16 067 (48) |
| Maternal structural heart disease | 4 (3) | 261 (1) |
| Maternal arrhythmia | 0 (0) | 116 (0·4) |
| Maternal chronic hypertension | 4 (3) | 688 (2) |
| Maternal diabetes (any) | 16 (12) | 1963 (6) |
| Maternal malignancy | 0 (0) | 24 (0·07) |
| Maternal collagen vascular disease | 2 (2) | 181 (0·5) |
| Maternal lower or upper GI diagnosis | 10 (8) | 1465 (4) |
| Maternal drug use | 8 (6) | 1208 (4) |
| History of miscarriage or termination | 49 (37) | 10 530 (31) |
| Ultrasound with nuchal fold measurement | 3 (2) | 195 (1) |
| Gestational age at delivery, days [mean (SD)] | 262 (24) | 270 (16) |
| Count of prenatal visits with NVP-related diagnosis | | |
| None | 107 (80) | 28 566 (85) |
| 1 Encounter | 16 (12) | 3257 (10) |
| 2 Encounters | 4 (3) | 921 (3) |
| 3 Encounters | 5 (4) | 335 (1) |
| ≥4 Encounters | 1 (1) | 1 (1) |

UPMC, University of Pittsburgh Medical Center; NVP, nausea and vomiting of pregnancy; SD, standard deviation; GED, General Educational Development tests; BMI, body mass index; GI, gastrointestinal.

*International Journal of Epidemiology*, 2019, Vol. 0, No. 0

**Table 3.** Summary of all results assessing association between ondansetron exposure in the first trimester and neonatal ventricular septal defect

| Method | Population at risk | Events | Unadjusted risk per 1000 livebirths | Unadjusted odds ratio (95% CI) | Adjusted[a] risk ratio (95% CI) | Number needed to harm[16,a] |
|---|---|---|---|---|---|---|
| Regression | | | | | | |
| Log-binomial regression | | | | | | 385 |
|   No ondansetron | 29 944 | 109 | 3.6 | Referent | Referent | |
|   Ondansetron | 3733 | 24 | 6.4 | 1.8 (1.1–2.8) | 1.7 (1.0–2.9) | |
| Propensity scores | | | | | | |
| Propensity score-matched | | | | | | 263 |
|   No exposure | 5779 | 22 | 3.8 | Referent | Referent | |
|   Ondansetron | 3727 | 24 | 6.4 | 1.8 (1.0–3.2) | 2.1 (1.1–4.0) | |
| Propensity score-IPTW | | | | | | 344 |
|   No exposure | 29 934 | 109 | 3.6 | Referent | Referent | |
|   Ondansetron | 3733 | 24 | 6.4 | 1.6 (1.0–2.6) | 1.9 (1.1–3.1) | |

[a]Adjusted for count of encounters for nausea/vomiting/hyperemesis/gastrointestinal infection, total encounters, insurance type, maternal age, race, years of education, marital status, pre-gravid BMI, parity, history of termination/miscarriage/abortion, drug use, arrhythmia, chronic hypertension, collagen vascular disease, lower gastrointestinal disease, upper gastrointestinal disease, diabetes (any), maternal structural heart disease, ultrasound with nuchal fold measurement in pregnancy, smoking status and patient of Magee-resident clinic.

IPTW, inverse probability treatment weighting; CI, confidence interval.



**Figure 1** Ondansetron cumulative and daily dosing trajectory groups in the first trimester of pregnancy. Solid black lines represent the dose on each gestational day for individual pregnancies. The lines labelled by letter are the mean cumulative dose at each gestational day for each group.

respectively). Adjusted risk for VSD increased concurrently with cumulative ondansetron dose over pregnancy and was 3 times higher in the highest-dose (Group C) compared with the lowest-dose Group A (Table 4). Results from the daily dose analysis demonstrated similar relationships (Figure 1, Table 4), with a peak in dose from days 50 to 100 when assessing the entire pregnancy (data not shown).

Associations between first trimester ondansetron exposure and cardiac malformations persisted but were weakened as the outcome was expanded to include additional cardiac defects (Table S2 in Supplementary material, available as Supplementary data at *IJE* online). Sensitivity analyses demonstrated further dilution of effect with the broadening of outcome to any birth defect (Table S3 in

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz255/5682456 by guest on 24 December 2019

**Table 4.** Log-binomial regressions of risk of ventricular septal defect by daily and cumulative dosing trajectory group over first trimester of pregnancy among women exposed to ondansetron

| Dosing approach over entire pregnancy | Cumulative dose (mg) median (IQR) | Population at risk | Events (n) | Unadjusted risk per 1000 live born infants | Adjusted[a] odds ratio (95% CI) | Adjusted[b] odds ratio (95% CI) |
|---|---|---|---|---|---|---|
| Daily Dose | | | | | | |
| Cluster A | 12 (0, 72) | 4193 | 21 | 5.0 | Reference | Reference |
| Cluster B | 240 (176, 318) | 903 | 6 | 6.6 | 1.4 (0.56, 3.5) | 1.3 (0.53, 3.2) |
| Cumulative dose | | | | | | |
| Cluster A | 4 (0, 48) | 3452 | 14 | 4.1 | Reference | Reference |
| Cluster B | 144 (97, 192) | 1328 | 9 | 6.8 | 1.8 (0.73, 4.4) | 1.6 (0.67, 3.7) |
| Cluster C | 360 (288, 440) | 316 | 4 | 13 | 3.9 (1.2, 13) | 3.2 (1.0, 9.9) |

[a]Adjusted for count of encounters for nausea/vomiting/hyperemesis/gastrointestinal infection, total encounters, insurance type, maternal age, race, years of education, marital status, pre-gravid BMI, parity, history of abortion, drug use, arrhythmia, chronic hypertension, collagen vascular disease, lower gastrointestinal disease, upper gastrointestinal disease, diabetes (any), maternal structural heart disease, ultrasound with nuchal fold measurement in pregnancy, smoking status and patient of Magee-resident clinic.

