**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL NO. 1:15-md-2657-FDS<br>This document relates to:<br>All Actions |

**PLAINTIFFS' AND GSK'S PROPOSED AGENDA FOR**
**JANUARY 27, 2020 STATUS CONFERENCE**

1. Filings Update

2. State Court Update

3. Update on GSK and Novartis Discovery

4. Update on GSK Citizen Petition and FDA

5. Update on Dr. Zambelli-Weiner

6. Update on Supplemental Expert Reports

7. *Rodriguez* – Plaintiffs' and GSK's Joint Proposed Amended Scheduling Order (No. 1:15-cv-13762-FDS, Dkt. No. 136)

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

      /s/ *Jennifer Stonecipher Hill*
      Jennifer Stonecipher Hill