UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL NO. 1:15-md-2657-FDS<br>This document relates to:<br>All Actions |

## GLAXOSMITHKLINE LLC'S
## MOTION FOR CASE MANAGEMENT ORDER GOVERNING STATUS CONFERENCES AND TO STRIKE PORTIONS OF THE RECORD

GlaxoSmithKline LLC ("GSK") moves this Court to (1) implement a Case Management Order governing the parties' obligations to confer and restricting obstructive conduct and (2) strike, from the public record, the inappropriate argument and slides presented by Plaintiffs' counsel at the January 27, 2020 status conference. As explained more fully in GSK's Memorandum, prospective controls and remedial measures are necessary to maintain the integrity of the process and docket.

WHEREFORE, GSK respectfully requests that this Court grant its Motion for all of the reasons set forth in the accompanying Memorandum.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for GSK attempted to meet and confer in a good faith effort to narrow the issues of dispute without success.

Dated: February 3, 2020

    Respectfully submitted,

    */s/ Jennifer M. Stevenson*
    Madeleine M. McDonough
    Jennifer M. Stevenson
    Jennifer Stonecipher Hill
    SHOOK, HARDY & BACON L.L.P.
    2555 Grand Blvd.
    Kansas City, MO 64108
    Telephone: (816) 474-6550
    Facsimile: (816) 421-5547
    mmcdonough@shb.com
    jstevenson@shb.com
    jshill@shb.com
    *Admitted pro hac vice*

    Lisa S. Blatt
    Amy Mason Saharia
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, N.W.
    Washington, DC 20005
    Telephone: (202) 434-5000
    Facsimile: (202) 434-5029
    lblatt@wc.com
    asaharia@wc.com
    *Admitted pro hac vice*

    Attorneys for Defendant GlaxoSmithKline LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                        /s/ Jennifer M. Stevenson
                                        Jennifer M. Stevenson