## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 1:15-md-2657-FDS |
| This Document Relates To: | ) ) |  |
| All Actions | ) ) |  |

### PLAINTIFFS' MOTION FOR SANCTIONS AGAINST GSK

Plaintiffs, by and through their undersigned attorneys, respectfully move this Court to enter an Order sanctioning GSK.

As more fully set forth in the accompanying memorandum of law and referenced exhibits, GSK (through its counsel of record) has been lobbying the FDA to rule favorably on its pending Citizen Petition, in an effort to prevail on its preemption defense, all the while misrepresenting to this Court and to Plaintiffs that it has no knowledge about the FDA's consideration of that petition, and further, GSK failed to disclose through pending discovery requests the fact of that lobbying and related communications with the FDA, even after this Court's admonition that all such discovery be produced.

The harm suffered by Plaintiffs as a result of this conduct cannot be remedied fully except by the imposition of sanctions, and specifically an order striking GSK's preemption defense entirely.

Respectfully submitted,

*/s/ Robert K. Jenner*
Robert K. Jenner (BBO No. 569381)
JENNER LAW, P.C.
1829 Reisterstown Road, Suite 350
Baltimore, MD 21208
410-413-2155
rjenner@jennerlawfirm.com

Tobias L. Millrood
POGUST MILLROOD LLC
8 Tower Bridge, Suite 940
Conshohocken, PA  19428
610-941-4204
tmillrood@pogustmillrood.com

Kimberly D. Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9265
kbarone@motleyrice.com

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE  19801
302-622-7099
egraham@gelaw.com

James D. Gotz
HAUSFELD
One Marina Park Drive, Suite 1410
Boston, MA 02210
617-207-0600
jgotz@hausfeld.com
*Attorneys for Plaintiffs*

Dated: February 5, 2020

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for GSK attempted to meet and confer in a good faith effort to narrow the issues of dispute without success.

*/s/ Robert K. Jenner*
Robert K. Jenner

## **CERTIFICATE OF SERVICE**

I, Robert K. Jenner, hereby certify that on this 5th day of February, 2020, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing:

*/s/ Robert K. Jenner*
Robert K. Jenner