UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No. 1:15-md-2657-FDS |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) ) ) ) |

**PLAINTIFFS' RESPONSE TO DEFENDANT GLAXOSMITHKLINE LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO EXCLUDE PLAINTIFFS' GENERAL CAUSATION EXPERTS**

In an about-face from GSK's earlier argument that the Court should not consider causation based on studies involving any medications other than Zofran (even where there is a principled basis to do so – common hERG blocking properties among certain drugs), GSK now points an irrelevant analysis in the case of Viagra as purported supplemental authority for its *Daubert* arguments about Zofran. Viagra is a different drug, prescribed for a different gender, for a different purpose, with a different alleged side effect, occurring in a different population, with a different body of science and altogether different expert witnesses than in Zofran. GSK glosses over the current Zofran labeling being implemented throughout the world acknowledging that Zofran is suspected to cause birth defects and should *not* be used during the first trimester of pregnancy. GSK also highlights inapposite "biological plausibility" opinions in Viagra, ignoring that the mechanism of action by which Zofran can cause birth defects is not hypothetical but has been demonstrated in the heart cells of human embryos and across species of mammals, and has been reliably harmonized with (not contradicted by) the human epidemiology. Accordingly, Plaintiffs respectfully submit that their general causation experts' methodologies should be evaluated based on the evidence, briefing and *Daubert* presentations to the Court in *this* case

Dated: February 13, 2020	Respectfully submitted,

/s/ *Thomas V. Ayala*
M. Elizabeth Graham
Thomas V. Ayala
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE  19801
302-662-7063
egraham@gelaw.com
tayala@gelaw.com

Kimberly D. Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
843-216-9265
kbarone@motleyrice.com

Robert K. Jenner, Esquire
Jenner Law, P.C.
1829 Reistertown Road
Suite 350
Baltimore, Maryland  21208
(410) 653-3200
rjenner@jennerlawfirm.com

Tobias L. Millrood
Michael G. Daly
POGUST, BRASLOW & MILLROOD LLC
8 Tower Bridge, Suite 1520
Conshohocken, PA  19428
610-941-4204
tmillrood@pbmattorneys.com
mdaly@pbmattorneys.com

James D. Gotz
HAUSFELD
One Marina Park Drive, Suite 1410
Boston, MA 02210
617-207-0600
jgotz@hausfeld.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Thomas V. Ayala, hereby certify that on this 13th day of February, 2020, I electronically filed the foregoing Additional Supplement to Joint Appendix for Plaintiffs' and GSK's Daubert Briefing, using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ *Thomas V. Ayala*
Thomas V. Ayala