UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL NO. 1:15-md-2657-FDS<br>This document relates to:<br>All Actions |

**GLAXOSMITHKLINE LLC'S REPLY IN SUPPORT OF ITS MOTION FOR CASE MANAGEMENT ORDER GOVERNING STATUS CONFERENCES AND TO STRIKE PORTIONS OF THE RECORD**

GSK submits this reply to clarify three basic points at issue in Plaintiffs' Opposition.

*First*, GSK's Motion is in no way a statement about the Court's management of this MDL. To be clear, GSK's Motion was necessitated by Plaintiffs' counsel's conduct, particularly over the past several months, in misusing status conferences to make inappropriate, speculative attacks on opposing counsel under the guise of providing updates. Presenting conspiracy theories without adequate factual basis as though they are true only serves to *misinform* the Court. Counsel's duty of "zealous advocacy" does not justify such conduct.

*Second*, an attorney's signing of a brief constitutes a certification that "the factual contentions [therein] have evidentiary support." Fed. R. Civ. P. 11. The notion that GSK must now come forward with lawyer affidavits to rebut pure speculation about the lawyers' actions is misplaced.

*Third*, GSK's counsel's communications with FDA were entirely appropriate, despite the pejorative labels Plaintiffs use. Not only does GSK have a First Amendment right to petition the government, but the regulations expressly permit "private" meetings. 21 CFR 10.65(c). FDA has extended the same invitation to Plaintiffs.

As explained more fully in GSK's Memorandum, the Court can and should enter a case management order governing future conduct and an order striking improper argument.

Dated: February 19, 2020

Respectfully submitted,

 /s/  Jennifer Stonecipher Hill
Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com
*Admitted pro hac vice*

Attorneys for Defendant GlaxoSmithKline LLC

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                           /s/ *Jennifer Stonecipher Hill*
                                           Jennifer Stonecipher Hill