# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>**All Actions** | MDL No. 1:15-md-2657-FDS |

## GLAXOSMITHKLINE LLC'S MOTION IN LIMINE TO EXCLUDE THE ZAMBELLI-WEINER STUDY AND TO PRECLUDE PLAINTIFFS' EXPERTS FROM RELYING UPON IT

GlaxoSmithKline LLC moves the Court to exclude the Zambelli-Weiner study and preclude Plaintiffs' experts from relying on it. As explained more fully in the accompanying Memorandum, there are significant problems undermining the reliability of the Zambelli-Weiner study, rendering it inadmissible. For all of the reasons in GSK's Memorandum, the Court should grant this Motion in its entirety.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for GSK attempted to meet and confer in a good faith effort to narrow the issues of dispute without success.

Dated: March 3, 2020

                                                Respectfully submitted,

                                                */s/ Thomas Sheehan*
                                                Thomas Sheehan
                                                Eva Canaan
                                                PHILLIPS LYTLE L.L.P.
                                                One Canalside
                                                125 Main Street
                                                Buffalo, NY 14203-2887
                                                tsheehan@phillipslytle.com
                                                ecanaan@phillipslytle.com

                                                Madeleine M. McDonough
                                                Jennifer M. Stevenson
                                                Jennifer Stonecipher Hill
                                                SHOOK, HARDY & BACON L.L.P.
                                                2555 Grand Blvd.
                                                Kansas City, MO 64108
                                                Telephone: (816) 474-6550
                                                Facsimile: (816) 421-5547
                                                mmcdonough@shb.com
                                                jstevenson@shb.com
                                                jshill@shb.com
                                                *Admitted pro hac vice*

                                                Attorneys for Defendant GlaxoSmithKline LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                              /s/ Jennifer M. Stevenson
                                              Jennifer M. Stevenson