## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL NO. 1:15-md-2657-FDS<br>This document relates to:<br>All Actions |

## GLAXOSMITHKLINE LLC'S CONSENT MOTION
## TO EXTEND EXPERT DEPOSITION DEADLINE

GSK moves to extend the deadline for conducting the depositions of Drs. Abdulla, Sadler, and Louik. On April 15, 2020, the Court permitted 3-hour depositions of Drs. Abdulla and Sadler and a 2-hour deposition of Dr. Louik. The Court set a July 1, 2020 deadline for completion of these depositions.

Since that time, the parties have met and conferred about the logistics of the depositions, given the ongoing public health crisis. GSK respectfully requests that the Court extend the deadline for completion of these depositions by two months from July 1, 2020 to September 1, 2020. This extension may allow the depositions to proceed in person, rather than remotely, provided that it is safe to do so. GSK will continue to work cooperatively with Plaintiffs' counsel to schedule the depositions in an efficient and safe manner for all involved. Plaintiffs' counsel have indicated that they consent to the requested extension.

Dated: May 28, 2020

        Respectfully submitted,

        */s/ Jennifer M. Stevenson*
        Madeleine M. McDonough
        Jennifer M. Stevenson
        Jennifer Stonecipher Hill
        SHOOK, HARDY & BACON L.L.P.
        2555 Grand Blvd.
        Kansas City, MO 64108
        Telephone: (816) 474-6550
        Facsimile: (816) 421-5547
        mmcdonough@shb.com
        jstevenson@shb.com
        jshill@shb.com
        *Admitted pro hac vice*

        Attorneys for Defendant GlaxoSmithKline LLC

**CERTIFICATE OF SERVICE**

       I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                                      /s/ Jennifer M. Stevenson
                                                      Jennifer M. Stevenson