## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION**

MDL No. 1:15-md-2657-FDS

This document relates to:

*Wallace v. GlaxoSmithKline,* 1:20-cv-10441; and
*Stewart v. GlaxoSmithKline,* 1:19-cv-11411

## DEFENDANT GLAXOSMITHKLINE LLC'S CONSOLIDATED MOTION FOR ORDER TO SHOW CAUSE

GlaxoSmithKline LLC ("GSK") moves for an order to show cause why the above-captioned cases should not be dismissed for failure to prosecute and/or failure to provide Court-ordered discovery. For the reasons set out more fully in GSK's Memorandum of Law, and pursuant to the Federal Rules of Civil Procedure 37 and 41, and MDL Order Nos. 10 and 11, the Court should grant GSK's Motion. *See* Fed. R. Civ. P. 37(b), 41(b).

WHEREFORE, GSK respectfully requests that this Court grant its Motion for Order to Show Cause for the reasons set forth in its Memorandum of Law.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for the parties have met and conferred in a good faith effort to narrow the issues of dispute without success.

Dated: July 7, 2020

Respectfully submitted,

*/s/ Jennifer M. Stevenson*
Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com
*Admitted pro hac vice*

Attorneys for Defendant GlaxoSmithKline LLC

## **CERTIFICATE OF SERVICE**

 I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

     */s/ Jennifer M. Stevenson*
     Jennifer M. Stevenson