UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION**

MDL NO. 1:15-md-2657-FDS
This document relates to:
All Actions

**PLAINTIFFS' AND GSK'S PROPOSED AGENDA FOR
AUGUST 18, 2020 STATUS CONFERENCE**

1. Filings Update

2. Discovery Update

3. GSK's Proposed Letter to FDA (ECF No. 1962)

4. GSK's Motion for Leave to File Its Supplemental Memorandum in Support of Its Renewed Motion for Summary Judgment Based on Federal Preemption (ECF No. 1954)

5. GSK's Motion for Order to Show Cause in *McDowell-Sutton*, Case No. 1:18-cv-11082 (ECF No. 72)

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                              /s/ *Jennifer Stonecipher Hill*
                                              Jennifer Stonecipher Hill