## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE : ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL No. 1:15-md-2657-FDS<br><br>**This document relates to:**<br>All Actions |

## NOTICE OF FDA'S REJECTION OF PROPOSED LABELING CHANGES

GSK submits this notice to inform the Court of developments with respect to Novartis's Prior Approval Supplement, which proposed adding birth defect warnings to the Zofran pregnancy labeling. Counsel for the parties were informed today by Novartis's counsel that FDA has rejected Novartis's proposed Zofran labeling changes. Novartis's counsel has indicated that Novartis intends to produce the documents it received from FDA as to this development as soon as possible. GSK will be prepared to update the Court on this development and its impact on the pending renewed summary judgment motion on federal preemption at the November 16, 2020 status conference.

Dated: November 9, 2020

    Respectfully submitted,

    */s/ Jennifer M. Stevenson*
    Madeleine M. McDonough
    Jennifer M. Stevenson
    Jennifer Stonecipher Hill
    SHOOK, HARDY & BACON L.L.P.
    2555 Grand Blvd.
    Kansas City, MO 64108
    Telephone: (816) 474-6550
    Facsimile: (816) 421-5547
    mmcdonough@shb.com
    jstevenson@shb.com
    jshill@shb.com
    *Admitted pro hac vice*

    Attorneys for Defendant GlaxoSmithKline LLC

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

/s/ *Jennifer M. Stevenson*
Jennifer M. Stevenson