**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ ) | |
| IN RE: ZOFRAN® (ONDANSETRON)   ) | |
| PRODUCTS LIABILITY LITIGATION  ) | **MDL No. 1:15-md-2657-FDS** |
| ) | |
| **This Document Relates To:**   ) | |
| ) | |
| **All Actions**   ) | |
| _____ ) | |

**PLAINTIFFS' LOCAL RULE 56.1 RESPONSE TO GSK'S SUPPLEMENTAL STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS <u>SUPPLEMENTAL MEMORANDUM ON PREEMPTION</u>**

Plaintiffs, through undersigned counsel and pursuant to Local Rule 56.1, provide the following Response to GSK's Supplemental Statement of Undisputed Material Facts in Support of Its Supplemental Memorandum on Preemption.

1.      Admit.

2.      Admit.

3.      Admit.

4.      Admit.

5.      Admit.

6.      Admit.

7.      Admit.

8.      Admit.

9.      Admit.

10.     Admit.

11.     Admit.

12.     Admit.

13.     Admit.

14.     Admit.

15.     Admit.

16.     Admit.

17.     Admit.

18.     Admit.

19.     Admit.

20.     Admit.

21.     Admit.

22.     Admit

23.     Admit.

24.     Admit.

25.     Admit.

26.     Admit.

27.     Admit.

28.     Admit.

29.     Admit.

30.     Admit.

31.     Admit.

32.     Admit.

33.     Admit.

34.     Admit.

35.     Admit.

36.     Admit.

37.     Admit.

38.     Admit.

39.     Admit.

40.     Admit.

41.     Admit.

42.     Admit.

43.     Admit.

44.     Admit.

45.     Admit.

46.     Admit.

47.     Admit.

48.     Admit.

49.     Admit.

50.     Admit.

51.     Admit.

52.     Admit.

53.     Admit.

54.     Admit.

55.     Admit.

56.     Admit.

57.     Admit.

58.     Admit.

59.     Admit.

60.     Admit.

61.     Admit.

62.     Admit.

63.     Admit.

64.     Admit.

65.     Admit.

Respectfully submitted,

*/s/ Kimberly D. Barone Baden*
Kimberly D. Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9265
kbarone@motleyrice.com

Robert K. Jenner (BBO No. 569381)
JENNER LAW
1829 Reisterstown Road, Suite 350
Baltimore, MD 21208
410-413-2155
rjenner@jennerlawfirm.com

Tobias L. Millrood
POGUST MILLROOD LLC
8 Tower Bridge, Suite 940
Conshohocken, PA  19428
610-941-4204
tmillrood@pogustmillrood.com

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE  19801
302-622-7099
egraham@gelaw.com

James D. Gotz
HAUSFELD
One Marina Park Drive, Suite 1410
Boston, MA 02210
617-207-0600
jgotz@hausfeld.com

Dated: December 10, 2020                    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Kimberly D. Barone Baden, hereby certify that on this 10th day of December 2020, the foregoing Response to GSK's Supplemental Statement of Undisputed Material Facts in Support of Supplemental Memorandum on Preemption delivered by electronic mail to the Court and Counsel for GSK.

/s/ *Kimberly D. Barone Baden*
Kimberly D. Barone Baden