UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 1:15-md-2657-FDS<br><br>This document relates to:<br>All Actions |

## NOTICE OF RECENT FDA COMMUNICATION

Plaintiffs submit this Notice to inform the Court of developments with respect to the FDA's ongoing review of the human data section of Zofran's labeling. As this Court is aware, on June 4, 2020, Novartis submitted its Prior Approval Supplement, which included informing prescribers of the risk of birth defects based on human epidemiological studies. The FDA sent its proposed revisions to Novartis on November 6, 2020, which included informing prescribers of human data that shows an association between ondansetron and birth defects. On November 16, 2020, Novartis responded to the FDA with further proposed changes to Zofran's labeling.

On Friday December 11, 2020, counsel for the parties were informed by counsel for Novartis that Novartis received an email communication from the FDA indicating that its review of Novartis's response to the FDA's proposed revisions is still ongoing. No new action date for the FDA's decision has been identified to Plaintiffs. Plaintiffs requested and were hoping to have received the FDA's email to accompany this filing, but Novartis has not yet produced it. Plaintiffs offer this Notice as further support that the FDA's November 6, 2020 proposed revisions were not a final agency action carrying the force of law, and thus cannot preempt state law.

Respectfully submitted,

*/s/ Kimberly D. Barone Baden*
Kimberly D. Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9265
kbarone@motleyrice.com

Robert K. Jenner (BBO No. 569381)
JENNER LAW, P.C.
1829 Reisterstown Road, Suite 350
Baltimore, MD 21208
410-413-2155
rjenner@jennerlawfirm.com

Tobias L. Millrood
POGUST MILLROOD LLC
8 Tower Bridge, Suite 940
Conshohocken, PA  19428
610-941-4204
tmillrood@pogustmillrood.com

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE  19801
302-622-7099
egraham@gelaw.com

James D. Gotz
HAUSFELD
One Marina Park Drive, Suite 1410
Boston, MA 02210
617-207-0600
jgotz@hausfeld.com

Dated:  December 15, 2020         *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Recent FDA Communication, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ *Kimberly D. Barone Baden*
Kimberly D. Barone Baden