UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) )<br>PRODUCTS LIABILITY LITIGATION )<br>                                                )<br>                                                )<br>_____) | MDL No. 1:15-md-2657-FDS<br><br>This document relates to:<br>All Actions |

**PLAINTIFFS' NOTICE OF FDA DENIAL OF GSK'S CITIZEN PETITION**

Plaintiffs submit the following to apprise the Court of recent, significant regulatory action. Today, Plaintiffs received notice that the FDA denied GSK's Citizen Petition (FDA-2019-P-5151), attached here as Exhibit A. In its denial, the FDA concluded:

> Your request that FDA review and opine on certain pieces of information to answer a hypothetical question separate and apart from FDA's ongoing product review would divert scientific staff time away from pending drug applications, drug product safety review, and other work critical to our public health mission and therefore would detract from fulfilling the Agency's statutory obligations. In addition, because a request to consider a hypothetical question is not a request to "take or refrain from taking" an administrative action, it is not the appropriate subject of a citizen petition (see 21 CFR § 10.25(a)).

Plaintiffs further reserve the right to submit additional comment or briefing as they, or the Court, may deem necessary.

                                                                                                  Respectfully submitted,

*/s/ Kimberly D. Barone Baden*
Kimberly D. Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9265
kbarone@motleyrice.com

Robert K. Jenner (BBO No. 569381)
JENNER LAW, P.C.
1829 Reisterstown Road, Suite 350
Baltimore, MD 21208
410-413-2155
rjenner@jennerlawfirm.com

        Tobias L. Millrood
        POGUST MILLROOD LLC
        8 Tower Bridge, Suite 940
        Conshohocken, PA  19428
        610-941-4204
        tmillrood@pogustmillrood.com

        M. Elizabeth Graham
        GRANT & EISENHOFER P.A.
        123 S. Justison Street
        Wilmington, DE  19801
        302-622-7099
        egraham@gelaw.com

        James D. Gotz
        HAUSFELD
        One Marina Park Drive, Suite 1410
        Boston, MA 02210
        617-207-0600
        jgotz@hausfeld.com

Dated: January 15, 2021        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiffs' Notice of FDA Denial of GSK's Citizen Petition, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ *Kimberly D. Barone Baden*
Kimberly D. Barone Baden