UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: ZOFRAN® (ONDANSETRON)
PRODUCTS LIABILITY LITIGATION

MDL NO. 1:15-md-2657-FDS
This document relates to:
All Actions

**PLAINTIFFS' AND GSK'S PROPOSED AGENDA FOR
FEBRUARY 24, 2021 STATUS CONFERENCE**

1. Filings Update

2. Discovery Update

3. Update on GSK's Motion for Summary Judgment Based on Plaintiffs' Failure to Provide Admissible Causation Evidence as to Septal Defects and Other Heart Defects (Dkt. 2084). Not Ripe for Argument.

4. Argument on GSK's Motion for Order to Show Cause (Dkt. 2079 & 2082)

5. Update on prior case-specific fact sheet motions

    a. *Ratliff*, No. 1:20-cv-10047, Order to Show Cause (Dkt. 45)

    b. *Roland*, No. 1:20-cv-10901, Order to Show Cause (Dkt. 31)

    c. *Nelson*, No. 1:20-cv-11210, Motion for Order to Show Cause (Dkt. 19)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

/s/ *Jennifer Stonecipher Hill*
Jennifer Stonecipher Hill