# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL NO. 1:15-md-2657-FDS<br>This document relates to:<br>All Actions |

## PLAINTIFFS' AND GSK'S PROPOSED AGENDA FOR
## MARCH 24, 2021 STATUS CONFERENCE

1. Filings Update

2. Discovery Update

3. Update on case-specific fact sheet motions

4. GSK's Notice of Supplemental Authority in Support of Its Renewed Motion for Summary Judgment Based on Preemption (Dkt. 2107)

5. Argument on GSK's Motion for Summary Judgment Based on Plaintiffs' Failure to Provide Admissible Causation Evidence as to Septal Defects and Other Heart Defects (Dkt. 2084)

## CERTIFICATE OF SERVICE

       I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                         /s/ *Jennifer Stonecipher Hill*
                                         Jennifer Stonecipher Hill