UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: ZOFRAN® (ONDANSETRON)
PRODUCTS LIABILITY LITIGATION

MDL NO. 1:15-md-2657-FDS
This document relates to:
All Actions

FILED UNDER SEAL

## NOTICE OF FDA'S LABELING REVISIONS

GSK submits this notice to inform the Court of developments with respect to Novartis's Prior Approval Supplement. FDA has now responded to Novartis's November 16, 2020 revised labeling submission. *See* NPCZOFR00152019-2039 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

██████████████████████████████████████████████ Once Novartis produces its April 6 response to the parties, GSK will be prepared to address these developments promptly with the Court as appropriate.

Dated: April 2, 2021

                         Respectfully submitted,

                         */s/ Jennifer Stonecipher Hill*
                         Madeleine M. McDonough
                         Jennifer M. Stevenson
                         Jennifer Stonecipher Hill
                         SHOOK, HARDY & BACON L.L.P.
                         2555 Grand Blvd.
                         Kansas City, MO 64108
                         Telephone: (816) 474-6550
                         Facsimile: (816) 421-5547
                         mmcdonough@shb.com
                         jstevenson@shb.com
                         jshill@shb.com
                         *Admitted pro hac vice*

                         Attorneys for Defendant GlaxoSmithKline LLC

**CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

            /s/ *Jennifer Stonecipher Hill*
            Jennifer Stonecipher Hill