UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: ZOFRAN® (ONDANSETRON)
PRODUCTS LIABILITY LITIGATION

MDL NO. 1:15-md-2657-FDS
This document relates to:
All Actions

**PLAINTIFFS' AND GSK'S PROPOSED AGENDA FOR
MAY 12, 2021 STATUS CONFERENCE**

1. Filings Update

2. Discovery Update

3. FDA's Approval of Updated Labeling (Dkt. 2144)

4. GSK's Supplemental Expert Reports and Notice of Supplemental Authority Related to Dormuth Study (Dkt. 2146) and Plaintiffs' Response (Dkt. 2147)

5. *Rodriguez* – Argument on GSK's Motion for Relief from Order and to Compel Authorizations to Collect Educational Records (Dkt. 203)

6. *Rodriguez* Trial Update

7. Argument on GSK's Motions for Order to Show Cause

    a. *Graves*, No 1:17-cv-11562 (Dkt. 104)

    b. *Rosser*, No 1:15-cv-14076 (Dkt. 149)

8. Responses to the Court's March 24, 2021 Orders to Show Cause (May 10 deadline)

    a. *Birt*, No. 1:15-cv-13740

    b. *Nelson*, No. 1:20-cv-11210

    c. *VanMatre*, No. 1:15-cv-14102

    d. *Fair*, No. 1:17-cv-10755 (Dkt. 120 & Dkt. 121)

9. Update on Responses to the Court's March 24, 2021 Orders to Show Cause (April 14 deadline)

2

      a. *Barnhill*, No. 1:17-cv-11852 (Dkt. 108)

      b. *Munguia*, No. 1:17-cv-10126 (Dkt. 118 & Dkt. 119)

      c. *Wahid-Dail*, No. 1:19-cv-10165 (Dkt. 86 & Dkt. 87)

      d. *David*, No. 1:19-cv-10239 (Dkt. 85, Dkt. 88 & Dkt. 89)

10. Update on Motions for Order to Show Cause Under Advisement

      a. *Gibbs*, No. 1:17-cv-10995 (Dkt. 106)

      b. *Jones*, No. 1:16-cv-10010 (Dkt. 143)

      c. *Woods*, No 1:17-cv-10646 (Dkt. 108)

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

                                                               /s/ *Jennifer Stonecipher Hill*
                                                               Jennifer Stonecipher Hill