UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL NO. 1:15-md-2657-FDS<br>This document relates to:<br>All Actions |

**GSK'S REPLY IN SUPPORT OF ITS NOTICE OF SUPPLEMENTAL AUTHORITY:
<u>NEWLY PUBLISHED EPIDEMIOLOGY STUDY</u>**

Plaintiffs' Response attempts to distort the record in multiple ways. First, Plaintiffs claim that Dormuth "only looks at all major malformations." Dkt. 2147 at 2. Not so. The Dormuth authors specifically analyzed heart defects in the US MarketScan database—the very same database Dr. Zambelli-Weiner used. The authors found a statistically significant decreased risk of heart defects specifically when comparing Zofran to other antiemetics. Plaintiffs do not dispute that the Dormuth authors, in fact, validated the decreased risk of heart defects with Zofran that Dr. Zambelli-Weiner found but chose to hide from public view. Rather than confront this devastating fact, Plaintiffs entirely ignore this particular finding of the study.

Next, Plaintiffs argue that <u>***non*-*statistically significant***</u> results could be due to a lack of statistical power. This argument is disingenuous and misleading. Contrary to Plaintiffs' argument, the Dormuth authors reported a ***statistically significant*** decreased risk of heart defects in the US MarketScan database. Their own expert epidemiologist, Dr. Louik, has acknowledged that once a study finds a statistically significant association, "you don't go back and say, well, it didn't have enough power to find that association that it found. It found it. It's not a question of power at that

point." 10/18/18 Louik Dep. at 234:18-23 (JA002140). By Dr. Louik's own definition, the authors' finding of a decreased risk of heart defects in the US MarketScan database is well-powered.

Finally, Plaintiffs try to discount the study to the extent it did not focus on specific types of heart and other defects. Yet, their own experts previously relied on study results for heart defects as a group—the same type of analysis conducted by Dormuth—when those prior study results supported their experts' ultimate opinions. *See*, *e.g*., 7/10/18 Abdulla Report at 5 (JA000005) (commenting on the "increased risk of congenital cardiac malformations" in epidemiologic studies); *id*. at 16-17 (JA000016-17) (relying on unpublished Andersen abstract, Danielsson, and Zambelli-Weiner). These same experts have discounted or ignored findings related to specific heart defects, like RVOTO and conotruncal defects, when those findings do not support their opinion. *See, e.g., Rodriguez*, No. 1:15-cv-13762-FDS; Dkt. 128 at 5 (discussing Dr. Abdulla's reliance on smaller studies that lumped heart defects while ignoring larger studies that actually evaluated the defect at issue). Plaintiffs' apparently new position that epidemiological data evaluating heart defects as a group is not reliable is also completely at odds with their experts' mechanism theory, which hypothesizes that Zofran causes all types of heart defects via hERG inhibition. *See, e.g.*, 7/5/18 Danielsson Report at 68 (JA000250) ("[I]t is my opinion that . . . ondansetron is capable of causing congenital heart defects and orofacial defects . . . though the hERG-mediated mechanism of teratogenicity."). Plaintiffs' blatant attempt to have it both ways depending on the study results is further evidence that their experts' opinions are litigation-driven and unreliable.

Dated: May 11, 2021

                                Respectfully submitted,

*/s/ Jennifer M. Stevenson*
Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

/s/ *Jennifer M. Stevenson*
Jennifer M. Stevenson