UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) ) | MDL No. 1:15-md-2657-FDS |
| PRODUCTS LIABILITY LITIGATION ) | Judge: Hon. F. Dennis Saylor, IV |
| ) | |
| ) | This document relates to: |
| ) | All Actions (except as noted below) |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-referenced multi-district litigation[1] (apart from Plaintiffs in the cases noted below)[2] hereby appeal to the United States Court of Appeals for the First Circuit from the Judgment entered by the District Court on June 2, 2021 (Dkt. No. 2159), and in each of the individual cases therein, and from the orders incorporated in that Judgment.

---

[1] Included among the Plaintiffs who are noticing this appeal are Plaintiffs in five cases that were inadvertently excluded from the Court's entry of final judgment. The Plaintiffs' Steering Committee appeals on behalf of the Plaintiffs in: *Alldritt v. GlaxoSmithKline LLC*, 20-cv-10406-FDS; *Mills v. GlaxoSmithKline LLC*, 16-cv-11380-FDS; *Castro v. GlaxoSmithKline LLC*, 19-cv-10492-FDS; and *Rauh v. GlaxoSmithKline LLC*, 20-cv-10524-FDS; and *Perham v. GlaxoSmithKline LLC*, 1:16-cv-10199-FDS. (*Perham* was previously dismissed due to an administrative error, but subsequently reopened.) The PSC has left a message with the Clerk of Court to correct the docket so that final judgment be entered in these cases.

[2] The Plaintiffs' Steering Committee is *not* appealing on behalf of Plaintiffs in two subsets of cases which were, or should have been, dismissed a long time ago, but in which final judgment was not actually entered until this Court's Judgment of June 2, 2021.

The first subset of cases that the PSC is not appealing is: *Buker v. GlaxoSmithKline LLC*, 17-cv-10062-FDS; *Farrington v. GlaxoSmithKline LLC*, 16-cv-12290-FDS; and *Varrichione v. GlaxoSmithKline LLC*, 15-cv-13899-FDS; and *Radeleff v. GlaxoSmithKline LLC*, 18-cv-10653-FDS. *Buker*, *Farrington*, and *Varrichione* were previously dismissed in this Court's Memorandum and Order on Defendant's Motion for Judgment on the Pleadings of May 21, 2018 (Dkt. No. 1010), but final judgment was actually not entered in those cases until this Court's Order of June 2, 2021. Counsel for Plaintiffs in *Buker*, *Farrington*, and *Varrichione* were informed that the PSC is not appealing this Court's May 21, 2018 Order on their behalf. *Radeleff* was dismissed pursuant to this Court's Order of Dismissal of August 24, 2018 following *Radeleff's* failure to respond to this Court's Order to Show Cause of August 2, 2018.

The second subset of cases that the PSC is not appealing is: *Duong v. GlaxoSmithKline, LLC*, 15-cv-11627-FDS; *Hodge v. GlaxoSmithKline LLC*, 15-cv-13763-FDS; *Dagnan v. GlaxoSmithKline LLC*, 15-cv-13900-FDS; *Floyd v. GlaxoSmithKline LLC*, 15-cv-13902-FDS; *Graves v. GlaxoSmithKline, LLC*; 15-cv-13928-FDS; *Brown et al v. GlaxoSmithKline LLC*, 15-cv-14062-FDS; *White v. GlaxoSmithKline LLC*, 15-cv-14197-FDS; *Mastin v. GlaxoSmithKline, LLC*, 16-cv-12132-FDS; *Schmitt et al v. GlaxoSmithKline, LLC*, 17-cv-11960-FDS; *LaCasse v. GlaxoSmithKline LLC*, 17-cv-10622-FDS; *Ballard v. GlaxoSmithKline LLC*, 17-cv-10746-FDS; and *White v. GlaxoSmithKline LLC*, 20-cv-12150-FDS. Each of these cases was dismissed by a Stipulation of Voluntary Dismissal prior to this Court's June 2, 2021 Judgment (Dkt. No. 2159).

Respectfully submitted,

*/s* Kimberly D. Barone Baden
Kimberly D. Barone Baden
Louis M. Bograd
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843-216-9265
kbarone@motleyrice.com

Robert K. Jenner (BBO No. 569381)
JENNER LAW, P.C.
1829 Reisterstown Road, Suite 350
Baltimore, MD 21208
410-413-2155
rjenner@jennerlawfirm.com

Tobias L. Millrood
POGUST MILLROOD LLC
8 Tower Bridge, Suite 250
Conshohocken, PA  19428
610-941-4204
tmillrood@pogustmillrood.com

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE  19801
302-622-7099
egraham@gelaw.com

James D. Gotz
HAUSFELD
One Marina Park Drive, Suite 1410
Boston, MA 02210
617-207-0600
jgotz@hausfeld.com

Dated: July 1, 2021                           *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2021, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Kimberly D. Barone Baden