[b]Adjusted for count of encounters for nausea/vomiting/hyperemesis/gastrointestinal infection.

IQR, interquartile range; CI, confidence interval.

Supplementary material, available as Supplementary data at *IJE* online). There was no association between ondansetron and any birth defect.

## Discussion

We found that ondansetron was associated with an increased risk of VSD on the order of one additional VSD for approximately every 330 exposed neonates exposed in the first trimester. This relationship was dose-dependent, with doses peaking in the first trimester. Nevertheless, ondansetron exposure was not related to risk of birth defects when all major malformations were combined.

Our findings are consistent with the studies that combined all congenital malformations and found no association.[6–9,23] Three previous studies[8,9,11] analysed the association of first trimester ondansetron and cardiac septal defects separately, producing conflicting results. Using a cohort of Swedish deliveries from 1998 to 2012 (n = 1 501 434) and a combination of self-report and prescription registry data, Danielsson *et al.*[1,8,11] demonstrated an increase in the risk of septal defects for 1349 pregnancies exposed to ondansetron compared with the unexposed (RR 2.1, 95% CI 1.2–3.3). Though this conclusion was derived from only 17 (1.3%) septal defects in the exposed (0.7% in unexposed), these results are similar in magnitude to our study. In contrast to our and Danielsson's findings, Parker *et al.* found no association between VSD and ondansetron using the National Birth Defect Prevention Study (1997–2011) and Slone Birth Defect Study (1997–2014).[11] Unlike our study, these results are subject to recall bias as use was self–reported up to 2 years after delivery. In a recent impressive cohort of pregnant, Medicaid recipients in the

USA from 2000 to 2013 (n = 1 816 414), authors demonstrated no association between first trimester ondansetron and cardiac malformations.[9] The authors found a slight increased risk of cardiac malformation driven by VSD [RR 1.14, (95% CI 1.04–1·27)] and ASD (1.37, 95% CI 1.19–1.57) that was eliminated after adjustment using propensity score stratification. Notably, Medicaid data provided exposures to other medications which may play a confounding role but would not explain a dose–response relationship with ondansetron. Exposure was limited to outpatient prescriptions in this study. This approach fails to capture inpatient use, which comprises 32% of our exposures. Moreover, of the 1074 (29%) who received ondansetron intravenously, 58% (n = 622) would be misclassified as unexposed as they never filled a prescription in the first trimester. This misclassification of exposure in women with severe nausea may dilute the association and contribute to null findings.

Confounding by indication of NVP is frequently encountered in the literature. For this bias to be present, NVP must be associated with both exposure to ondansetron, which it undoubtedly is, and with VSD. However, NVP has never been associated with congenital anomalies.[12] In fact, the 2018 ACOG guidelines specifically state that even hyperemesis gravidarum has never been shown to increase risk.[3,12] Although confounding by NVP severity is a critical consideration when evaluating perinatal outcomes resulting from NVP-related malnutrition, such as fetal growth restriction, it does not appear to be a major concern when evaluating birth defects.

The slight increased risk of VSD with first trimester ondansetron use may be explained by its effect on the embryonic heart during organogenesis given that ondansetron

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz255/5682456 by guest on 24 December 2019

Case 1:15-md-02657-FDS   Document 1796   Filed 01/17/20   Page 19 of 36

is known to cross the placenta.[24] Danielsson *et al.* showed a concentration-dependent association between ondansetron and embryonic heart rhythms and ultimately cardiovascular malformations in pregnant rats.[25] Our study extends this literature by demonstrating a similar dose–response relationship in an epidemiologic study.

Our findings must be interpreted with an understanding of its limitations. A limitation we share with most pharmacoepidemiologic studies is reliance on claims and prescription data, which may be subject to misclassification bias. We had no measure of adherence and thus assumed that oral medication was taken as prescribed. This resulted in unusually high doses, despite conversion to bioequivalence, as prescriptions could be written for frequent daily use (e.g. 'every 4 hours') for up to 90 days. For this reason, we caution readers not to extrapolate a safety dose threshold from the dosing trajectories. We did however, have access to both inpatient and outpatient claims, providing us a full representation of a woman's exposure. Despite this broad approach to capturing exposure, findings of increased risk are based on only 24 VSDs occurring in the 3733 infants exposed in the first trimester. We also lacked information on other medication use in pregnancy. This results in a potential unmeasured confounding drug and eliminates the possibility for evaluation against an active comparator. Finally, though protocols at our institution require an echocardiogram to confirm VSDs before documentation into the chart (excluding middle muscular VSD which can often be diagnosed based on unique characteristics alone), we were unable to validate the outcome of VSD in this data set.

It is crucial to emphasize that VSD is often a small defect that closes spontaneously[26] and has limited haemodynamic consequence. Moreover, ondansetron is an effective treatment for severe NVP,[27] and the lack of a quantitative measure of NVP's impact prevents us from calculating the risk–benefit ratio. Such a measure would include quality of life indicators (e.g. missed work) and perinatal outcomes related to malnutrition (e.g. preterm birth). Each of these factors must be considered in clinical decision making.

Our findings demonstrate a slight increase in the absolute risk of VSD with first trimester exposure to ondansetron. Increased risk was dose-dependent in the first trimester of pregnancy. More research is needed to define the critical dose at which risk increases substantially. Clinically, NVP treatment decisions must consider the increased VSD risk associated with ondansetron while bearing in mind the dangers associated with withholding this effective medication.

## Supplementary Data

Supplementary data are available at *IJE* online.

## Funding

This work was support by the Obstetric and Fetal Pharmacology Research Centers from the National Institute of Child Health and Human Development [grant HD047905].

**Conflict of interest:** None declared.

## References

1. Matthews A, Haas DM, O'Mathuna DP, Dowswell T, Doyle M. Interventions for nausea and vomiting in early pregnancy. *Cochrane Database Syst Rev* 2014;3:CD007575.
2. Taylor LG, Bird ST, Sahin L . Antiemetic use among pregnant women in the United States: the escalating use of ondansetron. *Pharmacoepidemiol Drug Saf* 2017;26:592–96.
3. Veenendaal MV, van Abeelen AF, Painter RC, van der Post JA, Roseboom TJ. Consequences of hyperemesis gravidarum for offspring: a systematic review and meta-analysis. *BJOG* 2011;118:1302–13.
4. Griddine A, Bush JS. Ondansetron. In: Abai B, Abu-Ghosh A, Acharya AB *et al.* (eds). *StatPearls*. Treasure Island, FL: StatPearls Publishing, 2018.
5. Einarson A, Maltepe C, Navioz Y, Kennedy D, Tan MP, Koren G. The safety of ondansetron for nausea and vomiting of pregnancy: a prospective comparative study. *BJOG* 2004;111:940–43.
6. Colvin L, Gill AW, Slack-Smith L, Stanley FJ, Bower C. Off-label use of ondansetron in pregnancy in Western Australia. *Biomed Res Int* 2013;2013:1.
7. Pasternak B, Svanstrom H, Hviid A. Ondansetron in pregnancy and risk of adverse fetal outcomes. *N Engl J Med* 2013;368:814–23.
8. Danielsson B, Wikner BN, Kallen B. Use of ondansetron during pregnancy and congenital malformations in the infant. *Reprod Toxicol* 2014;50:134–37.
9. Huybrechts KF, Hernández-Díaz S, Straub L . Association of maternal first-trimester ondansetron use with cardiac malformation and oral clefts in offspring. *JAMA* 2018;320:2429–37.
10. Mitchell AA. Studies of drug-induced birth defects. In: Strom BL (ed). *Pharmacoepidemiology.* 5th edn. Chichester, UK: John Wiley and Sons, 2012, pp. 595–608.
11. Parker SE, Van Bennekom C, Anderka M, Mitchell AA. Ondansetron for treatment of nausea and vomiting of pregnancy and the risk of specific birth defects. *Obstet Gynecol* 2018;132:385–94.
12. Nausea and vomiting of pregnancy. Practice Bulletin No. 189.American College of Obstetricians and Gynecologists. *Obstet Gynecol* 2018;131:e15–30.
13. *Zofran [Package Insert]*. Research Triangle Park, NC: GlaxoSmithKline, 2014.
14. Single World Intervention Graphs (SWIGs): A Unification of the Counterfactual and Graphical Approaches to Causality. Working Paper Number 128. Center for Statistics; the Social Sciences, University of Washington. http://www.csss.washington.edu/Papers/wp128.pdf (26 August 2018, date last accessed).
15. Shrier I, Platt RW. Reducing bias through directed acyclic graphs. *BMC Med Res Methodol* 2008;8:70.
16. Citrome L. Compelling or irrelevant? Using the number needed to treat can help decide. *Acta Psychiatr Scand* 2008;117:412–29.
17. Rubin DB. On principles for modeling propensity scores in medical research. *Pharmacoepidem Drug Safe* 2004;13:855–57.

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz255/5682456 by guest on 24 December 2019

18. Austin PC, Stuart EA. Moving towards best practice when using inverse probability of treatment weighting (IPTW) using the propensity score to estimate the causal treatment effects in observational studies. *Stat Med* 2015;**34**:3661–79.

19. Austin PC. Balance diagnostics for comparing the distribution of baseline covariates between treatment groups in propensity-score matched samples. *Stat Med* 2009;**28**:3083–107.

20. Austin PC, Mamdani MM. A comparison of propensity score methods: a case-study estimating the effectiveness of post-AMI statin use. *Stat Med* 2006;**25**:2084–106.

21. Genolini C, Falissard B. Kml: a package to cluster longitudinal data. *Comput Methods Prog Biomed* 2011;**104**:e112–e121.

22. Palmsten K, Rolland M, Hebert MF . Patterns of prednisone use during pregnancy in women with rheumatoid arthritis: daily and cumulative dose. *Pharmacoepidemiol Drug Saf* 2018;**27**:430–8.

23. Fejzo MS, MacGibbon KW, Mullin PM. Ondansetron in pregnancy and risk of adverse fetal outcomes in the United States. *Reprod Toxicol* 2016;**62**:87–91.

24. Siu SN, Chan MT, Lau T. Placental transfer of ondansetron during early human pregnancy. *Clin Pharmacokinet* 2006;**45**:419–23.

25. Danielsson B, Webster WS, Ritchie HE. Ondansetron and the teratogenicity in rats: evidence for a mechanism mediated via embryonic hERG blockade. *Reprod Toxicol* 2018;**81**:237–45.

26. Dees E, Baldwin HS. Developmental biology of the heart. In: Gleason A, Juul SE (eds). *Avery's Diseases of the Newborn*. 10th edn. Philadepphia, PA: Elsevier, 2018, pp. 724–740.e3.

27. O'Donnell A, McParlin C, Robson SC . Treatments for hyperemesis gravidarum and nausea and vomiting in pregnancy: a systematic review and economic assessment. *Health Technol Assess* 2016;**20**:1–268.

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz255/5682456 by guest on 24 December 2019

**Supplementary Material**

**ICD codes indicative of nausea and vomiting related diagnoses include:**

004.0, 005.89, 005.9, 007.1, 008.00, 008.45, 008.49, 008.5, 008.62, 008.69, 008.8, 009.0, 009.1, 009.2, 009.3, 022.2, 027.0, 041.4, 041.49, 250.60, 306.4, 307.54, 530.7,  530.81, 531.00, 531.30, 531.90, 534.90, 535.0, 535.00, 535.01, 535.10, 535.30, 535.31, 535.40, 535.41, 535.5, 535.50, 535.51, 536.2, 536.3, 536.41, 536.9, 558.9, 578.9, 643.00, 643, 643.0, 643.01,  643.03, 643.1, 643.10, 643.11, 643.13, 643.20, 643.21, 643.23, 643.80, 643.81, 643.83, 643.90, 643.9, 643.91, 643.93, 646.83, 787.0, 787.01, 787.02, 787.03, 787.04, 787.91, 787.99, 789.06, 793.4, 997.4, 5940016, 7841019,  28667013, 40246014, 42550011, 121175012, 166856017, 179018017, 1221437012, 2478737017,  2535970019, 2643930014, 2643931013, 2647991011.

JA006624

**Figure S1.** Conceptual graphic displaying potential relationship of maternal ondansetron exposure in the first trimester and ventricular septal defect (VSD) in the infant. Minimal sufficient variable adjustment set in red.



Propensity Scores

Variables in the propensity score include type of insurance, maternal age, years of education, marital status, height, pre-gravid weight, parity, history of miscarriage/termination/abortion, illicit drug use, and maternal comorbid conditions including chronic hypertension, collagen vascular disease, arrhythmia, lower or upper gastrointestinal disease, diabetes, structural heart disease, and malignancy of any type.

**Figure S2a.** Evaluation of propensity score balance by treatment for ondansetron exposure in first trimester.



**Figure S2b.** Evaluation of propensity score matching for ondansetron exposure in first trimester.



JA006626

**Table S1.** Description of variables with missing data by ondansetron use in the first trimester.

| Characteristic with Missing Information | Ondansetron Use N (%) n=3733 | No Ondansetron N (%) n=29 944 |
|---|---|---|
| Race | 113 (3) | 1158 (4) |
| Mother's age | 0 | 7 (0) |
| Mother's Education | 550 (15) | 3614 (12) |
| Height | 461 (12) | 2903 (10) |
| Weight | 991 (27) | 9,220 (31) |
| Married | 28 (1) | 389 (1) |
| Smoked during pregnancy | 543 (15) | 3636 (12) |
| History of miscarriage or termination | 2 (0) | 34 (0) |
| Parity | 1 (0) | 33 (0) |

4

JA006627

**Table S2**. Summary of All Results Assessing Association Between Ondansetron Exposure in the First Trimester and Additional Cardiac Defects.

| Method | Unadjusted RR (95%CI) | Adjusted[a] RR (95% CI) | Number Needed to Harm[a] |
|---|---|---|---|
| Septal Defect[b] | | | |
| Log Binomial Regression | 1.6 (1.1, 2.3) | 1.5 (0.95, 2.3) | 384 |
| Propensity Scores | | | |
|    Matched | 1.3 (0.78, 2.0) | 1.5 (0.88, 2.5) | 333 |
|    IPTW | 1.4 (0.96, 2.1) | 1.6 (1.0, 2.5) | 322 |
| Any Cardiac Defect[c] | | | |
| Log Binomial Regression | 1.3 (0.93, 1.8) | 1.2 (0.86, 1.8) | 500 |
| Propensity Scores | | | |
|    Matched | 1.2 (0.77, 1.8) | 1.3 (0.82, 2.0) | 416 |
|    IPTW | 1.2 (0.84, 1.7) | 1.3 (0.86, 1.8) | 500 |

[a]Adjusted for count of encounter for nausea/vomiting/hyperemesis/GI infection, total encounters, insurance type, maternal age, race, years of education, marital status, pre-gravid BMI, parity, history of abortion, drug use, arrhythmia, chronic hypertension, collagen vascular disease, lower gastrointestinal disease, upper gastrointestinal disease, diabetes (any), maternal structural heart disease, ultrasound with nuchal fold measurement in pregnancy, smoking status, and patient of Magee clinic.

[b] Inclusive of ventricular and atrial septal defect.

[c] Inclusive of ASD, VSD, atrial-ventricular canal, hypoplastic left heart, coarctation of the aorta, mitral or aortic valve lesions, peripheral pulmonic stenosis, and teratology of Fallot

RR=Risk Ratio; CI=Confidence Interval; IPTW=Inverse Probability Treatment Weighting.

5

**Table S3.** Association between first trimester exposure to ondansetron and 'any' congenital malformation.

| Outcome | Unadjusted Risk Ratio (95% CI) | Adjusted[a] Risk Ratio (95% CI) |
|---|---|---|
| Ventricular Septal Defect | 1.8 (1.1, 2.8) | 1.7 (1.0, 2.9) |
| Septal Defect[b] | 1.6 (1.1, 2.3) | 1.5 (0.95, 2.3) |
| Heart Defect[c] | 1.3 (0.93, 1.8) | 1.3 (0.86, 1.8) |
| Any Birth Defect[d] | 1.1 (0.91, 1.3) | 1.0 (0.85, 1.2) |

[a] Adjusted for count of encounter for nausea/vomiting/hyperemesis/gastrointestinal infection, total encounters, insurance type, maternal age, race, years of education, marital status, BMI (kg/m$^2$), parity, history of abortion, drug use, arrhythmia, chronic hypertension, collagen vascular disease, lower gastrointestinal disease, upper gastrointestinal disease, diabetes (any), maternal structural heart disease, ultrasound with nuchal fold measurement in pregnancy, smoking status, and patient of Magee-Womens Hospital resident clinic.

[b] Inclusive of ventricular and atrial septal defect.

[c] Inclusive of ASD, VSD, atrial-ventricular canal, hypoplastic left heart, coarctation of the aorta, mitral or aortic valve lesions, peripheral pulmonic stenosis, and teratology of Fallot

[d] Defined as any one of the following: cyanotic structural heart disease, cleft palate, arrhythmia, cardiomyopathy, lower urinary tract or renal anomaly, eye abnormality, anatomic ear anomaly, abnormal thoracic cage, musculoskeletal anomaly, gastroschisis, structural intestinal obstruction, or congenital anatomical CNS abnormality as a constellation of outcomes.

6

# TAB 151



---

## Meta-analysis

### Use of ondansetron during first trimester of pregnancy and

### risk of congenital anomalies

---

## Abstract:

Introduction: Ondansetron is a 5-HT3 serotonin receptor antagonist indicated for the prevention of acute nausea and vomiting induced by cytotoxic chemotherapy in adults. The results of studies published in the scientific literature on use of ondansetron during pregnancy are inconsistent. The aim of this meta-analysis was to synthesize findings and increase statistical power for rare outcomes such as congenital anomalies.

Method: The literature references were provided by Novartis, the marketing authorization holder of ZOPHREN® (oral, rectal and IV forms), within the framework of a request for type II variation concerning 4.6 and 5.3 of SmPCs. The articles published after February 2018 (not taken into account by the laboratory) and those found after reading the literature references of each article were added. The meta-analysis was performed using RevMan 5.3.

Results: Ten studies were eligible. Compared to non-exposed (disease free, sick or not specified), first trimester exposure to ondansetron was significantly associated with an increased risk of cardiac malformations (OR= 1.45, 95% CI = 1.04-1.92, $I^2$ = 80%, n = 5 studies), cardiac septal defects (1.32, 95% CI = 1.12-1.56, $I^2$= 59% ; n = 4 studies), and oral clefts (1.30, 95% CI = 1.04-1.63, $I^2$ = 0%; 3 studies).
No statically significant association was found for major malformations (OR= 1.07, 95%CI = 0.95-1.20; $I^2$=20%; 5 studies), cleft lip with or without cleft palate (OR = 1.04, 95% CI = 0.84-1.21; $I^2$=0%; 7 studies) or cleft palate (OR = 1.23, 95% CI = 0.83-1.84; $I^2$ = 72%; 6 studies).

Conclusion: Ondansetron is associated with an increased risk of cardiac abnormalities, especially septal defects, and orofacial clefts. SmPC of ondansetron-based products need to be updated to take into account these risks.

## Post european evaluation situation:

As part of the internal assessment of the signal procedure performed by the ANSM, a meta-analysis was conducted and shared as part of the comments from France on the Rapporteur's assessment report. The meta-analysis showed that ondansetron was associated with an increased risk of cardiac abnormalities, especially septal defects, and orofacial clefts. These conclusions were discussed by the State Member Rapporteur and PRAC (Pharmacovilance Risk Assessement Committee) members who highlighted that the methodological quality of the studies should also be considered, which was agreed by the ANSM. Based on literature and pharmacovigilance data, the PRAC concluded by consensus that the product information of ondansetron-containing products should be updated to provide information on the magnitude of the risk of orofacial malformations and recommendations on the use of ondansetron during pregnancy in its authorised indications.

JA006630



# I.   Introduction

Ondansetron is a 5-HT3 serotonin receptor antagonist indicated for the prevention of acute nausea and vomiting induced by cytotoxic chemotherapy in adults.

Novartis sent a type II variation on 05/12/2018 concerning sections 4.6 and 5.3 of SmPC for its ondansetron-based products. The results published in the scientific literature on the use of ondansetron during pregnancy are inconsistent. The aim of this meta-analysis was to synthesize findings and increase statistical power for rare outcomes such as congenital anomalies.

# II.   Method

### Research Strategy:

The literature references were provided by Novartis, the marketing authorization holder of ZOPHREN® (oral, rectal and IV forms), within the framework of a request for type II variation concerning 4.6 and 5.3 of SmPCs. The research strategy used by Novartis was as follows:

*The published literature including case series, epidemiological studies and pre-clinical studies concerning reproductive toxicity associated with the use of ondansetron in pregnancy was evaluated cumulatively in the last EU PSUR (01Mar2015-28Feb2018). The relevant epidemiological analysis, discussion and conclusions from the analysis are presented here. Embase was searched. Any relevant publications referred in the retrieved data and previously not identified in the Embase search were also reviewed.*

18 articles were identified by Novartis, and 9 have been added by the ANSM (4 published after February 2018 and 5 found in literature references of studies).

### Criteria for inclusion and exclusion:

Cohort studies, case-control or randomized trials on risks following *in utero* exposure to ondansetron were included.

Following informations were extracted: first author, year of publication, study design, data sources, sample size, potential confounding factors considered, as well as results (Odds Ratios and Hazard Ratios / Relative Risk) and their confidence intervals (95% CI).

Studies were excluded: if there was no control group, or if the control group was also exposed to ondansetron (n = 1), if the exposure was to a class of drugs (antiemetics) and not to ondansetron only (n = 1), or on a substance other than ondansetron of the same class (n = 1), if the available data did not allow the calculation of OR (n = 3). Systematic reviews and meta-analysis (n = 6) were also excluded (but were used to verify the completeness of the literature search), as were animal studies and case series (n = 1) and studies on efficacy or only describing use of ondansétron (n=3).

### Data analysis:

In case of several studies focused on the same population, the study having the most important population was kept for the analysis.

In case of several control groups (i.e. first unexposed control group, second control group exposed to another antiemetic), the choice was made to keep the results compared to the most similar group to the exposed group, e.g sick and / or exposed to another antiemetic.

The meta-analysis were performed using Cochrane Collaboration Review Manager Software (RevMan, version 5.3). When available, the adjusted results reported in the articles were used. Otherwise, the odd ratio was estimated from the raw data. A random model was used.

# III.   Results: risks following exposure to ondansétron during first trimester of pregnancy

The 10 following studies have been included in the meta-analysis.

JA006631



**Table 1:** studies included in meta-analysis

| author | country | design | population | exposure | comparator groups | Period of exposure |
|---|---|---|---|---|---|---|
| Anderka et al. 2012 | USA | case-control study | National Birth Defects Prevention Study (NBDPS)- 1997-2004 | 4524 cases, 5859 controls; 67.1% NVP and 15.4% (n=621) treated for NVP in T1 (all meds) | unexposed (not otherwise specified) | 1st trimester |
| Andersen et al. 2013 (abstract) | Denmark | cohort study | Danish Nationwide Cohort Study 1997-2010 Data from Medical Birth Registry, National Hospital Register, National Prescription Register | n=897,018 births during study period n=1248 redeemed prescription for ondansetron in T1. 58 (4.7%) had baby with congenital malformation after T1 prescription compared to 31,357 (3.5%) in unexposed group. | 1) unexposed 2) sick, exposed to other treatment | 1st trimester |
| Colvin et al. 2013 | Australia | cohort study | Data from Western Australian Data Linkage System (WADLS) 2002–2005 including WA Birth Defects Registry, Midwives Notification System and National Prescribing Data (PBS) | 96,968 births 251 exposed to ondansetron (263 offspring), includig 211 in T1 | unexposed (not otherwise specified) | 1st trimester |
| Danielsson et al. 2014 | Sweden | cohort study | Swedish Medical Birth Register + Swedish Register of Prescribed Drugs, 1998-2012 | In total: 1 501 434 infants and 43 658 had malformations classified as a major, 2.9%. 1349 infants born of women who had taken ondansetron in early pregnancy | 1) unexposed 2) sick, exposed to other treatment | 1st trimester |
| Einarson et al. 2004 | Canada | Prospective comparative cohort | Pregnant women who called Teratogen Information Services (TIS) within a two year period | n=176 exposed, n=176 exposed to other anti-emetics, n=176 nonteratogen controls | 1) unexposed 2) sick, exposed to other treatment | 1st trimester (most between 5-9 weeks of gestation) |
| Fejzo et al. 2016 | USA | cohort study | Hyperemesis Education and Research Founda-tion Web between 2007 and 2014 | 771 pregnancies in womenwith a history of HG with no ondansetron exposure and 1555 pregnancies with neither a history ofHG nor ondansetron exposure. | 1) unexposed 2) sick, exposed to other treatment | 1st trimester (90%) |
| Huybrechts et al. 2018 | USA | cohort study | 1 502 895 women enrolled in Medicaid 2000-2013 | 14 577 of 1 727 947 unexposed and 835 of 88 467 exposed infants were diagnosed with a cardiac malformation | 1) unexposed 2) sick, exposed to other treatment | 1st trimester |
| Parker et al. 2018 | USA | case-control study | National Birth Defects Prevention Study (1997–2011) and the Slone Birth Defects Study (1997–2014). | 6,751 and 5,873 control mothersin NBDPS and 14,667 and 8,533 case mothers in SBDS who reported first-trimester nausea and vomiting of pregnancy | 1) unexposed 2) sick, exposed to other treatment | 1st trimester |
| Pasternak et al. 2013 | Denmark | cohort study | Medical Birth Registry and the National, Patient Register from January 1, 2004, through March 31, 2011. | 608,385 pregnancies spontaneous abortion (1849 exposed women vs. 7396 unexposed women), stillbirth (1915 vs. 7660), any major birth defect (1233 vs. 4932), preterm delivery (1792 vs. 7168), and birth of infants at low birth weight and small for gestational age (1784 vs. 7136). | unexposed (not otherwise specified) | 1st trimester |

JA006632



| | | | | | | |
|---|---|---|---|---|---|---|
| Zambelli-Weiner et al. 2018 | USA | case-control study | all live births from 2000 to 2014 who had 1 year follow up  for the infant = 864,083 mother-child pairs |  Early exposure to ondansetron occurred in 76,330 mother-child pairs (8.8%), and early exposure to medical administration of ondansetron occurred in 5557 mother-child pairs (0.64%). 802,253 infants with no birth defects, 32,100 infants were diagnosed with cardiovascular birth defects, and 1590 infants were diagnosed with orofacial cleft defects. | 1) unexposed 2) sick, exposed to other treatment | 1st trimester prescription for ondansetron or a claim for medical administration of ondansetron |

JA006633



## A.    Major malformations

Five studies investigated the risk of major congenital malformations related to ondansetron exposure during first trimester of pregnancy. The results did not show a significant increased risk in the overall risk of major malformation (OR = 1.07, 95% CI = 0.95-1.20; I² = 20%).



**Figure 1**: Ondansetron and risk of major congenital malformations

Pasternak et al. (2013) study was excluded because analysis were performed on the same Danish population than Andersen et al (2013) study but on a larger period and population. Including Pasternak et al study instead of Andersen did not change the results, except heterogeneity between studies (OR=1.0; IC95%=0.98-1.04; I²=0%).

## B.    Cardiac anomalies

A meta-analysis of 5 studies showed an increased risk of global heart defects associated with ondansetron in first trimester of pregnancy (OR = 1.45, 95% CI = 1.04-2.03). Heterogeneity between studies is important (I²= 80%).



**Figure 2**: Ondansetron and risk of cardiac malformations

Pasternak et al. (2013) study was excluded because analysis were performed on the same Danish population than Andersen et al (2013) study but on a larger period and population. Moreover, OR from Andersen study were adjusted contrary to OR from Pasternak which were non-adjusted and were calculated from raw data.

Including Pasternak et al study instead of Andersen did not change the results (OR= 1.38 [1.03, 1.85]; I²=75%).

## C.    Cardiac septal defects

Among cardiac malformations, meta-analysis on 4 articles showed an increased risk of cardiac septal defects associated with ondansetron at first trimester (OR = 1.32, 95% CI = 1.12-1.56, I² = 59%).

JA006634





**Figure 3: Ondansetron and risk of cardiac septal defects**

### D.    Oral clefts

Based on 3 studies, first-trimester exposure to ondansetron is associated with an increased risk of oral cleft (OR = 1.30, 95% CI = 1.04-1.63, I² = 0%).



**Figure 4: Ondansetron and risk of orofacial cleft**

### E.    Clefts palate

Six studies evaluated the risk of cleft palates. The meta-analysis did not show an increased risk associated with ondansetron in early pregnancy (OR = 1.23, 95% CI = 0.83-1.84; I² = 72%).



**Figure 5 : Ondansetron and risk of cleft palate**

It should be noted that a study (Pasker et al., based on the Birth Defect Study data) found a significantly *decreased* risk of cleft palate after in utero exposure to ondansetron in first trimester. The authors, who performed the same analysis based on another population (National Birth Defects Prevention Study), conducted several sensitivity analysis to explain this inconsistent result, but no explanation could be given. After removing this study (Pasker et al, BDS) from meta-analysis, the heterogeneity between studies became low and the association between ondansetron and cleft palate risk was then significantly increased (OR = 1.40, 95% CI = 1.14). 1.72, I² = 8%, 5 studies).

JA006635



When considering the safety of ondansetron, the choice could have been made to be as conservative as possible using a fixed-effect model, even if there was considerable heterogeneity between analysis. In this case, the risk of cleft palate would have been statistically increased, even including Parker et al-BDS study (OR= 1.22, 95% CI = 1.03-1.46, I² = 72%).

### F.   Clefts lip with or without cleft palate

A meta-analysis on 7 studies showed no increased risk of cleft lip with or without cleft palate exposure to ondansetron in utero (OR = 1.01, 95% CI = 0.84-1.21; I²=0%).



**Figure 6 :** Ondansetron and risk of cleft lip with / without cleft palate

### G.   Sensitive analysis

As Andersen's study is an abstract that has not resulted in a peer-reviewed publication, caution is warranted concerning its inclusion in meta-analysis. Moreover, reluctance to include Pasternak's study can be justified as in most cases only raw data were available to calculate an unadjusted OR. We conducted sensitive analysis to address these limitations. Results showed that pooled effect estimate are not significantly changed without Pasternak's or Andersen's studies for oro-facial clefts and septal defects. Take into consideration only adjusted OR provided by the authors does not substantially modified pooled estimates studies (see table below).

| outcome | including all studies | exluding Pasternak* or Andersen's** study | excluding OR calculated based on raw data |
|---|---|---|---|
| major malformations | OR = 1.07, 95% CI = 0.95-1.20; I²= 20% | 1.01 [0.98, 1.04]; I²= 0%** | 1.07 [0.95, 1.20] ; I²= 20% [1] |
| oro-facial clefts | **OR=1.30, 95% CI = 1.04-1.63, I²= 0%** | **1.32 [1.05, 1.65]. I²= 0%*** | **1.32 [1.05, 1.65]. I²= 0% [1]** |
| cleft lip w/o cleft palate | OR= 1.01, 95% CI = 0.84-1.21; I²= 0% | 1.00 [0.83, 1.21].i²=0%* | 1.05 [0.81, 1.36] ; I²= 10% [3] |
| cleft palate | OR= 1.23, 95% CI = 0.83-1.84; I²= 72% | 1.24 [0.82, 1.88] ; I²=77%* | 1.24 [0.82, 1.88] ; I²=77% [1] |
| cardiac malformation | **OR=1.45, 95% CI = 1.04-2.03; I²= 80%** | 1.31 [0.94, 1.82] ; I²=75%** | **1.43 [1.02, 2.00] ; I²=84% [2]** |
| cardiac septal defects | **OR= 1.32, 95% CI = 1.12-1.56, I²= 59%** | **1.43 [1.02, 2.00] ; I²=73%*** | **1.43 [1.02, 2.00] ; I²=73% [1]** |

[1] excluding Pasternak's study only
[2] excluding Fejzo's study only
[3] excluding Pasternak's, Fejzo's and Huybrecht's studies

JA006636



## II.    Discussion

The results published in the scientific literature on the risks of exposure to ondansetron during pregnancy were inconsistent. This meta-analysis found an increased risk of cardiac abnormalities, especially septal defects, and oral clefts after first trimester exposure to ondansetron, compared to non-exposed (sick or not).

This literature review and meta-analysis has several limitations: the literature search was done by a laboratory and was not verified. However, the literature references of each study initially identified by the laboratory were checked to include additional studies. In addition, an abstract of a meta-analysis made by another French team on risks related to the use of ondansetron during pregnancy was published and used the same articles (authors have been contacted). Several biases may be mentioned in selected studies: some important confounders could not be taken into account (e.g known teratogenic drugs) and some results used for the meta-analysis were not adjusted. It is not known if miscarriages following malformations have been taken into account. Not taken into account these cases, would probably have led to increase the risk associated to in utero exposure to ondansetron.
Some studies have chosen a comparator group not exposed to ondansetron (sick or not, exposed to other drugs or not), not allowing to take into account the risk related to the pathology itself (although some studies have shown decreased risk of miscarriage in patients with vomiting in early pregnancy). In order to reduce bias associated with the pathology, when the studies permitted it, the comparator group "sick, exposed to another antiemetic" was chosen. It might have been interesting to make sensitivity analysis by type of comparator group.

We choose to include the effect estimates from the Zambelli-Weiner et al (2019) when "medical administration of ondansetron" occurred, to address classification bias found in other studies based on prescription data only (prescribed does not mean administrated and not necessarily the same day than the prescription, leading to misclassification in period of exposure too).

Another difficulty is related to conflicting results with data from the same origins, without explanations, for instance:
- Based on the same databases, with an overlapping study period, almost the same number of exposed pregnancies, Andersen 2013 retrieved a double risk of cardiac malformations after in utero exposure to ondansetron, whereas Pasternak 2013 did not. However, including Pasternak's study instead of Andersen's did not change the results;
- In their publication, Parker 2018 used data from two case–control studies, the National Birth Defects Prevention Study (1997–2011) and the Slone Birth Defects Study (1997–2014) to investigate the association between malformations and prenatal exposure to ondansetron. For cleft palate, the association with ondansetron was elevated in the National Birth Defects Prevention Study but not in the Birth Defects Study. To explore the discrepant findings for cleft palate in the two studies, the authors conducted several sensitivity analyses, but all failed to explain the differences observed in the main analysis.

We were informed after the finalization of this analysis that the estimate from Andersen et al (2013) selected for the meta-analysis was later revised by the authors and moved from 2.0 (CI95% 1.3-3.1) to 1.6 (CI95% 1.1-3.1) with increased number of exposures (Andersen et al 2014). However, taking into account this odd ratio, results remain in favor of an increased risk (OR= 1.37 [1.02, 1.84]; $I^2$=75%) of congenital anomalies.

JA006637



Finally, we can note the small number of studies for some pregnancy outcomes that did not allow to make sensitivity analysis depending on the design study, divergent results (sometimes a significant heterogeneity, between studies), and potential publication bias.

Another French team worked on a meta-analysis on use of ondansetron during pregnancy. The study is not published yet but it has been presented during a congress in France in June 2019. The results are also in favor of an increased risk of oro-facial cleft and septal defect. The abstract is available at the following link https://onlinelibrary.wiley.com/doi/epdf/10.1111/fcp.12468 (réf.CO-054); this meta-analysis addresses some limitations of ANSM meta-analysis, in particular, authors assessed the risk of bias of each study included in their meta-analysis. The authors used a proprietary collaborative WEB-based meta-analysis platform. Main results and protocol are available online: http://metapreg.org/viewMA.aspx?exposition=281.

## Bibliography

1. Anderka M, Mitchell AA, Louik C, Werler MM, Hernández-Diaz S, Rasmussen SA, et al. Medications used to treat nausea and vomiting of pregnancy and the risk of selected birth defects. Birt Defects Res A Clin Mol Teratol. 2012 Jan;94(1):22–30.
2. Andersen JT, Jimenez-Solem E, Andersen NL, Poulsen HE. Ondansetron Use in Early Pregnancy and the Risk of Congenital Malformations – A Register Based Nationwide Cohort Study. Pharmacoepidemiol Drug Saf. 2013;22(Suppl. 1):13–4.
3. Colvin L, Gill AW, Slack-Smith L, Stanley FJ, Bower C. Off-label use of ondansetron in pregnancy in Western Australia. BioMed Res Int. 2013;2013:909860.
4. Danielsson B, Wikner BN, Källén B. Use of ondansetron during pregnancy and congenital malformations in the infant. Reprod Toxicol Elmsford N. 2014 Dec;50:134–7.
5. Einarson A, Maltepe C, Navioz Y, Kennedy D, Tan MP, Koren G. The safety of ondansetron for nausea and vomiting of pregnancy: a prospective comparative study. BJOG Int J Obstet Gynaecol. 2004 Sep;111(9):940–3.
6. Fejzo MS, MacGibbon KW, Mullin PM. Ondansetron in pregnancy and risk of adverse fetal outcomes in the United States. Reprod Toxicol Elmsford N. 2016;62:87–91
7. Huybrechts KF et al. Association of Maternal First-Trimester Ondansetron use with cardiac malformations and oral clefts in offspring.  JAMA 2018 Dec 18; 320 (23): 2429-2437
8. Parker SE et al. National Birth Defects Prevention Study.  Ondansetron for treatment of nausea and vomiting of pregnancy and the risk of specific birth defects. Obstet Gynecol 2018; 132(2): 385-394
9. Pasternak B, Svanström H, Hviid A. Ondansetron in pregnancy and risk of adverse fetal outcomes. N Engl J Med. 2013 Feb 28;368(9):814–23.
10. Zambelli-Weiner A et al.  First trimester Ondansetron exposure and risk of structural birth defects. Reprod Toxicol. 2019 Jan; 83: 14-20.

JA006638